

# Transcript of Nate Moll

**Date:** March 9, 2022
**Case:** Krasno -v- Board of Regents of University of Wisconsin, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

**1**

```
 1      IN THE UNITED STATES DISTRICT COURT
 2      FOR THE WESTERN DISTRICT OF WISCONSIN
 3   MADELINE KRASNO,          )
 4      Plaintiff,             )
                               ) Case No.
 5      vs.                    ) 21-CV-00099-SLC
 6   BOARD OF REGENTS OF THE   )
     UNIVERSITY OF             )
 7   WISCONSIN, et al.         )
 8      Defendants.            )
 9
10      VIDEOTAPED DEPOSITION OF NATE MOLL
11          Conducted Virtually
12
13        Wednesday, March 9, 2021
14           10:00 a.m. CST
15
16
17
18
19
20
21
22   Reporter:  Angela C. Loisi, CSR, RPR, FCRR
23   License No.:  084-004571
24   APPEARING REMOTELY FROM COOK COUNTY, ILLINOIS
25   JOB NUMBER: 434745
```

**2**

```
 1   VIRTUAL APPEARANCES:
 2      ANIMAL LEGAL DEFENSE FUND
 3         BY:  MR. CHRISTOPHER BERRY
 4              MS. CAITLIN FOLEY
 5              MS. JESSICA FARLEY
 6         150 South Wacker Drive, Suite 2400
 7         Chicago, Illinois 60606
 8         (312) 795-2533
 9         Cberry@aldf.org
10         Cfoley@aldf.org
11         Jfarley@aldf.org
12         Representing the Plaintiff;
13
14      WISCONSIN DEPARTMENT OF JUSTICE
15         BY:  MR. STEVEN C. KILPATRICK
16         17 West Main Street, PO Box 7857
17         Madison, Wisconsin 53707-7857
18         (608) 266-1792
19         Kilpatricksc@doj.state.wi.us
20         Representing the Defendants.
21   ALSO PRESENT:
22      Craig Fischer, in-house counsel;
        Emily Dunn, technician;
23      RJ Buckler, videographer;
        Madeline Krasno;
24      Rachel Jeris.
25
```

**3**

```
 1             I N D E X
 2   WITNESS:  NATE MOLL              PAGE
 3   Examination by Mr. Berry           7
     Examination by Mr. Kilpatrick    230
 4
 5          E X H I B I T S
     NATE MOLL                        PAGE
 6   Exhibit No. 20                    45
     Exhibit No. 21                    50
 7   Exhibit No. 22                   108
     Exhibit No. 23                   111
 8   Exhibit No. 24                   122
     Exhibit No. 25                   127
 9   Exhibit No. 26                   134
     Exhibit No. 27                   138
10   Exhibit No. 28                   139
     Exhibit No. 29                   142
11   Exhibit No. 30                   144
     Exhibit No. 31                   150
12   Exhibit No. 32                   153
     Exhibit No. 33                   161
13   Exhibit No. 34                   165
     Exhibit No. 35                   170
14   Exhibit No. 36                   189
     Exhibit No. 37                   198
15   Exhibit No. 38                   215
     Exhibit No. 39                   221
16   Exhibit No. 40                   226
17
18
19
20
21
22
23
24
25
```

**4**

```
 1      TECHNICIAN:  Thank you to everyone for
 2   attending this proceeding remotely which we
 3   anticipate will run smoothly.
 4      Please remember to speak slowly and do
 5   your best not to talk over one another.
 6      Please be aware we are recording this
 7   proceeding for backup purposes.  Any
 8   off-the-record discussion should be had away
 9   from the computer, and please remember to mute
10   your mic for those conversations.
11      Please have your video enabled to help
12   the reporter identify who is speaking, and if
13   you are unable to connect with the video and
14   are connecting via phone, please identify
15   yourself each time before speaking.
16      I apologize in advance for any
17   technical-related interruptions.
18      Thank you.
19      VIDEOGRAPHER:  Thank you.  One moment.
20      Here begins recording number 1 of the
21   videotaped deposition of Nate Moll in the
22   matter of Madeline Krasno versus Board of
23   Regents of the University of Wisconsin, et
24   al., held in the United States District Court
25   for the Western District of Wisconsin.  Case
```

**5**

1  number 21-CV-00099-SLC.
2       Today's date is March 9, 2022.  The
3  time on the video monitor is 10:05 a.m.
4  central U.S. time.  The videographer today is
5  RJ Buckler, CVLS, representing Planet Depos.
6  This video deposition is taking place remotely
7  via Zoom.
8       Would counsel please voice identify
9  themselves and state whom they represent.
10      MR. BERRY:  I am -- excuse me.
11      My name's Christopher Berry.  I'm with
12 the Animal Legal Defense Fund representing
13 Plaintiff Madeline Krasno.
14      MR. KILPATRICK:  I am assistant
15 Attorney General with the Wisconsin Department
16 of Justice, Steven Kilpatrick, representing
17 the defendants.
18      MS. FOLEY:  Caitlin Foley with
19 Plaintiff Madeline Krasno.
20      MS. FARLEY:  Jessica Farley on behalf
21 of Plaintiff Madeline Krasno.
22      MR. FISCHER:  Craig Fischer on behalf
23 of Board of Regents.
24      VIDEOGRAPHER:  The court reporter
25 today is Angela Loisi representing Planet

**6**

1  Depos.
2       Would the court reporter please swear
3  in the witness.
4       STENOGRAPHER:  Will counsel please
5  stipulate that in lieu of formally swearing in
6  the witness, the reporter will instead ask the
7  witness to acknowledge that their testimony
8  will be true under the penalties of perjury,
9  that counsel will not object to the
10 admissibility of the transcript based on
11 proceeding in this way, and that the witness
12 has verified that they are, in fact, Nate
13 Moll.
14      MR. KILPATRICK:  I agree.
15      MR. BERRY:  I agree to that as well.
16      STENOGRAPHER:  Thank you.
17      And, Mr. Moll, do you hereby
18 acknowledge that your testimony will be true
19 under the penalties of perjury?
20      THE WITNESS:  I do.
21      STENOGRAPHER:  Thank you.  Please, go
22 ahead.
23
24
25

**7**

1       WHEREUPON:
2            NATE MOLL,
3  called as a witness herein, acknowledged their
4  testimony to be true under penalties of
5  perjury, was examined and testified as
6  follows:
7            EXAMINATION
8  BY MR. BERRY:
9       Q.  All right.  Good morning, Mr. Moll.
10 My name's Christopher Berry and I represent
11 the plaintiff, Madeline Krasno in the lawsuit.
12      What -- how would you prefer to be
13 called?
14      **A.  Yeah.  Good morning.  My name is Nate.**
15 **You can either -- my full name is Nathan, but**
16 **you can either refer to me as Nate or**
17 **Mr. Moll, pronounced mall, like shopping mall,**
18 **but with an "O."**
19      Q.  Okay.  And can you spell your first
20 and last names for the record?
21      **A.  Yes.  First name is Nate, N-A-T-E.**
22 **Last name Moll, M-O-L-L.**
23      Q.  And do you use any other names?
24      **A.  My legal first name is Nathan,**
25 **N-A-T-H-A-N.  But I prefer to go by Nate.**

**8**

1       Q.  Okay.  And you work for the University
2  of Wisconsin; correct?
3       **A.  Correct.  University of**
4  **Wisconsin-Madison.**
5       Q.  And what's your position for the
6  University of Wisconsin-Madison?
7       **A.  Yeah.  I work as the social media**
8  **manager in university communications.**
9       Q.  Have you ever been deposed before?
10      **A.  No.**
11      Q.  Have you ever testified in a legal
12 matter before in any way?
13      **A.  No.**
14      Q.  And -- and I'm -- let's see here.
15      I guess that you -- you may have met
16 with your attorney and talked about some of
17 what this is going to be like.  But I want to
18 go over the form -- the format of the
19 deposition so we have an understanding of how
20 it will go.  So that will just take a few
21 minutes here.
22      I'm here today to ask questions and
23 I'd ask that you answer them to the best of
24 your ability and your recollection.  Do you
25 understand that?

---

**9**

1      A. Yes, I do.
2      Q. And if I ask you a question and you
3  don't understand, please let me know and I'll
4  do my best to clarify the question. Do you
5  understand that?
6      A. Yes.
7      Q. Additionally, if you don't ask for
8  clarification, I'll assume that you understood
9  the question and -- does that make sense?
10     A. Yes, it does.
11     Q. I'll do my best to take regular breaks
12 during the deposition, but if you feel like
13 you need a break, please let me know and we
14 can take one.
15         I would only ask that if the question
16 is pending that you answer that question
17 before we take a break. Do you understand
18 that?
19     A. Yes, I do. Thank you.
20     Q. If at any point during today's
21 deposition you realize that an answer that you
22 gave earlier was inaccurate or maybe
23 incomplete, or you just wish to elaborate on
24 it, just let me know and I'll give you the
25 opportunity to do that. Is that okay?

---

**10**

1      A. Yes, it is.
2      Q. And I'd also ask that since the
3  deposition's being recorded by a reporter, you
4  respond verbally when you answer a question as
5  opposed to shaking your head or -- or making
6  some other body language. Do you understand
7  that?
8      A. Yes, I understand.
9      Q. All right. Are you taking any
10 medication today that would affect your
11 ability to testify truthfully?
12     A. No.
13     Q. And is there any other reason why you
14 may not be able to testify fully or truthfully
15 today?
16     A. No.
17     Q. Okay. Throughout the deposition, I'm
18 going to refer to the University of
19 Wisconsin-Madison frequently.
20         But just for the ease of our
21 conversation, I'll refer to the University of
22 Wisconsin-Madison as the university,
23 understanding that it refers to the University
24 of Wisconsin-Madison. Do you -- do you
25 understand that?

---

**11**

1      A. Yes, I do.
2      Q. I'm also going to refer to the
3  university social media accounts, in
4  particular, the Instagram account and the
5  Facebook account operated under the handle
6  @UW-Madison.
7         Can we agree that when we're talking
8  about the university social media accounts,
9  we're referring to the @UW-Madison Instagram,
10 Facebook accounts as opposed to other social
11 media account pages by other departments?
12     A. Yes. That's fine.
13     Q. Okay.
14     A. Unless otherwise stated, you know, or
15 clarified.
16     Q. Okay. Great, yeah. But it can --
17 okay.
18         I'd like to talk about your -- your
19 experience in your job a little bit here.
20         How -- you said you're a social media
21 specialist for the university?
22     A. Yes.
23     Q. And that's the -- that's -- the title
24 is social media specialist?
25     A. Yes. We recently went through a title

---

**12**

1  change program university wide. So currently,
2  my role is titled social media manager.
3      Q. And did your job duties change with
4  that title change to social media manager?
5      A. No.
6      Q. How long -- how long have you had
7  your -- your current position as -- well, let
8  me rephrase the question.
9         When did you begin your position as a
10 social media specialist?
11     A. Yeah. I began in July of 2013.
12     Q. And when -- when did the title change
13 to social media manager?
14     A. I believe it was a few months ago.
15 Effectively, it's the same. It's the same
16 role, social media specialist and social media
17 manager. It was just a title change for title
18 and total compensation, university-wide study.
19     Q. Through -- in this deposition I'll --
20 I'll refer to the title then as social media
21 manager.
22         But we can -- we can understand, then,
23 that it -- it includes your time as a
24 specialist as well. Do you -- would you
25 understand that?

13

1   A.  Yes, that's fine.
2   Q.  Okay.  Just so we don't have to
3   segregate the two titles.
4   A.  Yeah, I -- I agree.
5   Q.  Have you held other positions at the
6   university?
7   A.  As a student, yes.  But
8   professionally, no.
9   Q.  Can you -- can you work backwards
10  then, starting from the most recent position
11  you held before becoming a social media
12  specialist?
13  A.  Yeah.  So as a student working
14  backwards, I was employed by the office of
15  visitor and information programs as a social
16  media specialist, as well as a campus tour
17  guide.
18      And I was also employed by the
19  Wisconsin union as a creative team intern.
20  Q.  Can you repeat what department you
21  were a social media specialist for as a
22  student?
23  A.  Yes.  Visitor information programs.
24  Q.  What were your job duties at -- as a
25  social media specialist for the visitor and

14

1   information program?
2   A.  It was -- yeah, as a social media
3   specialist for visitor information programs,
4   my primary duties were to manage the social
5   media accounts that represented visitor
6   information programs and -- and all -- all the
7   duties associated with a social media account
8   management.
9   Q.  Okay.  And what -- what years were you
10  a social media specialist for the visitor and
11  information programs?
12  A.  2011 through 2013.
13  Q.  And in what years were you a creative
14  team intern for the Wisconsin union?
15  A.  I believe it was 2012.
16  Q.  Okay.  Did you have any jobs with the
17  university, other than the ones that -- that
18  you just listed?
19  A.  Not that I recall.
20  Q.  Okay.  And were you still a student
21  when you started as a social media manager for
22  the university?
23  A.  No.
24  Q.  That started in 2013 that you were a
25  social media specialist for the university;

15

1   correct?
2   A.  Correct.  July of 2013.
3   Q.  In -- so in 2013, what -- what
4   social media accounts did you have -- did you
5   have access to for the university in your role
6   as a social media specialist?
7   A.  In my professional role I had access
8   to university -- flagship university accounts
9   that represented the main institutional brand
10  and -- and news operations.  So @uW-Madison,
11  that would be on Facebook, Twitter, Instagram,
12  LinkedIn, Pinterest.
13  Q.  And what was your role at that time,
14  in 2013, as a social media specialist with
15  access to those accounts?
16  A.  My role was to -- and continues to be
17  the -- the point person or lead communicator
18  in charge of all aspects of account
19  management.  So producing content and
20  community management.
21  Q.  Did you moderate comments
22  in -- as -- as early as 2013 as a social media
23  specialist?
24  A.  Yes.
25  Q.  Okay.  And can you -- can you describe

16

1   the job duties in your -- in your current
2   position?
3   A.  Yes.  As I stated before, I am the
4   lead point person for managing all aspects of
5   the social media accounts for @UW-Madison.
6       I also am a -- I lead the university
7   communicators group and serve as a resource
8   when needed on all things social media and
9   marketing and communications.
10      And I -- at the time -- or at --
11  from -- from time to time we also have social
12  media interns that I supervise.  Yeah.
13  Q.  Okay.  Is your -- is your position
14  within a specific department at the
15  university?
16  A.  Yes.  University communications.
17  Q.  And is that department nested within
18  another department?
19  A.  Yes.  It's within university
20  relations.
21  Q.  And is university relations nested
22  within another department?
23  A.  I don't believe so.  The -- the vice
24  chancellor for university relations, to my
25  understanding, reports directly to the

17

1 chancellor.
2 Q. Okay. And do any employees report
3 directly to you?
4 A. Not in their official -- well, sorry.
5 "Any employees" could mean student
6 employees. At this time, no, we don't have
7 any student interns.
8 I do work with other full-time staff
9 within university communications, but they
10 don't report directly to me on an
11 organizational chart.
12 Q. But -- and you said that -- that
13 students do report to you, though; is that
14 correct?
15 A. When we have student interns they can,
16 yes.
17 Q. And how many -- how many student
18 interns do you generally have at a given time?
19 A. It varies from year to year. But I
20 have had up to three at --
21 Q. [Indiscernible].
22 (Indiscernible simultaneous
23 colloquy.)
24 THE WITNESS: -- time.
25 BY MR. BERRY:

18

1 Q. And how does it -- how does that vary
2 or...
3 A. It -- it varies based on, you know,
4 need, funding, and availability.
5 Q. And other than those student interns,
6 you don't -- you don't directly -- no one else
7 directs -- reports to you?
8 A. No.
9 Q. What are the responsibilities of the
10 student interns?
11 A. Student intern responsibilities are
12 primarily content creation where I assign them
13 projects to, you know, create campaigns or,
14 you know, write -- write social copy or
15 special projects as needed throughout the
16 year.
17 And they also assist in -- inbox
18 management for our direct messages.
19 Q. Can you repeat that. What type of
20 management did they assist in?
21 A. Direct message. So managing -- or
22 helping to manage our -- our direct message
23 inboxes.
24 Q. How do they -- how do they help manage
25 the -- the direct message inboxes?

19

1 A. They read -- read the contents of the
2 messages and either, you know, reply as needed
3 or mark as done or send to me or another
4 communicator on campus.
5 Q. Do they -- excuse me.
6 Do the student interns have any
7 responsibility to help moderate comments on
8 social media accounts?
9 A. I believe in the past they have. Just
10 on an as-needed basis. But it would be with
11 my, I guess, indirect supervision. You know,
12 I would usually contact them directly if we
13 needed assistance. And I would -- you know, I
14 would be there to answer questions or assist
15 as needed.
16 Q. And do they have the ability to
17 directly manage -- excuse me.
18 Did the student interns have the
19 ability to -- to directly moderate themselves,
20 then?
21 A. With the account level access that
22 they were granted, they -- they had the
23 ability to.
24 Q. And what kinds of -- what types of
25 authority did they have to moderate under

20

1 that -- those -- that account access?
2 A. They had -- sorry. Can you clarify
3 "authority"?
4 Q. Yeah, and based on their abilities
5 handling the social media accounts, what sort
6 of moderation powers did they have access to?
7 A. Based on their access level on either
8 Facebook or Instagram, they have the ability
9 to reply or hide or delete comments or -- or
10 any other options granted to them by Facebook
11 or Instagram.
12 Q. And what would those options have been
13 that the interns had the ability to do under
14 Instagram or Facebook?
15 A. Other options -- so Facebook sets --
16 or -- and Instagram, but primarily Facebook.
17 But they set levels of -- of access, I guess.
18 And so as far as I recall, the
19 abilities I previously mentioned were those
20 available to them and -- but others that we
21 probably didn't use very often included the
22 ability to report a comment. And that -- that
23 ability is available to anybody, whether
24 you're an account administrator or member of
25 the public or a follower of the account, so

---

21

1 long as you have a Facebook or Instagram
2 account.
3      Q.  Did the -- did the interns have the
4 ability to -- to block users?
5      A.  I'm not sure if they had that ability
6 at their account level access.  I don't
7 recall.
8      Q.  But they did have the ability to reply
9 to -- excuse me.  Let me rephrase the
10 question.
11        The student interns previously had the
12 ability to reply to comments, hide comments,
13 delete comments, and report comments relating
14 to the university's social media accounts.
15        And beyond that, you're not sure if
16 they had access to any other moderation
17 privileges?
18        MR. KILPATRICK:  I'm going to object
19 as a compound question.
20 BY MR. BERRY:
21      Q.  You can answer the question.
22      A.  I'm sorry.  Could you repeat that?
23      Q.  So the -- the student interns had the
24 ability to -- to reply to comments, hide
25 comments, delete comments, and report comments

---

22

1 relating to the university's social media
2 accounts; is that correct?
3      A.  As far as I can recall, yes.
4      Q.  And as far as you can recall, you're
5 not sure if they had the ability to perform
6 any other sort of moderation beyond the -- the
7 replying to comments, deleting comments, and
8 reporting comments?
9      A.  As far as I can recall, yes.
10      Q.  Who -- how many student interns do you
11 currently have, if any?
12      A.  Zero.
13      Q.  Okay.  When was the last time you had
14 student interns?
15      A.  May 2020.
16      Q.  Who -- so going beyond who reports to
17 you, my next question is, who do you report to
18 at the university?
19      A.  I report to Mike Klein.
20      Q.  And what's Mike -- Mike Klein's title?
21      A.  His title also recently changed.  So I
22 don't recall his specific title as it is now
23 as opposed to a few months ago.  But he is an
24 editor, and I believe director of news
25 content.

---

23

1      Q.  In your current position, do you have
2 a primary responsibility for overseeing
3 operations of the university's social media
4 accounts on Facebook and Instagram?
5      A.  Yes, I do.
6      Q.  And how long have you been the primary
7 person responsible for social media
8 moderation?
9      A.  Since my job began in July, 2013.
10      Q.  What actions under moderation are you
11 responsible for?
12      A.  What do you mean by "responsible for"?
13      Q.  What types -- what types of moderation
14 do you -- can you perform as the primary
15 person responsible for moderation?
16      A.  Well, they vary by social media
17 platform.  Could you be more specific?
18      Q.  Yeah.  Let's see.  Sure.  Can you just
19 describe the ways that someone can manually
20 moderate a user's comments on the university's
21 Instagram account.
22      A.  The way that an account administrator
23 can moderate a user's comment on Instagram
24 include replying to the comment, deleting a
25 comment, reporting a comment.  I believe those

---

24

1 are the three options on a comment level
2 that -- that administrators have access to.
3      Q.  Are you able to moderate comments by
4 hiding them from public view instead of
5 deleting them entirely?
6      A.  So there is an option that is at an
7 account level to restrict an account.  And if
8 a user is restricted on an account level, then
9 an account administrator has the ability to
10 either approve the comment, delete the comment
11 or leave it be.
12      Q.  Is there -- is there any way to
13 hide -- hide a comment from public view where
14 the person making the comment would see their
15 comment, but other people would not on
16 Instagram?
17      A.  Sorry.  Could you repeat the question?
18      Q.  Yeah.  On Instagram, are there any
19 circumstances where you can moderate comments
20 so that they still appear to the person who
21 made the comment, but other people cannot see
22 the comment?
23      A.  I believe that is a circumstance where
24 the user has that account level restriction so
25 that who -- who wrote the comment can see

---

25

1  it, but others cannot.
2  Q. Okay. So when an Instagram user
3  account is restricted by another Instagram
4  account, all the comments that the restricted
5  user makes on that account are hidden from
6  everyone, except for the restricted user; is
7  that correct?
8  **A. Yes.**
9  Q. And so other Instagram users cannot
10 see or reply to those comments?
11 **A. As far as I'm familiar with the**
12 **Instagram tool and settings, yes.**
13 Q. And if a -- if a restricted user
14 replies to other comments on the restricting
15 Instagram account posts, other Instagram users
16 will not be able to see or respond to those
17 replies; is that correct?
18 **A. I don't know. I'm sorry.**
19 Q. Do you -- okay.
20     If a -- now, earlier
21 you -- you mentioned that you can place an
22 account level restriction. Do you remember
23 that?
24 **A. Yes, I do.**
25 Q. If a restriction on an account is

26

1  removed, what happens to previous comments
2  made by the restricted account?
3  **A. I believe they that are unrestricted**
4  **or -- or unhidden at that point.**
5  Q. Okay. You said you believe that
6  they're unhidden. Does that -- does that mean
7  that you're not entirely sure what happened if
8  a restriction on that account was removed?
9  **A. Yes. I'm unsure. I don't recall at**
10 **this specific point. There are a lot of**
11 **settings and -- yeah. And Instagram and**
12 **Facebook change their settings from time to**
13 **time without account, you know, admins**
14 **knowing.**
15     **So to the best that I can recall**
16 **or -- yeah, I'm not sure.**
17 Q. Okay. Now, I want to walk through
18 this sort of similar line of questions with
19 regards to Facebook.
20     Can you -- can you describe how
21 Facebook moderation differs from Instagram
22 moderation?
23 **A. Yes. Facebook offers different**
24 **moderation tools, and some similar or**
25 **identical ones.**

27

1     So on Facebook an admin has the
2  **ability to reply to a comment, delete a**
3  **comment, report a comment. And unlike**
4  **Instagram, on Facebook an admin has the**
5  **ability to hide a comment on a**
6  **comment-by-comment basis.**
7  Q. On -- on Facebook can a -- can friends
8  see a restricted user's comments on Facebook
9  even if it -- even if other people cannot?
10 **A. Unlike Instagram, Facebook does not**
11 **have restricted users. There is no account**
12 **level restriction on Facebook like there is on**
13 **Instagram where I previously described the**
14 **Instagram settings.**
15 Q. Are you aware of any behavior, either
16 on Instagram or Facebook, where -- where a
17 comment can be moderated so that -- so that
18 friends of the commentor can -- can see the
19 comment, but nobody else can?
20 **A. Yes, I am.**
21 Q. Is that special to Facebook, but
22 Instagram -- sorry. If I could rephrase the
23 question.
24     Can you -- can you describe what
25 platforms have that mechanism?

28

1  **A. Facebook has that mechanism where**
2  **if -- if a user's comment is hidden, it can**
3  **still be visible to the commentor and Facebook**
4  **friends of the commentor.**
5  Q. Is there any way for somebody without
6  a Facebook account to view university's social
7  media posts on Facebook?
8  **A. I believe so, yes. I've tried that**
9  **before when, like, not log into Facebook. You**
10 **can still view the account and posts. But**
11 **very quickly, Facebook will prompt you to sign**
12 **in and act as an -- as, you know, a -- an**
13 **account capacity.**
14 Q. Is there any way for individuals
15 without Instagram accounts to view posts and
16 comments from the university's social media
17 account?
18 **A. Yes. I believe in a similar fashion**
19 **to Facebook.**
20 Q. There's also automatic moderation on
21 Instagram and Facebook; is that correct?
22 **A. Yes.**
23 Q. Can you describe how automatic
24 moderation works?
25 **A. Sure. So automatic moderation is a**

29

1  tool offered through Facebook and Instagram
2  where -- sorry.
3        Where an account administrator can add
4  a word or phrase to a list within Facebook or
5  Instagram where if a commentor uses that word
6  or phrase in their comment, the comment will
7  automatically be hidden.
8     Q.  And when a comment's been
9  automatically moderated and hidden on Facebook
10 or Instagram, that means no one can view it;
11 correct?
12    A.  I believe the commentor can still see
13 their comment.
14    Q.  Okay.  Now, could people reply or
15 otherwise interact with hidden comments that
16 they can't view?
17    A.  If on Facebook the hidden
18 comment -- let me rephrase that.
19        If -- if -- if an individual comments
20 on Facebook and includes a word or a phrase
21 within the list -- the auto-moderated list set
22 by the account administrator, that comment is
23 hidden.
24        However, I believe that both the
25 commentor and friends of the commentor can

30

1  still see that comment made by the original
2  commentor.
3     Q.  And -- and on Instagram, even -- can
4  friends see that on -- excuse me.  Let me
5  rephrase the question.
6        Can friends see restrictive comments
7  on Instagram?
8     A.  I don't believe so.  That's where
9  Facebook and Instagram differ with their
10 platform settings.
11    Q.  And are there other ways that an
12 Instagram or Facebook user can interact with a
13 university social media account other than by
14 commenting on a post?
15    A.  Yes.  Many.
16    Q.  What are -- can you list off the
17 different ways, other than commenting on a
18 post, that a -- Instagram or Facebook users
19 can interact with the university's social
20 media account?
21    A.  Yeah.  A user can like or react.  So a
22 user can like an Instagram post or a user can
23 react.  Because Facebook has different
24 reactions, you can like or love or use
25 different kind of emoticons set by Facebook.

31

1        You can share Facebook posts to your
2  account and have your -- your own comment
3  section, or users interact in various ways
4  by -- by -- with your -- a user's post based
5  on sharing that original post by the
6  university.
7        On Instagram, you can -- and when I
8  say "you," I mean a user.
9        On Instagram you can hit the share
10 button and you can share it.  You can share
11 that post to your story.
12        And a story is typically a
13 24-hour -- it's -- it's a temporary post
14 that -- that's live for 24 hours to either the
15 public or, you know, a set of friends that the
16 user determines.
17        You can -- as a user, you can report a
18 Facebook or Instagram post.  You can embed
19 Facebook and Instagram posts, say, you know,
20 off -- on a different website.
21        There might be more, but I'm -- I -- I
22 don't recall any others at this time.
23    Q.  Okay.  How would -- how would somebody
24 see -- excuse me.
25        How would a university social media

32

1  post present itself to other people?
2  Actually, let me rephrase that question one
3  more time.
4        When the university makes a new social
5  media post, how -- how does that post get out
6  to other people?
7     A.  Primarily, a Facebook or Instagram
8  post is delivered onto a user's news feed
9  based on if they -- if that user is following
10 the Facebook or Instagram account.
11       However, there's a thing called --
12 like the Facebook and Instagram algorithm
13 where Facebook and Instagram ultimately
14 determine where and who they deliver
15 those -- those posts to.
16       They'll sometimes suggest a post by a
17 page to a user, even if they're not following.
18 And on the flip side, they -- Facebook or
19 Instagram might not display a post by an
20 account you're following in your news feed.
21 And that's just based on Facebook and
22 Instagram's algorithms.
23    Q.  Does the -- does the university
24 ever -- ever pay to have their -- the social
25 media accounts suggested or advertised to

33

1 people?
2     A.  In a limited capacity, yes.  It's
3 that -- but those are not managed by me or
4 anyone in university communications.
5     Q.  Can you -- can you describe the
6 limited circumstances where the accounts are
7 advertised?
8     A.  Yeah.  Those advertisements are
9 managed by university marketing, which is a
10 sibling office to university communications.
11 But specialists within university marketing
12 will run advertisements based on a certain
13 campaign.
14     We -- the university has had several
15 campaigns in the past.  The most recent one
16 being COVID-19 safety and public health
17 awareness.
18     But in a limited capacity, we don't
19 pay to boost organic posts.  It -- but -- but
20 the university does advertise on -- on
21 Facebook and Instagram based on a certain
22 campaign running that is determined by
23 university marketing.
24     Q.  Other than COVID, what other campaigns
25 have been run in the past that you're aware

34

1 of?
2     A.  We had a campaign called can't stop a
3 Badger.  We've also had a campaign called
4 IMUW.  And we also allow division of
5 continuing studies to advertise for summer
6 term and other division of continuing studies
7 campaigns.
8     Q.  With regards to the can't stop a
9 Badger campaign, what time period did that
10 campaign run?
11     A.  I don't know.  I'm sorry.  I really
12 only deal with the organic side.  Organic
13 meaning not adver- -- not paid advertisement.
14 It -- it happens on a different side of
15 Facebook or Instagram that I -- I don't
16 monitor regularly.
17     Q.  So can you even give, just your best
18 guess, with the caveat that you don't know
19 this, that the dates that it ran very -- very
20 well?
21     A.  Sure.  Well, we had an
22 organic -- well, the campaign exists outside
23 of social media advertisements.  If, in fact,
24 they do run social advertisements for can't
25 stop a Badger.

35

1     And I believe that campaign -- we ran
2 that campaign January through June of 2021 to
3 the best that I can recall.
4     Q.  And what kind of social media
5 advertising did they do in that campaign that
6 you remember?
7     STENOGRAPHER:  I'm sorry.
8       (Captured testimony read
9       back.)
10 BY MR. BERRY:
11     Q.  Sorry.  That you remember.
12     A.  I don't recall -- or I can't recall
13 any specific ads that were run.
14     Q.  Okay.  With regards to the COVID
15 campaign, did the advertisements include any
16 @UW-Madison posts?
17     A.  Could you clarify that, please?
18     Q.  With -- with regards to the COVID
19 campaign where -- were any @UW-Madison social
20 media posts advertised or promoted in
21 connection with that campaign?
22     A.  If I understand your question
23 correctly --
24       (Telephone ringing.)
25     THE WITNESS:  I'm sorry.  I'm getting

36

1 an incoming call on my office phone, but I
2 won't answer it.
3     Okay.  There we go.  Sorry.  Sorry for
4 the interruption.
5     So if I understand your question
6 correctly, a -- a social media has to have an
7 account where the ad originates from.
8     So, yes, there are advertisements
9 coming from @UW-Madison Facebook and Instagram
10 from -- from those accounts.
11 BY MR. BERRY:
12     Q.  With -- going back to the can't stop a
13 Badger campaign, what was -- what was that
14 campaign about, to the best of your knowledge?
15     A.  Yeah.  That campaign kind
16 of -- they -- it featured kind of various
17 aspects of the university center, and it was
18 kind of like a statewide outreach campaign.
19 So targeted at in-state residents.
20     And I believe that was for the
21 legislative cycle at that time to, you know,
22 raise awareness and promote various aspects of
23 the university that were deemed important by
24 folks in university marketing and elsewhere.
25     Q.  And you say for -- this was during the

37

1    legislative cycle that this campaign ran for
2    can't stop a Badger?
3        **A.  That I'm aware of, yes.**
4        Q.  Yeah.  And that would be for
5    presumably just for university funding and
6    reputation?
7            Would that be a fair characterization?
8    Or sorry, let me rephrase the question.
9            Why would -- why would the legislative
10   cycle be relevant to the campaign as far as
11   you know?
12       **A.  Yeah.  I think for, you know, public**
13   **perception and ultimately, funding or for, you**
14   **know, the passage of certain bills or pieces**
15   **of legislator that were up for debate.**
16       Q.  And moving to the IamUW campaign,
17   what -- what was that campaign about?
18       **A.  That campaign was apparently**
19   **about -- it's -- it's a diversity equity and**
20   **inclusion initiative geared towards current**
21   **students to build community around personal**
22   **identities, you know, ethnicity, race,**
23   **culture, and -- and other forms of identity to**
24   **build community within the current student**
25   **body.**

38

1        Q.  And what, to the best of your
2    knowledge, what dates did that campaign run?
3        **A.  We were still having in-person**
4    **meetings, so it was prior to the pandemic,**
5    **maybe as far back as 2018 or 2019 up to, I**
6    **would say maybe May 2020.  But**
7    **that's -- that's my best guess.**
8        Q.  Can you describe the ability to tag
9    the university on Instagram and Facebook?
10       **A.  Sure.  Could you clarify "tag"**
11   **as -- as the university itself, as a user?**
12   **What do you mean by that?**
13       Q.  Yeah.  Are -- are users able to tag
14   the university's social media account in their
15   own Facebook and Instagram posts?
16       **A.  Yes.  They work a little differently**
17   **on -- on each platform.  But, you know, if I**
18   **were a user and, you know, I'm -- I'm posting**
19   **a photo of my mug of coffee, it has Bucky**
20   **Badger on it, say, I could write a caption and**
21   **at mention tag the university or the**
22   **@UW-Madison.  And -- and same with Facebook,**
23   **you can, you know, at mention and tag**
24   **UW-Madison in your post.**
25       **And on Instagram, there's also the**

39

1    option to like -- well, tag -- tag a user
2    within the image itself so that if you tap the
3    image, you can see tags pop up of one or, I
4    think up to 25 accounts.
5            And you can also tag university in an
6    Instagram story, either with a sticker -- the
7    at mention sticker or by, you know, plain
8    text, writing out at -- at UW-Madison or any
9    account within text that you insert into your
10   Instagram story.
11       Q.  If somebody tags the university, does
12   that -- does that -- will -- will the post
13   where they've tagged the university appear
14   anywhere on the university's social media
15   account or feed?
16       **A.  I'm sorry.  Sorry.  Could you repeat**
17   **the question?**
18       Q.  Sure.  Let me put it this way:
19   What -- what does the university see when
20   somebody tags it on a Facebook or Instagram
21   post?
22       **A.  I -- sorry.  I interpreted your**
23   **clarification question differently than your**
24   **original question.**
25       Q.  That's okay.  I think the

40

1    clarification question is a more clear one.
2    So, yeah, just -- yeah, what does the -- we
3    can scrap all that.
4            Just what does the university see when
5    someone tags it in a Facebook or Instagram
6    post?
7        **A.  Well, I wouldn't say "see," because**
8    **that's dependent on the admin's -- you know,**
9    **if -- if they see.**
10       **But Facebook and Instagram will**
11   **deliver notifications to the admin level -- or**
12   **to -- to account administrators that a user**
13   **tagged the university in a post or video.**
14       **Or if that -- what I mentioned earlier**
15   **about a user tagging within the Instagram**
16   **photo or video itself, there is a separate tab**
17   **on the university's Instagram account where**
18   **you can view tagged photos and videos where**
19   **that -- that user's content -- not the**
20   **university's content, but the user's content**
21   **is visible so far as the user who performed**
22   **the tag has a public account.**
23       Q.  And is there -- does Facebook have a
24   similar way to view tagged posts from the
25   university's page?

41

1    **A. Facebook functions vary differently in**
2    **that regard. It's much larger than**
3    **Instagram's platform or functionality within a**
4    **page.**
5        **I don't believe that -- and there**
6    **are -- you know, different privacy barriers**
7    **within Facebook. So I don't believe that**
8    **other users can see tagged -- can see posts by**
9    **other users that have tagged the university.**
10   Q. Okay. So just talking about
11   Instagram, then, are there ways to moderate a
12   tag when the university has been tagged in
13   somebody else's post?
14   **A. Yes. The university can report the**
15   **post by the user. The university can untag**
16   **itself in -- in the user's post. The**
17   **university can just hide that -- that user's**
18   **post from appearing on the tagged tab on the**
19   **university's account.**
20   Q. Okay. With regards to my client
21   Ms. Krasno, you -- you've moderated comments
22   made by Ms. Krasno on the university's
23   Facebook page; is that correct?
24   **A. That's correct.**
25   Q. And have you restricted her account on

42

1    the university Instagram page?
2    **A. That's correct for a -- a specific**
3    **period of time.**
4    Q. And have you moderated comments by her
5    on the university's Instagram account?
6    **A. Yes.**
7    Q. And were those moderations of
8    Ms. Krasno done within the scope of your
9    duties as a social media manager for the
10   university?
11   **A. Yes.**
12   Q. And did you perform those actions
13   using a work computer?
14   **A. Yes, I did.**
15   Q. And when you performed those
16   moderation activities with regards to
17   Ms. Krasno, were you being paid by the
18   university for your job as a social media
19   specialist?
20   **A. Yes, I was.**
21   Q. Okay. So earlier you said that is a
22   part of your position, that you -- you're the
23   primary person responsible for moderating and
24   at times you supervise and guide others at the
25   university about moderating on the social

43

1    media accounts; is that -- is that correct?
2    **A. Yes.**
3    Q. So from the time period before the
4    lawsuit was filed, can you describe how
5    decisions for moderating comments were made
6    within your department?
7    **A. Sure. You know, it's a -- really a**
8    **case-by-case basis. You know, it can't -- but**
9    **in general, we have a social media statement**
10   **on our website that kind of, I would say,**
11   **provides a guide for how we manage comment**
12   **moderation as social media managers.**
13   Q. And when -- how long has this social
14   media guide as you call it, how long has that
15   social media guide been on the university's
16   Web page?
17       MR. KILPATRICK: Objection. The
18   witness called it a social media statement.
19       MR. BERRY: Statement, okay. Yeah.
20   BY MR. BERRY:
21   Q. How long has that social media
22   statement been on the website?
23   **A. For as long as I can remember.**
24   **It -- it was -- it had been established on the**
25   **website when I started in July of 2013.**

44

1    Q. Is it -- has the social media
2    statement changed during your course of
3    employment as a social media manager?
4    **A. Not that I know of, no.**
5    Q. Okay. And let's see.
6        Other than the social media statement,
7    were -- were there -- were there any -- any
8    other guidance from the university that
9    affected your moderating management?
10   **A. Yeah. The office of legal affairs**
11   **provided some interim guidance in the spring**
12   **of 2021.**
13   Q. And interim guidance in the spring
14   of 2021, was that before or after this lawsuit
15   was filed?
16   **A. I believe it was after.**
17   Q. Okay. So this -- other than the
18   social media statement on the website before
19   the lawsuit was filed, can you describe how
20   decisions for moderating comments were made?
21   Let me rephrase that question, actually.
22       Can you describe how the social media
23   statement related to your decisions for
24   moderating comments on social media?
25   **A. Yeah. I would call the social media**

45

1  statement as, you know, our reference guide
2  for what types of comments to moderate, if
3  needed.
4      Q.  And what types of comments does
5  it -- what types of comments do you moderate
6  based on that social media statement?
7      A.  Yeah.  The statement lists, you know,
8  several criteria.  If a comment is profane,
9  obscene, off topic, a commercial or just
10 outside promotion not affiliated with the
11 university, injurious or illegal.  There might
12 be other criteria, but I can't recall at this
13 time.
14     Q.  Okay.  Actually, I want to mark as
15 Exhibit 20 the UW0150.
16         MR. BERRY:  Can we get that marked and
17 shared up on the screen?  This is the social
18 media statement Web page.
19            (Whereupon, Moll Deposition
20             Exhibit No. 20 was marked
21             for identification.)
22         MR. BERRY:  All right.  Thanks.
23 BY MR. BERRY:
24     Q.  Do you -- do you see the -- what's
25 marked as Exhibit 20, Mr. Moll?

46

1      A.  Yes, I do.
2      Q.  Are you familiar with this document?
3      A.  I am.
4      Q.  And what is it?
5      A.  This is a social media statement.
6      Q.  And I understand this document is the
7  university's currently operative social media
8  statement.  Would you agree with that
9  characterization?
10     A.  Yes.
11     Q.  And earlier you said this -- to the
12 best of your knowledge, it's the -- this is
13 the language that's been in effect since you
14 started in 2013; is that right?
15     A.  To the best of my knowledge, yes.
16     Q.  This -- are you aware of any other
17 publicly available guidance about social media
18 moderation for the university, other than this
19 statement?
20     A.  There is also a set of social media
21 guidelines posted on the university relations
22 website that's available to the public.
23     Q.  And what department did you say the
24 social media guidelines were on?
25     A.  University relations.

47

1      Q.  What's the -- in what ways do
2  the -- do the social media guidelines differ
3  from the social media statement, if at all?
4      A.  So the -- they -- they list -- the
5  social media guidelines on the university
6  relations website go into much greater depth
7  about social media management as an employee
8  of the university, as well as representing
9  yourself in your personal capacity.
10         And they're more about account
11 management and -- and, you know, functioning
12 as university employees within the social
13 media space.
14     Q.  Okay.  So the -- so the social media
15 guidelines are -- are about posting in the
16 circumstances where -- where you represent or
17 might be considered to represent the
18 university; is that -- is that a fair
19 characterization?
20     A.  Generally, yes.
21     Q.  And then is there any guidance on the
22 social media guidelines on the relations page
23 with regards to moderation of social media
24 comments?
25     A.  I believe it's briefly mentioned.

48

1      Q.  Do you remember what it says about
2  moderation or those guidelines?
3      A.  I don't recall what it says, no.
4      Q.  Okay.  Going back to Exhibit 20, the
5  social media statement that's in front of us,
6  what -- can you -- can you explain your
7  understanding what this policy says about
8  off-topic comments?
9      A.  Sure.  Well, I do want to clarify,
10 this isn't a policy.  It's a social media
11 statement.
12     Q.  Is there -- is there any policy, to
13 your knowledge, that you've been aware of
14 that's impacted your moderating decisions as
15 the social media manager?
16     A.  No.  We haven't had a policy, and
17 currently do not.
18     Q.  So that's -- so let me rephrase my
19 question, then.
20         Does this statement, marked as
21 Exhibit 20 here, what does this statement say
22 with regards to moderating or posting
23 off-topic comments to the university social
24 media sites?
25     A.  Yeah.  The statement lists off topic

49

1  as one of the criteria where the university
2  shall have the right to remove
3  any -- that -- the content that includes the
4  criteria being off topic, but not limited to
5  being off topic.
6  Q.  Is there a -- what's your
7  understanding of when a comment is off topic
8  under this social media statement?
9  A.  Under this social media statement I
10 would determine a comment to be off topic that
11 generally doesn't cover the topic of a
12 specific social media post made by the
13 university.
14 Q.  And is there any definition for how to
15 determine when something is off topic, either
16 on a statement or anywhere else within the
17 university?
18 A.  Office of legal -- excuse me.
19 Office of legal affairs did produce
20 some interim guidance, particularly as it
21 relates to the criteria of being off topic and
22 provided further clarification within that
23 interim guidance.
24 MR. BERRY:  All right.  Can we
25 actually introduce as Exhibit 21 the -- what

50

1  would be marked as the UW0076 file?
2  And this is an email entitled "Interim
3  Social Media Moderation Guidance."
4  (Whereupon, Moll Deposition
5  Exhibit No. 21 was marked
6  for identification.)
7  BY MR. BERRY:
8  Q.  All right.  Mr. Moll, do you see -- do
9  you see as Exhibit 21 in front of you?
10 A.  I see an email.  I don't see it
11 labeled as Exhibit 21.
12 Oh, there it is.  Yes.
13 Q.  And are you familiar with this
14 document?
15 A.  Could you scroll up to the top again,
16 please?
17 Yes.  I am familiar with this
18 document.
19 Q.  And what is it?
20 A.  This is the interim social media
21 guidance -- [indiscernible] -- legal affairs.
22 STENOGRAPHER:  I'm sorry.
23 THE WITNESS:  I'm sorry.
24 STENOGRAPHER:  I didn't catch what you
25 said.

51

1  (Captured testimony read
2  back.)
3  THE WITNESS:  Oh, produced by office
4  of legal affairs.
5  STENOGRAPHER:  Thank you.
6  BY MR. BERRY:
7  Q.  Does this guidance change how you
8  moderated comments?
9  A.  In regards to the criteria listed in
10 the social media statement, and the criteria
11 being off topic, yeah, this provided further
12 guidance, how to determine whether a specific
13 comment was -- or content is on or off topic.
14 Q.  Okay.  Did it -- did it change your
15 own view of what an off-topic comment was?
16 A.  Yeah.  It -- it provided -- it
17 educated me more on -- on how to determine
18 whether a comment fit the criteria of being
19 off topic or not.
20 Q.  Okay.  And how -- how -- how did
21 it -- how did it change your view or inform
22 your view further on what an off-topic post
23 is?
24 A.  I -- I think it helped -- it helped me
25 understand, you know, the -- like the middle

52

1  ground.  You know, sometimes it -- it's a
2  human decision, you know, in all these cases.
3  I should -- well, so the -- under the
4  section content moderation, on topic versus
5  off topic, the -- that guidance helps clarify
6  situations where a comment may be on topic,
7  even if it also includes off-topic content or
8  vice versa.
9  Q.  Okay.  At the very first sentence of
10 Exhibit 21 here, this interim social media
11 guidance, says that [as read]:
12 "The social media managers
13 may engage in content
14 moderation on social media
15 pages based on one
16 criteria whether posted
17 content is on or off
18 topic."
19 Do you understand that as requiring
20 you to -- to remove anything that's off topic
21 or just that, that you're able to, if you
22 want?
23 A.  It says "may engage."  So it's -- it
24 doesn't require any social media manager to do
25 so.

53

1    Q. Yeah. How do you -- how do you
2 determine whether to -- whether to remove
3 something that's off topic or not?
4    **A. Sorry. Could you clarify what you**
5 **mean by "remove"?**
6    Q. Sorry. Yeah. As we -- well, as we
7 stated earlier, there are a number of ways to
8 moderate a comment. Do you remember that
9 conversation?
10    **A. Yes.**
11    Q. So my question is: How do you decide
12 whether to exercise any of your moderation
13 powers with regard to an off-topic comment?
14    **A. Social -- or comment -- as a social**
15 **media manager, one of the -- you know, duties**
16 **of my role is -- is to review comments that**
17 **are made on UW-Madison social media posts.**
18       **And so as per that job -- you know,**
19 **part of my job I would consider comment**
20 **moderation determining, you know, if -- if**
21 **comments meet the criteria listed in the**
22 **social media statement.**
23    Q. Do you always remove off-topic
24 comments?
25    **A. Not always, but to the best of my**

54

1 **abilities, I try to, you know, abide and**
2 **remain consistent with those criteria listed**
3 **in the social media statement.**
4       **But social media posts are living**
5 **documents. And so users can comment or remove**
6 **their comments or perform any action available**
7 **to a user at any time. And so I might not**
8 **always see every comment.**
9    Q. Okay. Then you're saying -- well,
10 you're testifying that you try to
11 remove -- and let me know if I'm
12 characterizing this correctly -- that you try
13 to remove all off-topic -- off-topic comments
14 to the best of your ability?
15    **A. With the understanding that "remove"**
16 **means any -- any form of moderation as we've**
17 **described earlier, yes.**
18    Q. So it's -- so to put that more
19 clearly, it's your testimony that you try to
20 moderate off-topic comments to the best of
21 your ability all the time?
22    **A. To the best of my ability, yes.**
23    Q. All right. And in what ways do you
24 moderate off-topic comments?
25    **A. If an off-topic comment is moderated,**

55

1 **it can be hidden or deleted, replied to or**
2 **reported.**
3    Q. How do you decide whether to hide,
4 remove, report or reply to an off-topic
5 comment?
6    **A. It -- it depends on the social media**
7 **platform. There are different functions**
8 **within Facebook and Instagram as we described**
9 **earlier.**
10    Q. How do you -- how do you -- among the
11 different options, do you -- do you
12 consistently use one over the others when
13 you're deciding how to moderate an off-topic
14 comment?
15    **A. I -- I -- to the best of my ability,**
16 **yes. But as -- as social media platforms**
17 **evolve, you know, Facebook and Instagram**
18 **introduce different tools available to account**
19 **managers.**
20       **And -- and so as social media**
21 **platforms evolve, so must the social media**
22 **manager or we have -- I have the ability to,**
23 **based on the tools provided.**
24    Q. Right. How do you choose what tool to
25 use?

56

1       How do you choose what the optimal
2 tool is for any given off-topic comment?
3    **A. It really depends on the situation,**
4 **whether it's -- you know, if we're talking**
5 **about a -- an individual off-topic comment,**
6 **then on -- Facebook, you know, could hide it.**
7       **But on Instagram, which doesn't have a**
8 **hide feature for individual comments, if it's**
9 **deemed to be off topic, then we'd likely**
10 **delete it.**
11       MR. BERRY: We -- let's -- I know we
12 have been doing this for like an hour and a
13 half. Should we just take like a ten-minute
14 break? And then we can split up the morning
15 in half that way before lunch.
16       MR. KILPATRICK: That sounds good to
17 me.
18       MR. BERRY: Okay.
19       VIDEOGRAPHER: I'll bring us off the
20 record.
21       The time is 11:33. We're going off
22 the record at the end of recording 1.
23       (A short recess was had.)
24       VIDEOGRAPHER: The time is 11:45.
25 We're on the record at the start of recording

57

1  2.
2       MR. BERRY:  All right.  Welcome back.
3       Could we get Exhibit 21 back on -- on
4  the screen?
5  BY MR. BERRY:
6    Q.  Okay.  Mr. Moll, earlier we were --
7  previously we were talking about wh- --
8  deciding when to remove off-topic comments.
9       And looking back on -- to Exhibit 21
10 here where it says [as read]:
11         "Social media managers may
12          engage in content
13          moderation for off-topic
14          comments."
15      What -- what -- why did you decide to
16 try to remove all off-topic comments to the
17 best of your ability, even though this interim
18 guidance authorizes you to moderate comments,
19 but not require you to do so.
20      I could -- you know, actually, let me
21 just rephrase that.
22      Would -- would you agree that this --
23 that this interim social media moderation
24 guidance authorizes you, but doesn't require
25 you to moderate off-topic comments?

58

1    A.  Yes, I would agree with that.
2    Q.  And earlier you testified that -- that
3  you tried to remove all off-topic comments to
4  the best of your ability; correct?
5    A.  Correct.
6    Q.  So -- so why do you try to remove all
7  comments that are off topic when you're not
8  required to do so under this guidance?
9    A.  I would say to be consistent as the
10 best that I can.  Granted, social media posts
11 are living documents.  So, you know, I -- I
12 don't -- you know, I might not see every
13 single comment.  But to the best of my
14 ability, I try to be consistent and, you know,
15 provide equal treatment when possible.
16   Q.  Have you always tried to remove all
17 off-topic comments to the best of your ability
18 since you started this role in -- in 2014, or
19 was there a point when you changed
20 your -- your behavior or philosophy?
21   A.  My behavior or philosophy hasn't
22 changed.  My philosophy hasn't changed.  You
23 know, granted I've been in this role for more
24 than eight years.  You know, I -- I'm not the
25 only one with access to the accounts.

59

1       And so, you know, as -- as I've, you
2  know, grown, and as I've grown in, in this job
3  position, I have taken on more responsibility
4  and also delegated when -- when needed or --
5  or when applicable.
6    Q.  So you're saying that -- that you've
7  always tried to consistently remove all
8  off-topic comments to the best of your
9  ability?
10      Is that a fair characterization of
11 what you're testifying?
12   A.  To the best of my ability, yes.
13      MR. BERRY:  Can we go back to
14 Exhibit 20?
15 BY MR. BERRY:
16   Q.  In Exhibit 20 you also see here
17 that -- I'm sorry.
18      With regards to the social media
19 statement at Exhibit 20, do you -- do you
20 understand this social media statement
21 as -- as requiring you to remove off-topic
22 comments?
23   A.  No.
24   Q.  And -- and why don't you think you're
25 required to under the statement?

60

1    A.  Under the statement it says that [as
2  read]:
3         "UW-Madison shall have the
4          right to remove any
5          content for any reason,
6          including, but not limited
7          to, the criteria listed."
8       There's -- it does not say there is a
9  requirement.  But as understood, and in --
10 as -- in my role as a social media manager,
11 that is part of my role to perform as -- you
12 know, all aspects of -- of account management.
13 And part of account management is content
14 moderation.
15   Q.  And the reasons that says -- the
16 reasons that are included, but not limited to
17 under social media statement for moderation
18 are content that it deems -- that the
19 university deems to be threatening, profane,
20 obscene, violation of intellectual property
21 rights or privacy laws, off-topic, commercial,
22 or promotion of organizations or programs not
23 related to or affiliated with the university
24 or otherwise injurious or legal.
25      Is that a fair characterization?

61

1    A. Yes, it is.
2    Q. But the social media statement says
3 that it can remove content for any reason,
4 including, but not limited to, those reasons I
5 just listed; correct?
6    A. Correct. It says that.
7    Q. Are there any other reasons, other
8 than the ones listed, that you remove -- or
9 excuse me.
10    That you moderate comments for?
11    A. At -- there might be at -- but it -- I
12 tried to stick to the criteria within the
13 statement. But it is possible that, you know,
14 they have removed or hidden or -- or performed
15 a moderation for other reasons, but it's a
16 case-by-case basis.
17    Q. With regards to the social media
18 statement, have you -- did you ever undergo
19 any sort of training for this social media
20 statement at any -- at any time in your
21 position as a social media manager?
22    A. Training specific to this social media
23 statement in particular?
24    Q. Yes.
25    A. I mean, when I -- when I started the

62

1 job and -- and, you know, was brought on
2 board, I was introduced to the statement and
3 the university relations, social media
4 guidelines. And we, you know, we had a
5 discussion about them. And -- so as part of
6 my job onboarding, you know, the social media
7 statement was -- was covered in that, I
8 believe.
9    Q. Do you remember -- can you describe
10 what was -- what you were instructed about or
11 trained on with regards to the social media
12 statement?
13    A. I -- I can't recall specifics about
14 it. There was a lot of content covered. So,
15 no, no, I can't recall.
16    Q. Okay. And did the -- did your job
17 onboarding and training include any -- any
18 other instruction with regards to -- to social
19 media, other than the social media statement
20 or guidance?
21    A. Any other training at all did you ask?
22 Sorry.
23    Q. Correct. Yeah. Was there -- other
24 than the social media guidelines on the
25 university relations page or this social media

63

1 statement, did your -- did your job training
2 include any other discussions about social
3 media?
4    A. Yes, it did. Primarily covering
5 content creation and just familiarizing myself
6 with -- with the platforms that develop with
7 the accounts that had already been created.
8    Q. Was there anything else with regards
9 to moderation, besides this social media
10 statement when -- when you were training for
11 your job?
12    A. Not that I can recall.
13    Q. And then subsequently to being
14 onboarded for your current position, where
15 where -- were there any other trainings
16 relating to social media moderation that
17 you've undergone?
18    A. Excuse me. In regards specifically to
19 social media moderation, I don't believe so.
20 But I've attended, you know, conferences, and
21 seminars, and groups focused on social media
22 throughout my employment as -- as part of my
23 employment, and -- and role in this job on
24 many different aspects of social media.
25    But I don't recall -- or I'm not aware

64

1 of any that are specifically about content
2 moderation.
3    Q. Okay. Have you ever had any -- any
4 discussions with anyone at the university
5 about how much discretion you have in deciding
6 whether to restrict or moderate a comment on
7 the university's social media pages?
8    A. Yes, I have.
9    Q. Can you describe those discussions
10 with regards to who they were with?
11    A. Yeah. Well, in my role I am
12 the -- it's not an official title, but I
13 would, you know, position myself as one of, if
14 not the, lead social communicator on campus.
15    And so employees look to me for
16 guidance. And -- and we have many, many
17 employees who manage social media accounts.
18 And so I just -- I've have had many different
19 conversations.
20    Typically speaking, we'll get
21 questions, you know, relating to a specific
22 user or a specific comment. But, yeah,
23 it -- it's a case-by-case basis.
24    Q. So it sounds like your -- you're
25 saying that you're often the one people are

**65**

1  going to ask for advice about moderation?
2      A. Not always. But in my role, yes. I
3  do have, you know, many communicators who do
4  come to me.
5      Q. And what sorts of -- what kinds of
6  issues do people come to you with?
7      A. A lot of different issues. Whether
8  it's, you know, a functionality of, you know,
9  I don't understand this new feature or how do
10 I get more followers or, you know, optimizing
11 social media posts for, like the Web or -- or
12 for viewers, you know, when you're -- you
13 know, when you're drafting a social media
14 post, how it looks to the -- the public side
15 of it as opposed to in draft form, and, you
16 know, how visuals can -- can play into that.
17      And like I said on, you know, specific
18 comments or users for campaigns, I also
19 produce many graphics. And -- and so I have
20 folks coming to me asking to, you know, help
21 give their -- give their campaign a boost,
22 particularly as it related to COVID-19 and
23 public health awareness as a recent example.
24 Many, many different topics people come to me
25 with.

**66**

1      Q. And do you ever go -- do you ever ask
2  other people for guidance on moderating social
3  media posts at the university?
4      A. If I have questions about specifics
5  I -- you know, probably contact legal.
6      Q. Is there anyone, other than legal, who
7  you would contact about -- about specific
8  moderation situations?
9      A. I might go to other social media
10 managers, you know, who manage -- who also
11 help manage the UW-Madison accounts or, you
12 know, other -- other staff members within
13 university communications, colleagues, who
14 might be a subject matter expert in the
15 particular, like, particular area where I have
16 a question or that -- that can go for other
17 university staff as well.
18      Q. Can you give an example of a time
19 where you sought out a colleague and -- and
20 asked about a social media moderation
21 situation?
22      A. Yeah. I know they're out there.
23 Sorry. I'm trying to think of one specific
24 one.
25      There would -- there would be times

**67**

1  where other university communications staff
2  would be considered the social media lead for
3  the day, where they would be the ones -- or
4  they would be the one kind of on point or in
5  charge of outbound content for the day,
6  editorial content.
7      Where -- because just dealing with the
8  COVID, and, you know, just ongoing emergency
9  situation, I had many other aspects of my job
10 to do, but didn't have the time or bandwidth
11 for it. Excuse me.
12      And so there would be -- there would
13 be times where I would check in. You know,
14 usually around the end of the day and see, you
15 know, if there were any issues. You know, I
16 can -- I can think of one specific one where I
17 asked my colleague, Nick, you know, we
18 were -- we were going through a -- what I
19 would just colloquially consider, like a spam
20 campaign.
21      And I asked him, since Nick was
22 serving as a social media lead for the day,
23 and I hadn't had my eyes on social for most of
24 the day, you know, if there were any, you
25 know, words or phrases that kept -- were --

**68**

1  were being repeated that, you know,
2  might -- we might consider to add to our
3  auto-moderated list of words or phrases.
4      Q. Okay. What was the -- do you remember
5  what the spam campaign was about?
6      A. No. I would need to see the
7  conversation in front of me.
8      Q. All right. Is spam -- how does spam
9  fit into your social media moderation
10 decision-making?
11      A. Yeah. I would have to say that more often
12 than not I would consider spam to be off
13 topic.
14      But in terms of what spam is, it's --
15 it's usually directed by an outside source to,
16 you know, go and comment on UW-Madison's
17 social media accounts with a, you know,
18 specific phrase or -- or whatever, and
19 basically just jam up our comment sections,
20 and, you know, where users will just pile on.
21 And it becomes quite overwhelming as a social
22 media manager.
23      Q. What's overwhelming about reading
24 several comments on your posts?
25      A. It -- it can be overwhelming where

69

1  you're receiving hundreds, if not thousands of
2  comments unrelated to the social media post at
3  hand when, for instance, if the -- the
4  comment -- or the -- sorry, the social media
5  post by UW-Madison is about, you know, current
6  public health guidance, and, you know,
7  student -- and were there -- you know, and
8  students might have questions that they're
9  looking to get answered.  And it's sometimes
10 quite overwhelming to try and sift through all
11 of the spam or off-topic comments to try and
12 actually reach students who are trying to
13 engage in the specific social media post.
14 They're there to respond to the topic that
15 we're discussing in that social media post.
16     And there are times where I -- you
17 know, I -- I missed questions because we were
18 completely inundated by -- by spam commentors.
19     Q.  You said sometimes there would be
20 hundreds of comments?
21     A.  Yes.
22     Q.  Okay.  And how would you -- how do
23 you -- how do you handle those -- those
24 situations where you're receiving a lot of
25 comments that you -- that you consider to be

70

1  off topic on a post?
2      How do you moderate those?
3      How do you moderate those comments?
4      A.  It depends on the situation.  But --
5  and -- and it also depends on which platform
6  we're talking about, just because the
7  functionality of managing comments differs by
8  the platforms from an admin perspective.
9      But if, you know, if we are
10 receiving -- if we're in the middle of
11 a -- a -- you know, a spam campaign, I'll go
12 in and, you know, just assess the situation
13 and try to look for the source, you know,
14 where -- where is this directive coming from,
15 and just to try to better understand, you
16 know, the -- the motivation behind it or just,
17 you know, just the situation.
18     And then from there, if I can manually
19 moderate, depending on the level of -- of, you
20 know, look -- or the amount of comments
21 received, I -- or I might go in or
22 might -- you know, direct someone on -- on
23 staff to help me with manual moderation,
24 looking for off-topic comments.
25     Or otherwise if -- if it's -- if it's

71

1  not possible to do -- reasonably possible to
2  do by manual moderation, I'll look for a
3  keyword or phrase that, you know, consistent
4  -- it's consistently used in those comments.
5  And I'll add it to the auto moderated list.
6      It's -- you know, that's -- that's I
7  think -- I believe why the tool is there, to
8  help with situations like that.
9      Q.  And when you put a word on the auto
10 moderated list, is there -- is there any sort
11 of practice with regards to removing those
12 words off the list at a future date?
13     A.  Yeah.  Words or phrases can come and
14 go.  Some -- it really just depends on -- on
15 the -- the situation.
16     I might -- I might review the list of
17 words or phrases every few months.  Or if, you
18 know, if I'm adding a new word or phrase, I
19 might look at the list and deem that oh, like,
20 you know, I'm -- that -- like that word or
21 phrase on the list, you know, might not really
22 be applicable to need auto moderated level
23 status.
24     And so I might remove it at that
25 point.  But I don't -- I don't have a calendar

72

1  appointment or a timer to remind me to review.
2  It's just on an as-needed basis.
3      Q.  What -- to the best of your ability,
4  can you recall any -- any and all words or
5  phrases that you had -- that you remember
6  removing from the auto-moderator, blocked-word
7  list?
8      A.  The lists differ by Facebook and
9  Instagram.  I -- I can't recall a specific
10 word or phrase.
11     Q.  Okay.  Do you -- I mean, how -- how
12 many times have you removed a word from
13 the -- from the list of auto moderated words?
14     A.  I don't keep a count.
15     Q.  If -- if you had to guess, would you
16 say it's been, you know, less than ten times
17 or more than ten times that you've removed a
18 word from the auto moderator?
19     A.  Within -- within my time in this role,
20 probably more than ten times.
21     Q.  Would you -- probably more than
22 ten times.  So you're not -- you're not sure
23 if it's been more --
24     A.  I don't --
25     (Indiscernible simultaneous

73

1          colloquy.)
2  BY MR. BERRY:
3      Q. -- or less --
4      A. I don't keep account.  And the only
5  record of -- of the words or phrases are
6  within the list itself on the -- on Facebook
7  or Instagram.
8      I don't keep a separate list in like a
9  Word doc or anything like that.  So I -- I
10 would -- I would guess more than ten times,
11 but I -- I don't keep a record.
12     Q. And excuse me.
13     And how often -- excuse me.
14     Do you have any practice -- let me
15 rephrase that.
16     Is there a -- is there a way to let a
17 comment through to appear on a post even if it
18 has an auto moderated word in the post?
19     A. On Facebook, yes.  On Facebook
20 it -- it allows you to, you know, view -- as
21 an admin, you can view all the comments.  And
22 it will -- if -- if there is a comment hidden,
23 you can view the hidden comment and determine
24 to take an action from that, whether that be
25 to allow the -- to unhide the comment, to keep

74

1  it hidden, to delete the comment, to report
2  the comment.
3      Q. Do you have any practice on Facebook
4  of unhiding comments that fell within the auto
5  moderation, but which might happen to be on
6  topic, despite being filtered out?
7      A. Yeah.  We regularly review hidden
8  comments, or we regular -- regularly review
9  comment sections.  And if there is a hidden
10 comment, you know, I -- if I -- if I see that
11 there's a hidden comment.  Because sometimes
12 there are a lot of relevant comments
13 that -- you know, I just -- so I do try to
14 look at hidden comments to the best of my
15 ability and determine, you know, is the auto
16 moderator working as I intended it to.
17     And if I do see that a comment that
18 has been hidden is on topic as determined
19 by -- or as is further clarified by the
20 interim guidance, then I'll -- I'll go in and
21 unhide it.
22     Q. Can you provide a specific example of
23 a time that you unhid a Facebook comment
24 that -- that had been improperly auto
25 moderated?

75

1      A. I can't recall the specific contents
2  of -- of the comment itself.  But there are
3  certain instances where on Facebook I'll see
4  that a comment is hidden and I'll expand it
5  open.  And it's just someone, you know,
6  tagging -- tagging their friend's name in the
7  comment.  You know, and that's a common
8  practice to, you know, try to get the
9  attention of that friend to see the -- the
10 Facebook post.
11     And, I mean, we don't have specific,
12 you know, names of regular people in our auto
13 moderated list.  So I'm not sure why Facebook
14 hid that comment.  And so I'll go and, you
15 know, usually unhide it.  Yeah.
16     Q. Do you have any other examples or
17 instances where you -- where you unhid an auto
18 moderated comment on Facebook?
19     A. A -- I can't think of a specific
20 comment at a specific moment in time.  But it
21 is -- it is something that the act of
22 reviewing is something that I do.
23     Q. And on Instagram, there's no way to
24 unhide -- [indiscernible] -- comment; is that
25 right?

76

1      STENOGRAPHER:  I'm sorry.
2          (Captured testimony read
3          back.)
4      MR. BERRY:  An auto-moderated comment.
5  BY MR. BERRY:
6      Q. Is that correct?
7      A. That's not correct.
8      Q. Okay.  Can you describe how to -- how
9  to unhide a moderated comment on Instagram?
10     A. In order to do -- in order to -- well,
11 there are certain circumstances.  So if
12 the -- if an account level restriction has
13 been placed on a user, then -- sorry.  I lost
14 my train of thought.
15     For account level restrictions, if a
16 user were to comment and it is visible to that
17 user and the account administrator, wherein
18 the account administrator then has the option
19 to leave it hidden, approve it and unhide it,
20 delete it, report it, those options.
21     As for hidden -- as for hidden
22 comments by the auto moderator, to unhide a
23 comment you would need to remove that specific
24 word or phrase from the auto moderated list.
25     Q. Okay.  All right.  Thanks.

77

1      And you said that you -- that -- you
2 mentioned that you revie- -- that you watch
3 the social media comments to decide what to
4 moderate or perhaps un- -- unmoderate. Is it
5 that -- that's correct?
6   **A. Yes.**
7   Q. Can you just walk me through sort of a
8 typical day in -- you know, how -- how closely
9 you're watching this and...
10   **A. How closely I'm watching what?**
11   Q. Sorry. Walk me through a typical day
12 and just -- and just describe your -- your
13 process of monitoring comments with regards to
14 moderation?
15   **A. Sure. It -- a typical day I usually**
16 **first meet with my supervisor, Mike, and we go**
17 **through the content for the day. And so**
18 **that's where I kind of go into the planning**
19 **phase of, you know, just what -- what outbound**
20 **content will feature on our accounts that**
21 **given day.**
22   **And then, you know, I'm checking**
23 **emails, you know, working with UW social**
24 **media, communicators as needed.**
25   **But as it -- as -- you know, as we**

78

1 **regard reviewing comments, there -- like**
2 **reviewing comment -- or the notifications for**
3 **comments are in the same area of the account**
4 **manager as our direct message inbox for both**
5 **Facebook and Instagram, but it's in a**
6 **different tab.**
7   **So I'll usually watch for direct**
8 **messages, you know, throughout**
9 **the -- throughout the day we usually have a**
10 **few come in, you know, overnight.**
11   **And so in the morning -- as part of my**
12 **morning rounds, I'll try to review messages**
13 **and comments that came in throughout the**
14 **night.**
15   **And then monitoring comments, I'll**
16 **usually try to keep an eye on, you know, the**
17 **first few minutes just to see if there's**
18 **anything that pops up, somebody needs a**
19 **response right away, depending on the subject**
20 **matter.**
21   **And then, you know, if I -- well,**
22 **I'll -- you know, we probably review it**
23 **around, you know, 4:00 or 5:00 p.m. again,**
24 **both the inbox and comments we've received.**
25 **And then I -- I might check, you know, in the**

79

1 **evening, before bed.**
2   **But that's also in addition to**
3 **performing a lot of other duties in my role.**
4   Q. If -- if somebody posts a comment that
5 that -- that's been auto moderated because it
6 has a blocked keyword or blocked word, do
7 you -- would you get a notification for that
8 comment when it's made?
9   **A. The -- yeah. We -- well, sorry.**
10 **I -- I believe so, yes. And Facebook and**
11 **Instagram have both really improved**
12 **their -- their inbox in recent months. It**
13 **used to be really wonky.**
14   **But, yeah, a few months ago with --**
15 **with Facebook's kind of switch to Meta as the**
16 **parent company, they did a complete overhaul**
17 **of their inbox, where we receive DMs**
18 **and -- and comment notifications.**
19   **And so they're much clearer now within**
20 **the past, I would say four or five months,**
21 **than what it used to be.**
22   **It was -- it was very glitchy. And I**
23 **would -- I would miss a lot of content.**
24 **Sorry. I don't know if it answered your**
25 **question or I don't know if I answered the**

80

1 **specific question you asked.**
2   Q. That's okay.
3   With -- you said previously Facebook
4 was glitchy and that you -- it was hard to see
5 notifications when somebody was making a
6 comment?
7   **A. Correct.**
8   Q. Was -- did Instagram have
9 similar -- any similar problems?
10   **A. Yeah. It was a similar functionally.**
11 **There would be times where the -- the desktop**
12 **tool just completely unusable. And so I had**
13 **to resort to monitoring on my phone.**
14   Q. How often would you have to do that?
15   **A. As-needed basis. But I would try to**
16 **use the desktop tool whenever -- whenever**
17 **possible, just because it's easier to use on a**
18 **larger screen than a smaller phone screen.**
19   Q. And this would be for -- for watching
20 comments come in?
21   **A. Comments, interactions, yeah. I**
22 **always just like to watch the like count just**
23 **to see -- you know, for strategy what time of**
24 **day to post content, or just how -- how**
25 **the -- how the Facebook or Instagram algorithm**

81

1  is treating our piece of content.
2  Q. Other than the -- other than the
3  desktop version of the moderator tools not
4  working, what -- were there other glitches or
5  technical problems that made it hard to
6  moderate Facebook or Instagram in the past?
7  **A. Yeah. There -- there would be times**
8  **where Instagram just wouldn't load comments**
9  **for me, either on, you know, I'd -- I'd**
10 **receive -- or I'd see that, you know, we had,**
11 **say, 49 comments on something -- on a post on**
12 **Instagram. But I would click in and would**
13 **only see, you know, several.**
14 **But then over time, maybe the next**
15 **day, I would be able to see all 49. It wasn't**
16 **consistent, but it had happened in the past.**
17 **But in -- in recent months, both**
18 **Facebook and Instagram had really improved.**
19 Q. How often would this happen where
20 comments wouldn't show up for a day or so?
21 **A. I'd say less than a dozen.**
22 Q. Okay. If somebody -- if somebody made
23 an on-topic post that was filtered by the auto
24 moderator on an old post, would you get a
25 notification for that?

82

1  **A. That particularly is where both**
2  **Facebook and Instagram were rather glitchy.**
3  **Now, today, yes. But in the past, might. We**
4  **might be able to see that in the -- in the**
5  **inbox, but not always.**
6  Q. And when you say "that," do you mean
7  any comments on an older post, or a comment
8  from somebody who was being auto moderated?
9  **A. Oh, sorry. Any comment. Whether or**
10 **not they were auto moderated.**
11 Q. So someone commented -- or
12 historically, if someone commented on an older
13 post, you might not get a notification for it
14 on Facebook or Instagram?
15 **A. Might --**
16 MR. KILPATRICK: I'm going to object.
17 I'm going to object as to the use of the term
18 "old" as ambiguous.
19 BY MR. BERRY:
20 Q. You can answer the question.
21 **A. Might not. But, yeah, I -- I -- old,**
22 **if you're referring to -- I'm not sure what**
23 **you mean by "old."**
24 Q. Well, I -- if you -- just a minute ago
25 I had asked if you would get -- if someone

83

1  commented on an older post within -- with a
2  comment that was auto moderated, would you get
3  a notification.
4  You said that was an area where
5  Instagram and Facebook were historically more
6  glitchy.
7  So what -- what did you think I meant
8  when I said "older"?
9  **A. When you said "older," I -- I took**
10 **that as -- or I understood it as**
11 **back -- I -- a comment on a post when Facebook**
12 **and Instagram were more glitchy in their**
13 **inbox.**
14 Q. Oh, I see. Okay.
15 What if somebody -- what if somebody
16 posted on -- would a notification behavior on
17 Instagram or Facebook ever be different if
18 somebody made a comment on, let's say a
19 week-old Instagram post or Facebook post?
20 **A. Are we talking if the comment is made**
21 **in present day?**
22 Q. Yes.
23 **A. I believe we would receive a**
24 **notification either way.**
25 Q. Okay.

84

1  **A. Granted, we receive sometimes hundreds**
2  **of notifications, thousands of notifications**
3  **every day depending just on -- on the level of**
4  **engagement we receive.**
5  **And so, eyes -- we might receive a**
6  **notification, but eyes from an account manager**
7  **might not fall on that notification itself.**
8  Q. If somebody commented on a week-old
9  post in 2020, would you receive a normal
10 notification for that on Facebook and
11 Instagram?
12 **A. Generally speaking, yes. But given**
13 **the glitchy behavior that I described earlier,**
14 **I -- I can't guarantee that Facebook or**
15 **Instagram would deliver that notification.**
16 Q. Would that glitchy behavior that you
17 described apply to somebody commenting on a
18 post on Facebook or Instagram that was posted
19 the same day as their comment?
20 **A. In my experience with just that type**
21 **of glitchy behavior, Facebook and Instagram would be**
22 **pretty good about recent -- so meaning day of**
23 **or the day-before posts that were made by the**
24 **university and notifications associated with**

85

1 that.
2      But where it -- where it got glitchy
3 was dealing with posts made a week or two
4 prior and -- and further back.
5    Q.  Was this -- was this glitchy behavior
6 something that was well known or discussed
7 in -- among social media specialists?
8    A.  Yeah.  I mean, so within the social
9 media team that we've built in university
10 communications, we would err a lot of
11 grievances about the -- the, you know, the
12 various Facebook tools and their level of
13 reliability.
14    Q.  Did the glitchy behavior, did it have
15 a name?
16    A.  I don't -- I don't believe so.
17    Q.  Okay.  Are there any -- any online
18 communities or Web pages that -- that -- that
19 you -- that -- that talk about this sort of
20 glitchy behavior with regards to comment
21 notifications on Facebook or Instagram?
22    A.  I -- I belonged to several online
23 communities and there might have been
24 discussion in there.  But given the time where
25 this happened, I was mainly focused on just

86

1 campus operations.  This was -- this was
2 primarily, you know, beginning of the pandemic
3 when it was -- when it was -- I would -- I
4 would associate, you know, most of the -- or
5 up -- up to the -- the update several months
6 ago or whenever Meta took over and updated its
7 inbox.  Prior to that time the inboxes, you
8 know, were rather glitchy.
9      So there could be -- there could have
10 been discussion, but I don't think I ever
11 partook in those discussions within a broader
12 community.
13    Q.  Did you ever -- did you ever take any
14 steps to try to figure out what was causing
15 this glitch?
16    A.  Yeah.  I mean, I would try to -- you
17 know, clear out the inbox every so often and,
18 you know, just like check off notifications.
19      I know there was -- I did a major
20 sweep.  It just got to the point of like, it
21 was nearly, you know, it -- it barely
22 functioned for us.  January of 2021 we were
23 missing -- we were missing a lot.
24      And -- and so I went through just a
25 huge, kind of like spring cleaning, and just

87

1 cleared out old, old messages that had been
2 replied to, didn't -- we didn't need in our
3 inbox anymore, cleared all that out, and just
4 tried to just like have it start fresh.
5      And that -- that seemed to work a bit.
6 And then soon after that is when Meta kind of
7 updated its -- its inbox.
8    Q.  Why would -- why would clearing out
9 messages help resolve this glitch?
10    A.  It was just troubleshooting.  I
11 thought it might help.
12    Q.  Okay.  Other than -- other than doing
13 this cleaning up, were there any other -- any
14 other resources or research that -- that you
15 looked into to help resolve the -- the glitchy
16 notification behavior that you were
17 experiencing?
18    A.  I -- you know, I -- I follow -- or I
19 don't follow, but I -- you know, I -- I look
20 to certain, you know, tech publications that
21 usually try to provide, you know, tips for
22 social media platforms.  And so I'm sure I
23 performed a search or two just to look into
24 the matter.
25      But I -- to what I can recall, I

88

1 didn't see any sure-fire fix to the situation.
2    Q.  Have you done any kind of -- have you
3 done any kind of, like, cleaning up like that
4 subsequently to the -- the time around
5 January 2021 when you...
6    A.  Yes.  So since then and -- yeah.
7 Since then I have, you know, tried to maintain
8 a much cleaner inbox so that we do have a
9 higher probability of seeing new
10 notifications.
11      And just with the -- the redesign of
12 the inbox, it's just much clearer and easier
13 to -- to manage.
14    Q.  Do you have any kind of -- are there
15 any policies at the university that guide your
16 decision for cleaning up inboxes on social
17 media accounts?
18    A.  We don't have any social media
19 policies.  We have the social media statement,
20 and we have the social media guidelines, and
21 the interim guidance from OLA or office of
22 legal affairs.  I...
23    Q.  Earlier you -- you mentioned that you
24 can get hundreds or even thousands of
25 interactions on social media every day that

89

1  you're responsible for, for overseeing?
2     **A. Yes.**
3    Q. Can you -- do you keep metrics
4  anywhere about precisely how many types of
5  social media interactions you get on a given
6  day or any period of time for that matter?
7     **A. We have metrics available to us as**
8  **account managers. Facebook and Instagram, you**
9  **know, provide metrics.**
10      **But I -- I am not as producing --**
11  **analytics and metrics are not within my**
12  **day-to-day or even weekly or monthly job**
13  **requirements.**
14    Q. How did you arrive at the -- at the
15  range of hundreds to thousands a day of social
16  media interactions that that could happen?
17     **A. I remember seeing several Instagram**
18  **posts where it said more -- you know, more**
19  **than 1,000 comments for a -- a post that was**
20  **made within that day or two and tracking**
21  **downward.**
22    Q. Do you remember what -- what that post
23  was about?
24     **A. I don't recall, no.**
25    Q. Do you remember what the comments were

90

1  about?
2      Why were there so many comments on
3  that one?
4     **A. Well, we can receive, you know, many**
5  **notifications for a number of reasons. Say we**
6  **win a national championship or a sports team**
7  **does really well or, you know, the university**
8  **has a high ranking in a certain, you know,**
9  **U.S. News or Washington monthly ranking for or**
10  **either the full university or a, you know,**
11  **particular program or aspect.**
12      **Other times it's from spam campaigns**
13  **that I described earlier.**
14    Q. Sometimes you receive thousands of
15  comments that are related to what you describe
16  as a spam campaign, but other times you may
17  receive thousands of comments on a post that
18  doesn't -- is not related to what you would
19  call a spam campaign; is that right?
20     **A. I don't think I would characterize it**
21  **that way. I mean, there are -- I can't put an**
22  **entire comment section into one -- one bucket.**
23    Q. Other than comments, what other kinds
24  of interactions do you watch as -- as they
25  occur on your university social media

91

1  accounts?
2     **A. I look at the -- the number of likes**
3  **or reactions. I can also see the amount of**
4  **shares and interactions and comments on those**
5  **shares. And I -- I think I previously defined**
6  **what "sharing" means.**
7      **Also, yeah, you know, I can run like**
8  **Google searches with the URL of the specific**
9  **post to see what kind of media pickup we might**
10  **be getting, you know, if someone has embedded**
11  **one of our social media posts in their news**
12  **story or -- or Web story, whatever that might**
13  **be.**
14    Q. So you're actively monitoring all --
15  all of those different types of interactions
16  on social media as, you know, on a daily
17  basis; is that right?
18     **A. Yeah. That's -- that's what I would**
19  **consider social listening, which is just kind**
20  **of monitoring traffic in all shapes and forms.**
21  **Excuse me.**
22    Q. Is anyone responsible for moderating
23  social media comments on the university's
24  social media pages, other than you?
25     **A. What do you mean by "responsible"?**

92

1    Q. Does anyone else moderate comments on
2  the university's social media page besides
3  you?
4     **A. Yes. Mike Klein who is my supervisor.**
5  **And prior to the interim guidance, you know,**
6  **whoever was the social media lead for that day**
7  **would typically handle just the all**
8  **aspect -- you know -- you know, posting**
9  **outbound content and monitoring comments.**
10      **They had the ability to moderate**
11  **comments. Usually there would be a**
12  **discussion, you know, if a question came up.**
13  **You know, but Mike and I ultimately took**
14  **responsibility for those and -- and would, you**
15  **know, consult as necessary if we were able to**
16  **handle it, you know, within the social media**
17  **team.**
18    Q. Can you describe Mike Klein's role
19  in -- in moderating on -- in particular
20  what -- under what circumstances would Mike
21  Klein be involved in a moderating activity?
22     **A. If he was social media lead for the**
23  **day or if he in his own capacity was reviewing**
24  **social media comments or the inbox where we**
25  **received notifications for those at any time,**

93

1  yeah.
2      Q.  And -- and you mentioned that
3  after -- it was after the interim social media
4  policy came out that the student interns
5  stopped having the authority to moderate
6  comments; is that accurate?
7      **A.  No.  The -- we received interim social**
8  **media guidance from office of legal affairs.**
9  **It's -- it's not a policy.  And we don't**
10  **actively have any intern -- student interns in**
11  **managing any aspect of our university social**
12  **accounts.**
13      Q.  And why -- why don't you have interns?
14      **A.  For a while during the pandemic we had**
15  **a hiring freeze, and -- and so**
16  **it -- everything fell to the professional**
17  **staff -- or I shouldn't say fell to.  But**
18  **that -- the -- the professional staff who we**
19  **already hired or already employed before the**
20  **hiring freeze, just had to take over all, you**
21  **know, account aspects.**
22      **We -- we didn't -- we didn't have any**
23  **student interns to help with content creation**
24  **or account management in any way.  And I**
25  **just -- while we're still in the pandemic,**

94

1  **just haven't had the bandwidth to work on**
2  **hiring more students yet.**
3      Q.  And there -- you testified earlier, if
4  I recall correctly, that -- that the last time
5  you had interns was May 2021; is that
6  accurate?
7      **A.  2020.**
8      Q.  2020, okay.
9      **A.  May 2020, yes.**
10      Q.  All right.  Well, I think we can -- I
11  know there was a request to break for lunch
12  around now.  I'm happy -- I'm happy to break.
13  You know, is it -- is 35 minutes enough?  I
14  know people might have other oblig- -- we
15  could go -- we could go to like -- what would
16  that be, 1:45 if we need to.
17      MR. KILPATRICK:  I don't need that
18  much.  But, you know, 30 -- 30 minutes would
19  be enough for me.  But I'll defer to -- to
20  Nate, if that's enough for him.
21      THE WITNESS:  Yeah.  I -- 30 minutes
22  is fine for me.  I probably will need to run
23  down the hill to -- to grab something to eat.
24      MR. KILPATRICK:  Then maybe we
25  should --

95

1      THE WITNESS:  I can easily do that.
2      MR. KILPATRICK:  Sorry.  Maybe we
3  should do 45 minutes, then.
4      THE WITNESS:  Is 1:30, does that
5  sound -- kind of meet in the middle there.
6      MR. BERRY:  Let's not -- let's do
7  1:35.
8      MR. KILPATRICK:  Okay.  1:35 central
9  time.
10      MR. BERRY:  Central time, yep.
11      VIDEOGRAPHER:  Okay.  I'll bring us
12  off the record.
13      The time is 12:53.  We're off the
14  record at the end of recording 2.
15      (A short recess was had.)
16      VIDEOGRAPHER:  The time is 1:35.
17  We're on the record at the start of recording
18  3.
19      MR. BERRY:  Welcome back.
20      Can we get Exhibit 21 back on
21  the -- on the screen?
22      And can we scroll down -- well,
23  actually, stop there for a moment.
24      Okay.  That's good.
25

96

1  BY MR. BERRY:
2      Q.  Mr. Moll, at the bottom of the page,
3  Exhibit 21 here, this is the -- the interim
4  guidance.  It states that [as read]:
5          "To the extent that a --
6          users post on-topic
7          content that is
8          inaccurate, misleading or
9          critical of UW-Madison, or
10          any of its subunits to a
11          formally affiliated
12          UW-Madison social media
13          page, social media
14          managers may respond
15          either with a reply or
16          separate post.  In these
17          responses, social media
18          managers may clarify an
19          institutional position on
20          the topic, provide context
21          or factual information,
22          and link to resources
23          where users can find
24          additional information."
25      Do you agree that's an accurate

97

1  representation of that paragraph?
2  **A. Yes, I do.**
3  Q. How would you determine if a -- if an
4  on-topic comment was inaccurate?
5  **A. There are a few different ways I could**
6  **determine that, based on my own institutional**
7  **knowledge from the time that I have spent here**
8  **in my professional role and -- and as an**
9  **undergrad.**
10  **Or, you know, quite often, I will, you**
11  **know, consult a KB document or knowledge-based**
12  **document, which that's just -- I kind of think**
13  **of it as like the Wikipedia of UW-Madison.**
14  **Or I can consult a subject matter**
15  **expert with the -- you know, the information**
16  **or the comments at hand.**
17  Q. And similarly, how would you determine
18  if an on-topic comment was critical of the
19  university?
20  **A. I'd say it's a case-by-case basis. It**
21  **depends on what the content of the comment is.**
22  Q. Have you ever -- have you ever
23  responded with a reply or a separate post
24  to -- to on-topic content that was inaccurate,
25  misleading, or critical?

98

1  **A. Yes, I have.**
2  Q. And how often have you -- have you
3  responded with a reply or a separate post with
4  such content?
5  **A. Yeah. I -- I don't keep a count or**
6  **analytics of, you know, what types of replies**
7  **I run. But in my time in this role for more**
8  **than eight years, I would say more than a**
9  **dozen.**
10  Q. Okay. And can you provide details
11  about -- about those comments where you
12  replied or created a separate post that
13  described the nature of -- of the comment and
14  the nature of the response?
15  **A. Excuse me. A -- I remember one**
16  **specific comment -- or I recall one that I can**
17  **speak about. There -- there was a rumor or**
18  **someone commented that a political candidate**
19  **was projecting a political ad on one of our**
20  **campus buildings, and, you know, felt that it**
21  **was critical or it seemed to be a critical**
22  **comment. They were criticizing the university**
23  **for supporting that -- that kind of, you know,**
24  **advertisement.**
25  **However, that -- that was untrue.**

99

1  **There were -- excuse me -- there were**
2  **projection-style advertisements around**
3  **Madison, around, you know, downtown Madison.**
4  **But it did not occur on a university building.**
5  **And so I -- I ran a reply -- or at least I**
6  **directed whoever was the social media lead of**
7  **that day to run a reply to that person**
8  **clarifying that it did not -- it did not**
9  **happen at the university -- on a university**
10  **building.**
11  Q. Do you remember -- do you recall any
12  other incidents where you responded to an
13  inaccurate, misleading, or critical comment?
14  **A. Yeah. There are times where a**
15  **particular instructor will, you know, be in**
16  **the news cycle for any reason. And so there**
17  **will be a -- well, you know, we'll sometimes**
18  **see a comment to, you know, fire said**
19  **professor or, you know, take action against**
20  **that professor or instructor.**
21  **And -- and sometimes that instructor**
22  **or professor is not employed by UW-Madison.**
23  **Sometimes it's a completely different**
24  **university -- or outside of the UW system or**
25  **sometimes, you know, the -- the -- wherever**

100

1  **this commentor is getting their information**
2  **from, that source, you know, stopped short of**
3  **saying which University of Wisconsin campus at**
4  **which that instructor is employed.**
5  **And -- and so, you know, sometimes if,**
6  **you know, if we receive comments like that,**
7  **sometimes we'll run a reply saying this**
8  **instructor is not employed by the University**
9  **of Wisconsin Madison. They are -- and, you**
10  **know, could provide additional information,**
11  **like they are employed at a different**
12  **institution.**
13  Q. And would those comments criticizing
14  an instructor, were they in response to a post
15  about the instructor?
16  **A. None which I can recall, no.**
17  Q. Do you remember what the posts were
18  where these comments about instructors
19  appeared?
20  **A. I -- I don't recall, no.**
21  Q. Is it possible that the posts where
22  people were commenting about an instructor
23  were not specifically about that instructor?
24  **A. Sorry. Could you repeat the question?**
25  Q. Is it possible -- is it possible if

101

1  the posts were not about the instructor, even
2  though they were receiving comments about the
3  instructor?
4      A.  Yes, that's possible.
5      Q.  Okay.  And then in a situation like
6  that, why -- why wouldn't you just remove the
7  post for being off topic?
8      Excuse me.  I misspoke.
9      In a situation like that, why wouldn't
10 you remove the comment for being off topic?
11     MR. KILPATRICK:  Objection.  I'm going
12 to object.  It's a hypothetical question to
13 which he didn't respond -- never said he would
14 not remove it.
15 BY MR. BERRY:
16     Q.  Answer the question.
17     A.  I -- I do recall in -- about the
18 projection misinformation that this
19 was -- this occurred on Facebook, and this
20 was, you know, just a one -- one question that
21 we received about it.
22     And so I guided the social media lead
23 at the time to, you know, reply correcting
24 that -- that person -- or at that commentor.
25     And I -- I believe I directed them to

102

1  then kind of hide the comment.  And that was
2  because, A, the comment itself was off topic,
3  but it was just very easy to, you know, matter
4  of factually say, this did not happen.
5      But when -- like as I've kind of
6  built -- described the algorithm before,
7  Facebook and Instagram will sometimes, you
8  know, sort comments by default by, like the
9  most relevant or top comments.  However
10 Facebook or Instagram determines that, I'm not
11 sure.
12     But from my experience, I have seen on
13 Facebook where if the university does reply to
14 a comment on one of its posts, Facebook will
15 automatically bring that comment kind of to
16 the -- the top of the list.
17     And so because, you know, this -- this
18 comment was off topic, but it was just very
19 easy to, you know, run a reply and correct
20 and, you know, make a factual statement.
21     I -- I directed the social media lead
22 to make -- to make that comment, but then hide
23 that comment, I guess, thread, so that it
24 didn't go to the top of that comment section.
25 Because there really wasn't a reason to

103

1      point -- you know, make -- point any more
2  attention at that comment.  It had nothing to
3  do with the original post.  Yeah.
4      Q.  So -- so sometimes for an off-topic
5  comment, you may do a response, and sometimes
6  you might hide it?
7      A.  Yes.  That has occurred in the past.
8      Q.  And is -- is that -- is that
9  decision -- whether to moderate a comment or
10 whether to respond to it, one that's in your
11 discretion, or is that somebody else that
12 makes that decision?
13     A.  It could be mine.  It could be Mike
14 Klein.  It could be John Lucas.
15     Q.  Okay.  Can a --
16     MR. BERRY:  We can -- if we can, take
17 that exhibit off the screen.
18 BY MR. BERRY:
19     Q.  The university -- the social media
20 pages is for the university in general; right?
21     A.  Yes.  It represents like the top level
22 university on social media.
23     Q.  Can a comment that criticizes the
24 university for practices that the university
25 implements ever be off topic on a university

104

1  page or on a university post rather?
2      A.  On an individual post, yes.  It can be
3  off-topic.
4      Q.  So you make that determination on the
5  post, and not -- not -- not with regard to the
6  account being about the university in general?
7      A.  Correct.  I make that determination
8  based on the individual's social media posts
9  made by the university.
10     Q.  Could comments that are -- that
11 praised the university in general, would those
12 be off topic if they occurred on a post that
13 wasn't about the university?
14     A.  I guess, yeah.  I mean, it's -- it's
15 tough to say.  It really depends on -- on
16 the -- the contents of the -- of -- of the
17 comment.  You know, I can -- you know,
18 for -- for instance, sometimes, you know,
19 we'll -- we'll post about a recent university
20 ranking.  And I'll -- we'll use the phrase in
21 our social media copy, like, "say it with us
22 on Wisconsin," with which is a general phrase
23 that's associated with the university.  That's
24 kind of like a you-rah-rah-style comment.
25     And so, like, a comment doesn't

105

1  necessarily have to contain words included in
2  the university's social media post to be
3  determined to be on topic.
4      For instance, like I had mentioned
5  before, you know, if a user will comment and
6  tag one of their friends, a -- I mean, what I
7  have described, you know, the -- the top
8  comments versus all comments or how Facebook
9  or Instagram kind of ranks those comments,
10  those always fall to the bottom as the least
11  relevant as I've -- as I've seen how Facebook
12  kind of ranks those.
13      But, you know, me tagging at, you
14  know, Christopher Berry in -- in a comment,
15  it's my intent that you look at this specific
16  social media post to get your attention to
17  look at it.
18      Q. And even -- even if -- even if someone
19  is not tagging one of their friends, could
20  they respond to a post and be -- and be on
21  topic for that post, even if -- even if
22  their -- their comment doesn't use the same
23  words as the post or include any of those same
24  words as the post?
25      MR. KILPATRICK: Objection;

106

1  speculation.
2  BY MR. BERRY:
3      Q. You can answer the question.
4      A. I -- I don't know if I understand the
5  question. Could you please rephrase it?
6      Q. Does a comment have to include the
7  same words as the post in order for it to be
8  on topic?
9      A. It doesn't have to. It's not a
10  requirement.
11      Q. Does it have to -- so does a comment
12  have to include any synonyms of words in the
13  post to be on topic?
14      A. No.
15      Q. And so -- so what standard do you use
16  to determine whether something is on topic or
17  off topic?
18      A. Context in -- yeah, you need to just
19  look at the context.
20      Q. When you say that -- that you need to
21  look at the context, you mean you or whoever
22  is moderating that particular --
23      A. Correct. When considering
24  a -- moderating a social media comment, you
25  need to look at the context of it for being on

107

1  or off topic.
2      Q. So the university had several
3  controversies concerning racial inequity in
4  the past year; is that -- is that correct?
5      A. Generally, yes.
6      Q. And -- and to your knowledge, have
7  comments made on the university's Instagram or
8  Facebook pages criticizing the university's
9  practices with regards to racial inclusivity?
10      Yeah. So have comments been made on
11  the university's Instagram social media pages
12  criticizing the university's practice with
13  regards to racial inclusivity?
14      A. I believe I have seen comments about
15  that, yes.
16      Q. And had those comments always been
17  made on posts on the university's accounts
18  that relate to race or diversity?
19      A. I -- I can't answer without looking at
20  a specific comment.
21      Q. Okay. And have you ever moderated
22  comments criticizing the university's
23  practices with regards to -- to racial
24  inclusivity for any reason?
25      A. It's a really broad topic. Again,

108

1  I -- I would need to see the context of -- of
2  the comment in question.
3      MR. BERRY: Can we pull up and mark as
4  Exhibit 22, the November 17, 2020, Instagram
5  post?
6          (Whereupon, Moll Deposition
7          Exhibit No. 22 was marked
8          for identification.)
9  BY MR. BERRY:
10      Q. So I can represent this a screenshot
11  of the university's @UW-Madison Instagram page
12  reflecting a post made on November 17, 2020.
13  Do you recall this post?
14      A. Yes, I do.
15      Q. And what's the topic of this post?
16      A. Can I get a moment to read the -- the
17  caption of it?
18      Q. Take your time, yes.
19      A. Thank you.
20      Okay. So this is an Instagram post
21  about COVID-19 public health guidance directed
22  towards students as we approach the
23  Thanksgiving recess and winter break.
24      Q. And you can see one comment from the
25  screenshot. What's the topic of the content?

109

1     A.  The topic of the -- the comment or --
2     Q.  Correct.  What's -- what's the topic
3  of the -- of the one comment visible on this
4  exhibit?
5     A.  It says [as read]:
6          "Shut down the money
7           laboratories."
8       With three, looks like sad face
9  emojis.
10    Q.  Does that -- does that relate to the
11 topic of the post?
12    A.  No, it does not.
13    Q.  And why -- why would this comment
14 still be visible, then, even if it -- even if
15 it is not relating to the topic of the post?
16    A.  I -- I don't know when this screenshot
17 was made.  As I mentioned before, social media
18 comment -- or social media posts are living
19 documents, and so I'm not sure.
20    Q.  In general, you would have received a
21 notification that -- the day that the comment
22 was made, even if that comment was made
23 after -- long after the post was created; is
24 that correct?
25    A.  Looking at -- so the post was made

110

1  67 weeks ago on November 17, 2020.  And the
2  comment below was made six weeks later.  We
3  likely would have received a notification.
4  But I can't guarantee that, you know, any
5  eyes -- you know, that any social media
6  managers specifically saw that notification
7  about this specific comment.
8     Q.  Is it a -- is it the practice to
9  review every comment as it comes in on -- on
10 social media posts?
11    A.  As I said before, to the best of our
12 ability, try to, you know, monitor and -- and,
13 you know, practice social listening to review
14 comments.
15       But -- and again, that's to the best
16 of our ability.  Just -- we are a large
17 account and don't always see every single
18 comment.
19    Q.  So -- so Instagram should have
20 provided a notification for this, even though
21 it occurred six weeks after the original post;
22 is that correct?
23    A.  Should have.  And I -- yeah.
24    Q.  And -- and whoever was responsible
25 for -- for listening that day should have

111

1  reviewed that comment when they received a
2  notification for it, to the best of their
3  ability, of course.  Is that -- that's correct
4  as well?
5     A.  I would say so, yes.
6     Q.  Okay.
7     A.  But we -- we don't watch notifications
8  as they occur.  It's usually playing catch-up
9  or sometimes just not seeing it at all.
10 There -- yeah.
11    Q.  Mm-hmm.  Okay.  Now, there -- I can
12 represent, there are comments that aren't
13 visible because this is just one -- one small
14 screenshot of the post.
15       But the -- the university did produce
16 some -- some additional comments to this
17 particular post.
18       MR. BERRY:  So I'd like to pull those
19 up and mark as Exhibit 23, UW0242.
20       (Whereupon, Moll Deposition
21        Exhibit No. 23 was marked
22        for identification.)
23 BY MR. BERRY:
24    Q.  Are you famil- -- are you familiar
25 with this document?

112

1     A.  I've seen this document before.
2     Q.  And what -- and what -- and what is
3  this document marked as Exhibit 23?
4     A.  This is a screenshot of a comment
5  section on Instagram.
6     Q.  Okay.  And I can represent that these
7  comments are posted to the November 17, 2020,
8  post that we just had up as Exhibit 22,
9  according to -- to the university's
10 interactions with us in this case.
11       Do you have any reason to doubt that
12 representation?
13    A.  I can't verify it myself.  But I -- I
14 trust that you're representing it accurately.
15    Q.  So we'll proceed with the assumption
16 that these comments are in response to
17 that --
18    A.  Yeah.
19    Q.  -- Exhibit 2020 -- excuse me, the
20 Exhibit 22 post.
21       There are three comments at the bottom
22 that I'm interested in, the last three.  So
23 let's -- let's take a look at those.
24       What -- what's the -- what is the
25 topic of the -- of the first of the three

113

1 comments by a user named Sarah?
2 **A. This comment is inquiring about**
3 **students of color, and in relation to a**
4 **specific employee on campus.**
5 Q. Is that -- is that the controversy
6 around an instructor that we were talking
7 about a little -- a little bit ago?
8 **A. I -- in my recollection earlier, I**
9 **wasn't referring to this specific instructor**
10 **or employee. I -- I couldn't tell you which**
11 **employee this -- at this time. I couldn't**
12 **tell you which employee this was about since**
13 **this occurred in November 2020.**
14 Q. Okay. But it is about protecting
15 students of color from an employee?
16 **A. Yeah, yes.**
17 Q. Yes. And the -- and the comment after
18 that, can you describe what the -- what the
19 topic around that comment is?
20 **A. I would assume in a similar vein,**
21 **protecting, you know, students of color.**
22 Q. And they -- and they use an acronym
23 there, BIPOC. Do you have an understanding
24 of -- of what that acronym refers to, either
25 what it means specifically or just what it

114

1 refers to generally?
2 **A. Yes, I do.**
3 Q. And what is that understanding that
4 you have?
5 **A. Well, black, indigenous, or people of**
6 **color, BIPOC.**
7 Q. Okay. And then can you read the last
8 comment then, the one at the very bottom of
9 that Exhibit 23?
10 **A. [As read]:**
11 **"@UW-Madison, close down**
12 **your primate research**
13 **labs."**
14 Q. Okay. So were any of those comments
15 moderated?
16 **A. At that time of the screenshot, the**
17 **bottom comment was moderated.**
18 Q. And -- but the other two comments
19 relating to students of color, those were not
20 moderated; is that correct?
21 **A. At the time of the screenshot, no.**
22 Q. Okay. And why -- why was that -- why
23 was that comment at the bottom, "close down
24 your primate research labs"?
25 Why was that comment moderated?

115

1 **A. That comment was moderated because the**
2 **user had an account level restriction placed**
3 **on it.**
4 Q. Okay. That looks like there's an
5 option there to approve or delete?
6 **A. Correct.**
7 Q. And fair to assume that that comment
8 had not been approved to appear on the page,
9 that it had remained auto moderated; correct?
10 **A. Correct.**
11 Q. And that -- that all three of those
12 comments you -- you would have received
13 notifications when these comments were made?
14 **A. Yes.**
15 Q. I also -- for each of those three
16 comments there's a -- below them on each one
17 says "12W." Do you see where it says that?
18 **A. Yes.**
19 Q. And so what does that indicate?
20 **A. That indicates the -- that the comment**
21 **was made 12 weeks ago. So 12 weeks since this**
22 **screenshot was taken.**
23 Q. Okay. So would -- would it be fair to
24 say that if -- if there was going to be any
25 moderation decision with regards to the

116

1 particular comment, that those would -- that
2 those would have occurred 12 weeks ago when
3 the comments were made?
4 **A. Sorry. Could you repeat that**
5 **question?**
6 Q. What -- wouldn't it be -- would it be
7 fair to say that if any moderation to
8 the -- either to moderate or to unmoderate one
9 of those comments was going to be made, that
10 that -- that that moderation decision would
11 have been made 12 weeks prior to the
12 screenshot?
13 **A. Generally, we -- we try to stay active**
14 **on our most recent, you know, Facebook or**
15 **social media posts.**
16 **But, yes, sometimes we -- we don't get**
17 **all of them, or don't review all of them.**
18 Q. How often would you say you go back
19 and mod- -- make any kind of moderation
20 decision with regards to a 12-week-old
21 comment?
22 **A. Not very often.**
23 Q. Is it -- is it the practice to
24 moderate -- to make a moderation decision on
25 the comment as they come in as they receive

117

1  notifications about them?
2  **A.  Most often as they come in or after a**
3  **period of a few hours based on the workday and**
4  **the workload associated with that workday.**
5  Q.  So typically, a moderation decision
6  to -- with regards to a comment would be made
7  within a day of the comment being made?
8  **A.  I would say within several days.**
9  Q.  Okay.  So with regards to
10 the -- what -- would you say that the two
11 comments about -- about protecting students of
12 color, are those -- are those on topic with
13 regards to the staying safe from COVID during
14 Thanksgiving break, are those on-topic
15 comments or off-topic comments?
16 **A.  I don't know the nature of the**
17 **complaint of the employee.  And so I -- I**
18 **can't determine whether or not it's on or off**
19 **topic.**
20 Q.  Could you imagine a circumstance under
21 which an employee could be endangering the
22 students with regards to COVID?
23 **A.  Yes, I could.**
24 Q.  Okay.  And can -- I mean, can you just
25 describe what that situation might look like

118

1  that would cause you to conclude that it was
2  on topic?
3  **A.  If -- if a -- if an employee was not**
4  **following public health guidance and**
5  **university COVID policy or procedures and, you**
6  **know -- you know...**
7  Q.  Do you have any reason to think that
8  that -- that's -- a COVID protocol violation
9  was occurring with -- with regards to
10 the -- to these -- to these two comments about
11 protecting students of color?
12 **A.  I don't know.  I don't recall the**
13 **specific instance of the complaint against**
14 **this employee, so I'm not sure.  But...**
15 Q.  Okay.  There -- to clarify, there is
16 no -- it -- do you see the name of an employee
17 listed in those comments as we look at them?
18 **A.  No, I do not.**
19 Q.  And with regards to the second
20 comment, which says [as read]:
21          "Start protecting your
22          BIPOC students @UW
23          Madison"...
24      Would you agree that there's not even
25 a reference to any -- any university employees

119

1  in that comment?
2  **A.  In that jatzyy comment there is --**
3  **there is no specific reference to a university**
4  **employee.**
5  Q.  So the only reason that they could be
6  considered on topic is because it might be
7  relating to something having to do with COVID,
8  but you -- you wouldn't know that by looking
9  at the comment that it had anything to do with
10 COVID; is that fair to say?
11 **A.  At this time, I -- I wouldn't know.**
12 Q.  So can you describe that -- earlier
13 you said based on context is how you determine
14 what's on topic.
15      So can you walk me through whether you
16 think these are on topic, and if so, what the
17 context is that makes you believe that they're
18 on topic?
19 **A.  So, again, I don't recall the details**
20 **around this employee.  But at the time could**
21 **have -- could have -- it -- it com- -- a**
22 **complaint about a university employee could**
23 **have been brought forth about COVID protocols.**
24 **I don't know at this time or I can't recall.**
25 **And so if -- if that was a complaint**

120

1  **brought toward -- brought forth about a**
2  **university employee violating COVID protocols,**
3  **that would be on topic given the post was**
4  **about public health guidance about COVID-19.**
5  Q.  If the -- if pivoting to the -- to the
6  comment that was moderated and -- and hidden,
7  which was close down your primate research
8  labs, if there was any primate research going
9  on that was relevant to COVID, would that --
10 would that make that comment on topic, then,
11 under -- under this context?
12      MR. KILPATRICK:  Objection;
13 speculation.
14 BY MR. BERRY:
15 Q.  Answer the question.
16 **A.  I guess if it -- it was relevant, yes.**
17 Q.  Okay.  So potentially the -- the close
18 down your primate research labs comment was on
19 topic, depending on context and other
20 information that's not apparent from -- from
21 the comment itself that -- that's correct?
22 **A.  There's a potential for it.**
23 **But -- but like the other two comments above**
24 **it, I'd say it would all -- all three would be**
25 **stretches to be considered on topic.**

121

1    Q. Okay. If all three are stretches to
2 be considered on topic, why -- why was one
3 comment hidden but the other two were not?
4    **A. There was an account level -- there's**
5 **an account level restriction placed on -- on**
6 **the bottom comment for the Madeline Krasno**
7 **account.**
8       **There were not account level**
9 **restrictions placed on the other two comments**
10 **in question.**
11    Q. Have you --
12    **A. But that would have resulted in a**
13 **manual moderation for the other --**
14       (Indiscernible simultaneous
15          colloquy.)
16 BY MR. BERRY:
17    Q. As you stated earlier, you would have
18 received a comment that the close down your
19 primate research lab comment was made; that's
20 correct?
21    MR. KILPATRICK: Objection;
22 mischaracterizes previous testimony.
23 BY MR. BERRY:
24    Q. Would you have received -- should
25 Instagram have given you a notification when

122

1 that auto moderated comment was made?
2    **A. I believe so, but given that**
3 **this -- yeah, this post was from**
4 **November 2020, which was before the inbox**
5 **updated it's very possible we received a**
6 **notification, but might not have seen it in**
7 **the inbox.**
8       MR. BERRY: Can we do -- can we move
9 on to another exhibit, then, marked as -- I
10 think this will be marked as Exhibit 24, the
11 file name is UW0245.
12       (Whereupon, Moll Deposition
13          Exhibit No. 24 was marked
14          for identification.)
15 BY MR. BERRY:
16    Q. And while we're -- we're pulling that
17 up, with regards to the last -- to the last
18 exhibit with the auto moderated comment, have
19 you -- have you undergone any -- any effort to
20 research whether the University of Wisconsin's
21 primate research is related to COVID-19 in any
22 way?
23    **A. I haven't done any personal research,**
24 **no.**
25    Q. Do you have any personal knowledge

123

1 about whether the university primate research
2 ever relates to COVID-19 research?
3    **A. I don't have any personal knowledge,**
4 **no.**
5    Q. And what -- when would -- when would
6 you decide whether to -- you know, to
7 investigate whether something that's
8 potentially on topic is, in fact, on topic
9 versus when you wouldn't make efforts to
10 investigate that background context?
11    **A. It's -- it's, I think it's context**
12 **dependent, but I would also, you know, rely on**
13 **those resources I -- I spelled out earlier,**
14 **subject matter expert or KB doc or general**
15 **institutional knowledge.**
16    Q. Okay. So -- so would it be fair to
17 say that's a judgement -- a judgment call that
18 the moderator, such as yourself, would make
19 depending on the context, whether to do
20 additional research or not?
21    **A. Yes.**
22    Q. Okay. So now we have before us
23 Exhibit 24. Can you -- and this is a post
24 from the university's Facebook account.
25       Can you -- can you just describe

124

1 the -- what this post is?
2    **A. Yeah. I can't see -- oh, no, it's**
3 **fine. It's not within the screenshot.**
4       **I can't see any social copy associated**
5 **with this post. But generally, this**
6 **is -- this is promoting an event, the Martin**
7 **Luther King symposium on Monday, January 25th.**
8    Q. And can I have you look at
9 the -- there's a -- some comments there. It
10 looks like there are several comments that
11 appear to have been hidden; is that accurate?
12       Is that what the -- I'm actually color
13 blind. I think that's a -- I think that's a
14 yellow box with grayed-out comments?
15    **A. Yes. That's a yellow box, but...**
16    Q. And those are all comments that --
17 that have been moderated; correct?
18    **A. Correct.**
19    Q. Can you describe what -- can you tell
20 how they were moderated?
21       Was this by -- were they -- were they
22 actively hidden or did they -- were they auto
23 moderated?
24       Do you have any idea being able to
25 tell how they were moderated?

125

1      A.  I can't tell from this screenshot, no.
2      Q.  Okay.  I'd like to direct your
3  attention to the second-to-last comment here
4  from a Suzie Cook.
5         Well -- and actually, before
6  we -- yeah, to Suzie Cook.
7         And does her comment violate the
8  off-topic comment policy or -- let me rephrase
9  that.  Not using the word "policy."
10        Does Suzie Cook's comment qualify as
11  on-topic or off-topic?
12     A.  Well, the interim guidance on -- on or
13  off topic was developed in the spring of 2021.
14        THE WITNESS:  And you -- if you could,
15  scroll up, please.
16        This was an event -- promoting an
17  event on January 25th.  So I can't see the
18  original date of the post.  But I would assume
19  that this was an in-person event.  So it
20  occurred before we shut down for the pandemic.
21        So this was January 2021.  So this was
22  before the interim guidance was provided to
23  social media managers.
24  BY MR. BERRY:
25     Q.  Regardless of whether it occurred

126

1  before or after the interim guidance,
2  what -- what's your view as you -- as you sit
3  here today, what is your view about whether
4  that comment is on topic or off topic?
5      A.  I'm sorry.  Can you repeat the
6  question?
7      Q.  Yeah.  As you sit here today,
8  what -- what is your view about whether Suzie
9  Cook's comment is on topic or off topic?
10     A.  As I sit here today, Suzie Cook
11  mentioned Martin Luther King.  So I would
12  consider this comment to be on topic.
13     Q.  Okay.  Were you involved in moderating
14  the comment?
15     A.  I don't recall.  I wouldn't even be
16  able to lookup -- Facebook doesn't have that
17  level of activity log.  I don't recall who or
18  how this comment was moderated.
19     Q.  Okay.  If we could move on to the --
20  to the next exhibit, then?
21        MR. BERRY:  I'd like to mark it -- I
22  think we're on 25.  And the file for this
23  should be UW0284.
24
25

127

1         (Whereupon, Moll Deposition
2          Exhibit No. 25 was marked
3          for identification.)
4  BY MR. BERRY:
5      Q.  And are you familiar with this
6  document?
7      A.  Sorry.  I -- could you zoom in a
8  little bit, please?  It's a little blurry.
9         Thank you.
10        Oh, yes, I am familiar.
11     Q.  And what is it?
12     A.  This is a screenshot of a comment
13  section from a UW-Madison Instagram post.
14     Q.  And what's the topic of the post?
15     A.  Let's see.  I believe this was a photo
16  from our moments in time series where we
17  shared kind of the photographer's choice from
18  throughout the past year.
19        It's kind of like a year-end recap.
20  And this specific post was about a terrier
21  receiving a health checkup at Dane County
22  Humane Society.
23     Q.  And all three of those comments were
24  moderated.  And the first one has a yellow box
25  that's been added around it.

128

1         My understanding that -- that means it
2  was automatically hidden with the auto
3  moderator.
4         Does that -- does that comport with
5  your understanding?
6      A.  I believe so, yes.
7      Q.  Why -- why would this comment have
8  been restricted?
9      A.  Because it -- it may have contained a
10  word or phrase that was in our auto moderator.
11     Q.  And what's the -- can you just read
12  off the full comment that was automatically
13  moderated?
14     A.  Oh [as read]:
15        "Stop testing on innocent
16         monkeys."
17     Q.  What -- what word or words in that
18  comment may have been filtered by the auto
19  moderator?
20     A.  I'm not sure.  I -- I would need to
21  see the list at the time that this comment was
22  made.
23     Q.  Okay.  And does that comment
24  violate -- excuse me.  Is that -- is the stop
25  testing on innocent monkeys comment on topic

129

1 or off topic?
2    **A. I'd say this was off topic.**
3    Q. And why is it off topic?
4    **A. The comment says "stop testing on**
5 **innocent monkeys." The Instagram post is**
6 **about a terrier, I assume a dog, receiving a**
7 **health checkup at the humane society.**
8    Q. Okay. The last com- -- the last
9 sentence of the -- of the university's post on
10 this exhibit, says that [as read]:
11       "The -- the university's
12       program, quote, provides a
13       needed resource for
14       at-risk animals, and for
15       those who care for them
16       each day."
17       End of quote. Is that -- that's an
18 accurate summary?
19    **A. Yes.**
20    Q. Would -- would monkeys used in
21 research, would you consider them to be
22 at-risk animals?
23    **A. I'm not sure. I believe, like, this**
24 **post is about pets as it's, you know, humane**
25 **society. It's about the humane society, and**

130

1 **that -- a UW veterinary medicine program.**
2    Q. Did humane societies exclusively deal
3 with -- with pets or companion animals or can
4 humane societies ever -- ever end up
5 sheltering animals that aren't used as pets?
6    **A. I don't know.**
7    Q. Did you do any research to find out
8 whether the Dane County Humane Society or the
9 shelter medicine program at the University of
10 Wisconsin ever deal with non- -- non pet or
11 non companion animals?
12    **A. I did not.**
13    Q. Okay. And at this -- the end of the
14 post talks about those who care for them each
15 day referring -- referring to the at-risk
16 animals; correct?
17    **A. I believe that refers to the human**
18 **caretakers.**
19    Q. Okay. So with -- the human caretakers
20 at the university's shelter medicine program
21 and the humane society?
22    **A. Yes.**
23    Q. So would -- would people -- people
24 caring for -- for university employees caring
25 for animals, that -- is that within the topic

131

1 of this post or not?
2    **A. Sorry. Could you repeat the question?**
3    Q. Yeah. I'm trying to understand
4 would -- would this be -- would you consider
5 it to be comments about research on monkeys at
6 the university to be on topic insofar as
7 university employees are -- are caring for the
8 monkeys at the university, just as the
9 university shelter medicine program employees
10 are -- are caring for -- for animals as well?
11    **A. I still think this post is about**
12 **household pets. So I -- I don't think that**
13 **monkeys would fit into this -- would be -- I**
14 **think that monkeys would be off topic.**
15    Q. Moving on to the second comment there,
16 this has a red box. I understand that means
17 it was manually hidden; is that correct?
18    **A. Correct.**
19    Q. And this one doesn't refer to monkeys.
20 It says [as read]:
21       "You all do not care about
22       animals. You literally
23       have some locked up in
24       cages there and testing on
25       them. Leave them alone.

132

1       How would you feel being
2       in a cage?"
3       Would you read that that post is about
4 animals generally, not monkeys specifically?
5    **A. About animals generally, yes.**
6    Q. And is that -- is that comment on
7 topic or off topic?
8    **A. Given my interpretation at this moment**
9 **or what?**
10    Q. Yeah. Just standing here right now,
11 do you think that this is on topic or off
12 topic?
13    **A. Standing here right now, I would say**
14 **that this comment is on topic as it talks**
15 **about animals. And we refer to at-risk**
16 **animals -- or animals in -- in the -- the**
17 **caption.**
18    Q. Was there a time where you would have
19 thought this was off topic?
20    **A. Prior to interim guidance from office**
21 **of legal affairs, yes, I would have thought**
22 **this was off topic.**
23    Q. And why -- and why is that?
24    **A. Talking about, like, animal testing**
25 **when the post itself is about a pet receiving**

133

1  a health checkup at the humane society.
2      Q. So at one point you would have
3  considered that off topic. But now sitting
4  here today you consider that to be on topic?
5      A. Correct.
6      Q. Okay. Is -- is there -- is there
7  anything in -- in that interim guidance
8  specifically that that informs this change of
9  opinion that you could -- that you can
10 identify?
11     A. I think generally, the interim
12 guidance just helped me better understand the
13 definition of off topic and the gray area of
14 both on- and off-topic content.
15     Q. Were you personally involved in
16 moderating both of these hidden comments in
17 the red box on this Exhibit 25?
18     A. I was the one that took this
19 screenshot and -- and marked the boxes. So,
20 yes, I was.
21     Q. And, okay. Did you -- in -- in making
22 the decision to -- to hide the comments on
23 Exhibit 25, did you -- did you do any research
24 about whether the university's shelter
25 medicine program does any animal testing or

134

1  provides any services to animal research
2  occurring in the university?
3      A. I did not.
4      Q. Okay. Did you think to do any kind of
5  research like that to determine
6  whether -- whether these -- you know,
7  potentially on-topic comments were, in fact,
8  on topic or not?
9      A. At the time, no.
10     Q. Okay.
11         MR. BERRY: Can we move on to the next
12 exhibit. I will mark it 26, file name UW0262
13 or -- yeah, 0262, yes.
14         (Whereupon, Moll Deposition
15          Exhibit No. 26 was marked
16          for identification.)
17 BY MR. BERRY:
18     Q. I believe -- are you pretty familiar
19 with this document?
20     A. Yes. This is a screenshot of a
21 Facebook post -- part of a post in a comment
22 section.
23     Q. And what -- what is the topic for the
24 post that we've marked as Exhibit 26?
25     A. A -- this is a partial screenshot of a

135

1  journal sentinel online -- or a journal
2  sentinel article about Martin Luther King
3  Junior speaking to UW-Madison. And you have
4  Milwaukee students after winning the Noble
5  Prize.
6      Q. And moving to the comments made by
7  Rosy Tree, the second comment there, that's a
8  yellow -- a yellow box suggest- -- indicating
9  that it had been automatically moderated; is
10 that correct?
11     A. The color coding only applied to
12 Instagram comments. The boxes around Facebook
13 comments are just marking comments that were
14 hidden in general.
15     Q. Is there -- is there any way to tell
16 whether Rosy Tree's comment was hidden -- what
17 was moderated manually or automatically?
18     A. I can't tell from this post, no.
19     Q. Okay.
20     A. Or the screenshot.
21     Q. Can you -- her -- Rosy Tree's comments
22 said [as read]:
23         "I don't think Dr. King
24          would approve of your lab
25          electrocuting innocent

136

1          monkeys. Please put an
2          end to the animal torture
3          that is happening at your
4          university."
5      And then it -- it includes a link to a
6  petition, according to the URL.
7      Is that an accurate characterization
8  of what we see for that comment?
9      A. Yes.
10     Q. And is their comment on topic or off
11 topic?
12     A. Well, in terms of on or off topic,
13 Rosy Tree mentions Dr. King, which the -- the
14 original post is about.
15         But I also wanted to point out that
16 there are other criteria for which stages in
17 the social media statement for which we can
18 hide or moderate a comment.
19     Q. Okay. Are -- were you -- were
20 you -- were you involved in moderating this
21 comment?
22     A. I don't recall.
23     Q. And what -- you mentioned that there
24 are other reasons besides being off topic.
25     So what reasons -- what other reasons,

137

1 if any, do you think would justify hiding this
2 comment?
3 **A. Well, I see a link to a petition,**
4 **which promoting an outside -- I considered it**
5 **a promotion, and promotions are a -- one of**
6 **the criteria for an outside organization.**
7 **Sorry. A petition for an outside**
8 **organization is one of the grounds for**
9 **moderating a comment.**
10 Q. Is there any indication here that
11 that -- that an organization is behind the
12 petition?
13 **A. Well, it's a website top-level domain**
14 **is onegreenplanet.org. Dot org is usually**
15 **received for organizations.**
16 Q. Other than the dot org URL suffix, is
17 there any other indication that this was
18 promoting an organization through that link?
19 **A. Not that I can see. But in this**
20 **screenshot there is the link to see more.**
21 **That -- the full comment is not displayed in**
22 **this screenshot. So there may be other**
23 **content that Rosy Tree included in this**
24 **comment that we can't currently see.**
25 Q. And there's a --

138

1 MR. BERRY: Can we move on to the next
2 exhibit, which we can mark as 27. This should
3 be file name UW0144.
4 (Whereupon, Moll Deposition
5 Exhibit No. 27 was marked
6 for identification.)
7 BY MR. BERRY:
8 Q. And do you -- are you familiar with
9 this document?
10 **A. I am, yes. It's a screenshot of the**
11 **page settings and for university's Facebook**
12 **account. And it is a screenshot of the**
13 **section called "page moderation" where it's**
14 **the list of words or phrases that the**
15 **university included to auto moderate Facebook**
16 **comments.**
17 Q. Okay.
18 MR. BERRY: Actually, can we -- I
19 think I have -- I think I had maybe a dyslexic
20 moment here. I meant to say UW0114 not 144.
21 So can we put that exhibit aside and
22 mark the next one as 28, then?
23 And this should be the 114. I'm
24 sorry.
25

139

1 (Whereupon, Moll Deposition
2 Exhibit No. 28 was marked
3 for identification.)
4 BY MR. BERRY:
5 Q. Okay. Are you familiar with this
6 document?
7 **A. Yes, I am.**
8 Q. And what is it?
9 **A. This is a screenshot of an Instagram**
10 **comment section on a university -- on a**
11 **UW-Madison Instagram post.**
12 Q. And turning to the comment by
13 Ms. Krasno, the second comment from the top
14 there, does -- does that comment violate
15 the -- excuse me.
16 Is Ms. Krasno's comment on topic or
17 off topic?
18 **A. [As read]:**
19 **"Something innocuous."**
20 **It's -- I would probably consider it**
21 **off topic. I don't know. I don't know what**
22 **it means.**
23 Q. Well --
24 **A. But it -- it could be on topic. I**
25 **don't know. It's one of those kind of gray**

140

1 areas.
2 Q. And how -- how would you go about
3 this -- deciding that and whether this is on
4 topic or off topic?
5 **A. I'd probably consult legal.**
6 Q. Did you consult legal on -- on this
7 one?
8 **A. I don't believe I did.**
9 Q. Okay. And this was -- this -- this
10 post was made on February 24, I believe 2021.
11 **A. Correct.**
12 Q. Which is after February 11, 2021, when
13 you -- when you took over -- sorry.
14 So -- would -- would -- so would
15 February 24, 2021, would you have been the one
16 responsible for moderating comments, then, or
17 would there have been anyone else moderating
18 with you?
19 **A. Me or Mike Klein.**
20 Q. And what percentage of the time would
21 it be you versus Mike Klein making a
22 moderation decision on a post like this?
23 **A. Percentage of time, I'd probably give**
24 **it 80 percent, 80, 85.**
25 Q. Eighty or 85 percent of the time you

141

1 would be the one --
2     A. I would -- sorry. Yes, yes.
3     Q. Okay.
4     A. I didn't mean to talk over you.
5 Sorry.
6     Q. Oh, no, it's -- I mean, I talked over
7 you.
8         And now Ms. -- Ms. Krasno had been
9 previously moderated due to what you viewed as
10 off-topic comments prior to this; correct?
11     A. Correct.
12     Q. So why -- why wouldn't this comment
13 have been moderated as well?
14     A. Yeah. So with account-level
15 restrictions -- well, I -- for this comment
16 specifically, the account-level restriction
17 had been removed.
18     Q. Okay. And it's a -- in this -- this
19 comment does not pertain to primate research;
20 is that correct?
21     A. I don't believe so, no.
22     Q. Okay.
23     MR. BERRY: Can we go to -- can we go
24 on to Exhibit 29, mark it as Exhibit 29, file
25 name UW0115?

142

1         (Whereupon, Moll Deposition
2         Exhibit No. 29 was marked
3         for identification.)
4     MR. BERRY: And, sorry, this for the
5 reporter. This is -- this is 29; right? I
6 just want to make sure I have it properly...
7     STENOGRAPHER: Yes.
8     MR. BERRY: Twenty-nine, okay.
9 BY MR. BERRY:
10     Q. Are you familiar with the document
11 marked as 29, Mr. Moll?
12     A. Yes.
13     Q. And -- and can you describe what
14 this -- what this exhibit is?
15     A. This is a screenshot of an Instagram
16 comment section on UW-Madison post, Instagram
17 post.
18     Q. And what's the topic of the post?
19     A. This is a message from a chancellor
20 addressing the Derek Chauvin -- oh, yeah,
21 Derek Chauvin, and -- and George -- so as
22 associated, George Floyd on the Black Lives
23 Matter movement.
24         But this post specifically is a
25 message from the chancellor, kind of talking

143

1 about processing the Derek Chauvin trial and
2 as it relates to diversity, equity, and
3 inclusion on campus.
4     Q. Turning to the comment by Ms. Krasno,
5 does -- does -- is her comment on topic or off
6 topic, the second one on this exhibit?
7     A. Yeah, sorry. I need to read it here.
8         I'd consider this comment on topic.
9     Q. Okay. And was the comment moderated?
10     A. I don't believe so. It appears here.
11     Q. Okay. And what -- and why is it on
12 topic? Why do you think it's on topic?
13     A. It states this is a very important
14 post. We are currently talking about racial
15 injustice and systemic oppression. And
16 this -- the Instagram post is essentially
17 about racial and -- in the -- in the caption
18 there we talk about, you know, racial justice.
19     Q. Okay. Would you have been -- were you
20 involved in moderating a comment or -- or
21 deciding whether to moderate or not moderate
22 it?
23     A. This is -- yeah, this is after, what,
24 end of February, so, yes, yeah.
25     Q. And can -- can you explain how you

144

1 determined that the comment did not need to
2 be -- actually, we can scratch that.
3         Would you have thought that that
4 comment was on topic at the time it was made?
5     A. Yeah, I believe so. Because we
6 received the interim guidance on on- or
7 off-topic comments in the spring of 2021.
8     Q. Okay.
9     MR. BERRY: Can we -- I'd like to move
10 on. Mark as Exhibit 30 the file named
11 "capture April 19, 2021," Instagram post.
12         (Whereupon, Moll Deposition
13         Exhibit No. 30 was marked
14         for identification.)
15 BY MR. BERRY:
16     Q. And this is how -- this is a post as
17 it appeared two days ago as we sit here. And
18 it's a screenshot of the -- of the same -- as
19 the same post.
20         Would you agree that the -- that
21 the -- that the post itself is the same
22 between Exhibit 29 and Exhibit 30?
23     A. This -- this is the same Instagram
24 post, yes. The April 19, 2021, yeah.
25     Q. Yes. And the "45W" underneath the

145

1  comments, what would the "45W" indicate?
2  **A. That the comment was made 45 weeks**
3  **ago.**
4      Q. Forty-five weeks from the -- the date
5  of the screenshot; correct?
6  **A. Sorry, yes. The date of the**
7  **screenshot.**
8      Q. Okay. There are a few -- there are a
9  few comments there relating to racial and
10 animal justice.
11     Do you -- do you see those comments?
12 **A. Well...**
13     Q. For example, one comment -- I'll be
14 more specific. One comment says -- about
15 racial justice and then animal justice. Do
16 you see that comment?
17 **A. Yes, I do.**
18     Q. And then there's a comment just above
19 that, it says [as read]:
20        "Best to go learn something
21        about racial justice and
22        animal welfare. Just an
23        idea."
24     Do you see that comment as well?
25 **A. I do.**

146

1      Q. Are these -- are those comments on
2  topic or off topic?
3  **A. They mention racial justice. So I**
4  **would consider them on topic.**
5      Q. Okay. And -- okay. There were a
6  couple other comments. There's a comment that
7  is just -- that's an eye roll, and then also a
8  comment that says "Cornelias" with exclamation
9  points.
10     Do you see those comments on this
11 Exhibit 30?
12 **A. Yes, I do. Near the bottom?**
13 Q. Yes.
14 **A. Yeah.**
15     Q. Are those topics on topic or off
16 topic?
17 **A. Those comments -- well, I would**
18 **consider the comment "release Cornelias" --**
19 **there are two there at the bottom [as read]:**
20        **"Release Cornelias. It's**
21        **been ten long years. How**
22        **many more decades?"**
23     **And then the very bottom comment [as**
24 **read]:**
25        **"Release Cornelias."**

147

1      I would consider both of those off
2  topic.
3      Q. What about the -- the comment that's
4  an eye roll emoji, is that -- is that comment
5  on topic or off topic?
6  **A. I'm not sure.**
7      Q. If you were -- if you were -- if you
8  were moderating this today, let's say that
9  comment was posted today and you were making a
10 decision whether to moderate it or not, what
11 would you decide to do?
12 **A. I'd probably contact legal.**
13     Q. How often do you contact legal to
14 help -- to guide whether to make a moderation
15 decision with regards to a comment?
16 **A. Yeah. So I would -- I would**
17 **say -- well, it -- it's a case-by-case basis.**
18 **I don't have a set, you know, meeting or, you**
19 **know, a -- I don't have a set calendar**
20 **appointment to talk to legal about any given**
21 **topic. So I just reach out as needed.**
22     Q. If you -- if you had to guess, what
23 would the frequency be, once a day, once a
24 week, once a month, once a year?
25     Is there a frequency with which you

148

1  reach out to legal about questions relating to
2  moderation?
3      MR. KILPATRICK: Objection; calls for
4  speculation.
5  BY MR. BERRY:
6      Q. Answer the question.
7  **A. I -- I really -- I really don't know.**
8  **It's -- it's on a -- you know, a case-by-case**
9  **basis. And it -- it's only dependent on what**
10 **types of comments we receive. I can't predict**
11 **what types of comments we'll receive.**
12     Q. Okay. Earlier we -- in the -- in the
13 social media statement and the interim
14 guidelines -- guideline, we -- we -- you
15 acknowledged previously in this deposition
16 that -- that you may remove comments for being
17 off topic, but that you're not required to; is
18 that correct?
19 **A. Correct.**
20     Q. And -- and so in a situa- -- with
21 regards to the eye rolling emoji, what -- why
22 would you take the time to contact legal about
23 a moderation decision when you're not required
24 to moderate it at all?
25 **A. Because I was asked the question about**

149

1  it.
2      Q.  And you -- and your response is that
3  you would contact legal in -- in deciding
4  whether to -- whether to leave it or whether
5  to moderate it; correct?
6      **A.  Correct.  Comments with strictly**
7  **emojis or one emoji, yeah, those are tough.  I**
8  **don't know.**
9      Q.  Without -- you don't have
10 to -- without saying what legal told you, have
11 you ever reached out to legal about a single
12 emoji comment in the past?
13     **A.  Not that I can recall.**
14     Q.  Okay.  We can move on.
15         MR. BERRY:  Would you be okay with
16 taking a ten-minute break right now, and then
17 make we just get back and --
18         (Indiscernible simultaneous
19          colloquy.)
20     MR. KILPATRICK:  3:10?
21     MR. BERRY:  Is that okay?
22     MR. KILPATRICK:  Yeah.  3:10?
23     MR. BERRY:  3:10.
24     MR. KILPATRICK:  Okay.  Good.
25     VIDEOGRAPHER:  Then we're going off

150

1  the record.  The time is 3:01.
2         (A short recess was had.)
3      VIDEOGRAPHER:  The time is 3:16.
4  We're on the record at the start of recording
5  4.
6  BY MR. BERRY:
7      Q.  All right.  Welcome back.  Let's -- I
8  want to go through a few more posts here right
9  now.
10         MR. BERRY:  What -- what exhibit are
11 we on right now?
12         TECHNICIAN:  The next exhibit will be
13 Exhibit 31.
14         MR. BERRY:  So can we do file UW0358,
15 and mark that as Exhibit 31?
16         (Whereupon, Moll Deposition
17          Exhibit No. 31 was marked
18          for identification.)
19 BY MR. BERRY:
20     Q.  For Exhibit 31, can -- are you
21 familiar with this -- with this document?
22     **A.  Yes, I am.**
23     Q.  And what is it?
24     **A.  This is a screenshot of a U of Madison**
25 **Facebook post.**

151

1      Q.  And what's the topic of the post?
2      **A.  I need to, quick, read it here.**
3      Q.  Take your time.
4      **A.  Generally speaking, this is a news**
5  **story about the COVID -- or the virus that**
6  **causes COVID-19, and research performed on**
7  **campus to determine when pneumonia is caused**
8  **by the COVID-19 disease.**
9      Q.  Okay.  And turning -- if we could
10 scroll down just a little bit, there's
11 a -- looks like a hidden -- a hidden comment
12 from a Warren Knapp.
13         Do you agree that's -- that's a hidden
14 comment?
15     **A.  That is a hidden comment, yeah.**
16     Q.  And it states that [as read]:
17         "Did you figure that out by
18          using abused monkeys?"
19         Is that accurate representation of the
20 comment that was hidden?
21     **A.  Yes, it is.**
22     Q.  And how was the comment moderated?
23     **A.  I'm not sure.  Either manually or**
24 **automatically, but I can't tell from the**
25 **screenshot.**

152

1      Q.  And if it was automatically moderated,
2  that would have been through use of forbidden
3  word or phrase; correct?
4      **A.  Another word or phrase that was added**
5  **to the auto moderation list on Facebook.**
6      Q.  Okay.  Where -- were you -- were you
7  involved in moderating the comment?
8      **A.  I don't know.  I don't recall.**
9      Q.  And the -- do you -- do you think that
10 the comment is on topic or off topic?
11     **A.  This one's hard to say.  Yeah.**
12 **This -- this is a gray area.  I'm not sure.**
13     Q.  Is there -- any reason why -- well,
14 would it be possible in your role as a social
15 media manager to provide a response to the
16 question?
17     **A.  It would be possible, yes.**
18     Q.  And what would -- what would factor in
19 your decision to -- to keep it hidden or to
20 hide it rather than providing an answer to the
21 question?
22     **A.  I mean, there are a number of factors.**
23 **This comment specifically depends on, you**
24 **know, what time of day, and just the**
25 **circumstance in which, you know, we saw the**

153

1 comment, and whether or not a subject matter
2 expert was available to answer questions about
3 it, or if -- or if the question is even
4 answerable. Those are the first few that come
5 to mind.
6     MR. BERRY:  Moving on, can we pull up
7 files UW0274 and mark that as Exhibit 32?
8         (Whereupon, Moll Deposition
9         Exhibit No. 32 was marked
10        for identification.)
11 BY MR. BERRY:
12    Q.  For this Exhibit 32, Mr. Moll, are you
13 familiar with this document?
14    A.  Are you able to scroll up?
15       Oh, yes.  I mean, I -- I took the
16 screenshot.  So I'm familiar with it.
17    Q.  And in the -- and can you describe
18 what the document is?
19    A.  This is a screenshot of a UW Facebook
20 comment section.
21    Q.  And what's the topic of the post?
22    A.  That's where I was asking to scroll
23 up, but we just got the tail end, kind of the
24 headline.  The headline states [as read]:
25       "UW startup data chat

154

1       democratizes data
2       science."
3    Q.  And the -- there's a couple comments
4 that -- that are hidden.  Would you agree with
5 that?
6    A.  Yes.
7    Q.  And one of the comments by Raven
8 Flores is hidden.  Can you -- can you describe
9 what -- whether that comment is on topic or
10 off topic?
11    A.  This is -- the comment was -- they
12 just either typed in manually or pasted in a
13 URL to a WRT radio station website.
14       And the headline is about an animal
15 rights group suing UW-Madison for allegedly
16 hiding critical comments on social media.
17    Q.  Is that -- is that comment -- well,
18 first question:  Is that comment on topic or
19 off topic?
20    A.  I would consider this off topic.
21    Q.  And would -- would there be any other
22 reason to moderate this comment, besides being
23 off topic?
24    A.  By looking at it here, I -- I think
25 that justify it being off topic would be

155

1 grounds for hiding the comment.
2    Q.  Okay.  And can I have you look at the
3 very -- the top comment on -- on this exhibit,
4 it says [as read]:
5       "Are you aware that Bascom
6       Hall was shown on Young
7       Sheldon last night?  So
8       cool."
9       Do you see that comment?
10    A.  I do so that comment.
11    Q.  Was -- is that comment on topic or off
12 topic?
13    A.  Just by reading the headline
14 the -- about data chat, I don't believe this
15 comment would be on topic.
16    Q.  There -- who would have been involved
17 in the decision whether to -- whether to
18 moderate the Young Sheldon comment?
19    A.  I'm not sure when this Facebook post
20 was made.  So it -- it could have been anybody
21 on the social media team in the university
22 communications.
23    Q.  Do you -- do you think that that
24 comment should have been hidden with regards
25 to the Young Sheldon show?

156

1    A.  It is -- well, based on what I can see
2 in the screenshot, I believe that it is off
3 topic.  So it -- it could be hidden or
4 moderated.
5    Q.  So why -- why would the -- why would
6 the comment about the animal rights group
7 suing the university for hiding the comments, why
8 would that be moderated, but the comments
9 about Young Sheldon would not be moderated?
10    A.  I'm -- I'm not sure.  It just depends
11 on -- on the -- the social media lead at that
12 time, how closely they were monitoring
13 comments or, yeah, if -- yeah.  I'm not sure.
14    Q.  Okay.  If we can --
15       MR. BERRY:  We can take the exhibit
16 down.
17 BY MR. BERRY:
18    Q.  We've been talking quite a bit
19 about -- about decisions -- about whether to
20 moderate or not moderate particular comments
21 on posts.
22       I want to -- I want to pivot just for
23 a moment up to -- to account level
24 restrictions.
25       How do you decide whether

157

1 to -- whether to restrict an entire account on
2 the university's Facebook or Instagram social
3 media versus simply moderating comments that
4 they make?
5    **A. Sure. Well, we need a -- I want to**
6 **draw a line of distinction that re- -- like an**
7 **account-level restriction on Instagram is**
8 **different than an account level restriction on**
9 **Facebook, so far as that there is a specific**
10 **tool on Instagram called restrict that does**
11 **not exist on Facebook. So I just -- I just**
12 **want to make that -- that clear.**
13    Q. And what -- other than restriction,
14 other than -- excuse me. Other than an
15 account restriction, what other kind of
16 account level moderation actions can be taken,
17 if any?
18    **A. Facebook and Instagram both give you**
19 **the -- the option to block or ban a user from**
20 **a page or from -- from an account.**
21    Q. What does it mean?
22    **A. That's the only other account level**
23 **restriction you can place.**
24    Q. Is that -- is blocking and banning,
25 are those the same -- are those synonymous

158

1 actions, or do they mean two different things?
2    **A. I think those are synonymous.**
3    Q. Is -- does the university block people
4 from its social media accounts?
5    **A. No. Not an account level block or --**
6 **or ban. I -- yeah.**
7    Q. So at -- when the university takes an
8 account level action against somebody, it's
9 only -- it's only to restrict the account, but
10 not to fully block it?
11    **A. On Instagram, yes.**
12    Q. And not on -- is that true for
13 Facebook as well that that -- accounts are not
14 blocked?
15    **A. There are several instances of -- they**
16 **are Facebook accounts, but they're not tied**
17 **to, like a person that we -- I -- we have**
18 **blocked in the past.**
19    Q. And what reason have you blocked
20 people on Facebook in the past?
21    **A. Sure. So --**
22    Q. Blocked accounts on Facebook.
23    **A. Thank you, yeah.**
24    **So the -- the nature of these -- I can**
25 **recall two accounts. They are both trying to**

159

1 **appear as if they're impersonating Facebook.**
2 **I think one is called, like page disable. I**
3 **don't recall the name of the other account.**
4    **But in both instances, they -- these**
5 **accounts will send the UW-Madison Facebook**
6 **page a direct message where it's threatening**
7 **to disable the account or -- or you have a**
8 **copyright infringement claim or something of,**
9 **you know, that nature where it's -- the**
10 **message states something to the effect of,**
11 **like if you don't take action on this, your**
12 **account will be -- or your page will be**
13 **disabled or taken down or -- you know, and**
14 **then they provide a link to click where you**
15 **can take action to not have your page taken**
16 **down. But those accounts are fake. You know,**
17 **it's not represented by Facebook.**
18    **And so it's -- I would call it like a**
19 **scam or phishing attempt. And so to protect**
20 **our account and, you know, other social media**
21 **staff that might see that comment -- or that**
22 **that -- that direct message to, you know,**
23 **protect our account, I -- you know, decided**
24 **that this -- this is a nefarious, malicious**
25 **account looking to, you know, take over our**

160

1 **page or whatever. So I blocked those accounts**
2 **for the protection of our Facebook page.**
3    Q. Have you ever blocked or banned an
4 account for -- for making repeated off-topic
5 comments?
6    **A. Block or ban, no.**
7    Q. Okay.
8    **A. On -- on Facebook, no. Sorry, just to**
9 **make sure --**
10    Q. Have you ever blocked or banned on
11 Instagram?
12    **A. Blocked or banned, no.**
13    Q. And on Instagram, have you -- have you
14 restricted an account for -- for making
15 off-topic comments?
16    **A. Yes.**
17    Q. Okay. Just pin that for a second.
18    Are -- how are political comments
19 treated with regards to social media
20 moderation on the university social media
21 pages?
22    **A. Yeah. Political comments are**
23 **complicated. You know, we do post a lot -- or**
24 **we do post frequently about elections and, you**
25 **know, registering to vote and the democratic**

161

1  process.  You know, we're considering our
2  demographic of, you know, sometimes first-time
3  voters as -- as university students, we take
4  the role of educating our audience in -- in
5  the steps to register, to find your polling
6  place.  You know, all the aspects to -- all
7  the aspects involved in the voting process,
8  but not who to vote for.  That's where we draw
9  a very strict line.
10       And in terms of comment moderation,
11 that's where I also draw a strict line to not
12 allow -- or not host any conversations about
13 specific candidates.
14       You know, folks are welcome to talk
15 about the democratic process and -- and
16 voting, but cannot campaign for a specific
17 candidate.  And so, yeah, that's where I draw
18 the line, is -- is at specific candidates, you
19 know, where -- where applicable.
20       MR. BERRY:  Can -- can we mark UW0520
21 as an exhibit and pull that up?
22            (Whereupon, Moll Deposition
23            Exhibit No. 33 was marked
24            for identification.)
25

162

1  BY MR. BERRY:
2     Q.  Do you see that?
3     A.  I see that, yes.
4     Q.  Can you describe what Exhibit 33 --
5     A.  This appears to be a screenshot of a
6  Microsoft Teams chat thread.
7     Q.  Okay.  And so at the bottom you -- you
8  mentioned harmful comments.  So your last --
9  your last message in this thread talk about
10 the merits of hiding harmful comments.
11      Do you see that?
12     A.  I see it, yes.
13     Q.  What -- what makes a comment harmful?
14     A.  As like, I believe in my mindset.
15 Here, a harmful comment would be stating
16 something that could bring harm to someone or
17 a group of people, whether physically,
18 emotionally, mentally or other form of harm.
19     Q.  Okay.  And what's your view about
20 whether harmful comments can be moderated?
21     A.  Well, I feel like it fits the -- into
22 the criteria in our social media statement
23 in -- in several categories based on the
24 content of the -- the comment in question.
25       It could be threatening or injurious

163

1  or fit into several other criteria listed in
2  the social media statement.
3     Q.  Okay.  And you -- you also -- you
4  mentioned having to call Mike and Meredith to
5  talk about handling -- handling potentially
6  harmful comments.  I was wondering if you
7  can -- what was the -- what was the result of
8  your discussion with them?
9     A.  You know, I -- I don't recall that
10 specific conversation.  Or, yeah, I don't -- I
11 don't recall the specific conversation or the
12 result of it.
13     Q.  At the -- a person that you're having
14 a conversation with had suggested going back
15 up to the first page here, at the bottom of
16 the first page, that "not sure what to do with
17 the women are the real victims comments."
18      And then curious, if you could -- if
19 you could explain how -- if you could, just
20 explain how that -- how that's harmful under
21 this discussion.
22     A.  Sorry.  I just need a quick read over
23 this thread to get more context here.
24     Q.  Go ahead.  Take your time.
25     A.  Okay.  And could you repeat your

164

1  question, please?
2     Q.  Yeah.  So the -- the person you're
3  talking with mentions -- says "not sure what
4  to do with the women are real victims
5  comments." And then it goes on to say "I'm
6  inclined to hide as harmful."
7       Can you -- can you explain
8  what -- whether those "women are the real
9  victims comments-" are harmful?
10     A.  I am not sure which specific comments
11 that this person is referring to.  You know,
12 I -- it looks like they're probably
13 summarizing.  And, you know, they were
14 bringing a concern to me about, you know, the
15 nature of these comments, that they deemed to
16 be harmful, but -- you know, as it related to
17 people of color and Asian Americans.  And so I
18 thought that I would take that concern to my
19 supervisor.
20     Q.  Do you remember if those comments were
21 ultimately -- any of those comments were
22 ultimately moderated or not as a result of
23 that discussion?
24     A.  I -- I don't recall.
25     Q.  Okay.  I want to --

---

165

1    MR. BERRY:  Can we pull up UW0449 and
2 mark it as a new exhibit?  Sorry.  I think
3 it's 0449.  I may have misstated that.
4    TECHNICIAN:  0449?
5    MR. BERRY:  Yeah, that's right.
6    TECHNICIAN:  Thank you, sir.
7        (Whereupon, Moll Deposition
8        Exhibit No. 34 was marked
9        for identification.)
10 BY MR. BERRY:
11   Q.  Are you familiar with this document
12 marked as Exhibit 34?
13   A.  Yes.
14   Q.  And what is Exhibit 34?
15   A.  This is a screenshot of a Microsoft
16 Teams chat in the -- the message thread used
17 by the social media managing staff.
18   Q.  Okay.  At the very -- on the last
19 message it says [as read]:
20       "I'm social media lead
21       today.  Plan includes"...
22    And then the third bullet point there
23 is [as read]:
24       "Monitor antianimal
25       research comments.  Big

---

166

1       thanks to Nate for
2       covering this this
3       morning."
4    Do you see that, that comment?
5   A.  Yes.
6   Q.  And what -- how -- can you explain to
7 me what it means to monitor antianimal
8 research comments?
9   A.  Yeah.  So in relation to this
10 conversation and what I had just previously
11 said, 50-plus PETA comments on our Instagram
12 posts, this would be considered a -- a -- like
13 a spam campaign.  These -- and so usually
14 we'll see just waves of comments coming in
15 that are almost always off topic to the -- the
16 post or posts in which users are commenting.
17    And so it's just monitoring the
18 situation and seeing where potentially
19 this -- this campaign is coming from.
20   Q.  Okay.  Is -- you used the word "spam"
21 in your response previously.  Is -- is "spam"
22 a term that's defined by any university
23 documents or -- or guidelines that you've
24 obtained?
25   A.  I believe spam is mentioned in the

---

167

1 university relations social media guidelines.
2    Q.  And do you -- and what's your
3 understanding of what it -- what that means?
4    A.  Yeah.  I -- I described it previously.
5 But at -- generally speaking, it's where we'll
6 receive, you know, a wave of comments that are
7 typically encouraged or -- or directed
8 by -- by a campaign or a viral news story or
9 any -- you know, any media that's trying to,
10 you know, encourage others to go and -- and
11 comment.
12       And -- and typically, these -- these
13 spam comments are very similar in nature.
14 They'll either take, you know, the words
15 verbatim or use other very -- sometimes very
16 colorful and sometimes threatening language.
17    Q.  And the -- and this -- this -- your --
18 this understanding of what spam is, is
19 that -- is that based on your -- your
20 experience or is this based on a definition
21 that you've consulted somewhere?
22    A.  This is based on my experience.
23    Q.  Okay.  Going back to this social media
24 plan, including to -- to, quote, monitor
25 antianimal research comments, wha- -- can

---

168

1 you -- what makes something an antianimal
2 research comment?
3    A.  A -- I think that in -- with the
4 nature of many of these types of comments we
5 receive, you know, a spam comment is not
6 always an antianimal research comment.  I want
7 to make that clear.
8       What makes an antianimal research
9 comment that is, typically speaking, a comment
10 that will say something like, stop animal
11 testing, or shut down your lab.  And, you
12 know, it -- it can also be, rot in hell you
13 bastards, you know, I wish cancer upon your
14 unborn children.  Yeah.  They can be very
15 simple or very threatening.
16    Q.  In your view, would a -- would a
17 comment promoting -- asking to promote more
18 cruel animal research, would that be
19 antianimal research?
20    A.  Sorry.  Could you restate that?
21    Q.  Mm-hmm.  Would a -- would a comment
22 advocating for -- in favor of -- of cruelty
23 and animal research, would that be -- would
24 you consider that an antianimal research
25 comment or -- or other?

169

1    A.  I guess -- I guess that would be -- I
2  guess that would be diff- -- I guess that
3  would be different.  I don't -- I don't think
4  we ever received a comment like that before.
5       But by, you know, we're dealing with
6  negatives and -- or maybe double negatives
7  here.  It's hard to interpret.
8    Q.  But do -- do you have any personal
9  views about animal research?
10    A.  Honestly, not really.  I -- you know,
11  given my -- my -- you know, role at the
12  university, I -- I read, you know, a lot of
13  new stories, some of which involve animal
14  research as -- as part of a, you know,
15  particular research study.
16       But I -- I don't hold any particular
17  opinions about it myself.
18    Q.  Have you ever read anything about the
19  university that's critical of animal research?
20    A.  Have I read anything that's -- sorry.
21  Could you restate the question?
22    Q.  You said you -- you read stories
23  relating to the university and animal research
24  that -- that occurs there; is that -- is that
25  correct?

170

1    A.  That is correct in the sense that it's
2  part of a research study.
3    Q.  Right.  And research study that is
4  occurring at the university?
5    A.  Correct.
6    Q.  This says -- okay.  You can just drop
7  that question entirely, actually.
8       What about your view about -- not just
9  animal research specifically, but do you have
10  an opinion about animal rights in general?
11    A.  I -- I really don't.  Sorry.  I'm just
12  not a very opinionated person.
13    MR. BERRY:  Can I -- can we mark as
14  Exhibit 35, UW0701?
15       (Whereupon, Moll Deposition
16       Exhibit No. 35 was marked
17       for identification.)
18    TECHNICIAN:  I apologize, Counsel.
19  Would you mind repeating that number?
20    MR. BERRY:  UW0701.
21    TECHNICIAN:  Thank you, sir.  I just
22  misheard.  My apologies.
23  BY MR. BERRY:
24    Q.  And do you recognize this document
25  marked as Exhibit 35?

171

1    A.  Yes, I do.
2    Q.  And what is this document?
3    A.  This is a screenshot of a Microsoft
4  Teams chat with the social media -- the
5  university communications social media
6  managers.
7    Q.  Okay.  And do you see at the bottom of
8  your top comment there it says [as read]:
9       "Monitoring animal rights."
10       Is that accurate?
11    A.  Yes, I do.
12    Q.  How do you -- how do you monitor
13  animal rights?
14    A.  This might have been just shorthand,
15  similar to, you know, monitoring antianimal
16  research comments in the past that we referred
17  to in a previous exhibit.
18    Q.  Okay.  How do you feel about other
19  social justice issues?
20       Putting animal rights aside, how do
21  you feel about social justice issues in
22  general, personally?
23    A.  I think -- I mean, I -- I'm passionate
24  about racial justice and inequities.  I, you
25  know, am a firm believer in the -- the

172

1  environmental impacts that fossil fuels have
2  on -- on our planet, and just, you know, being
3  eco-friendly.
4       I care a lot about LGBTQ plus rights.
5  Those are some of the areas that I -- I
6  personally care about.
7    Q.  How do you feel about the
8  environmental impact from -- from animal
9  agriculture, for example?
10    A.  I don't have a strong opinion about
11  that specific issue.  I just, you know, as
12  I -- you know, the -- the areas I stated
13  before are, you know, very broad topics.
14       I've seen how agriculture runoff can
15  affect the phosphorus levels in the lakes in
16  Madison that -- you know, I -- I see the
17  negative effects.  I don't know the full story
18  or, you know, the full impact of it.  But I
19  have seen how it has a negative effect on, you
20  know, a lake in my backyard.
21    Q.  Okay.  So it's -- just to make sure I
22  understand, then, you -- you're passionate
23  about environmental issues insofar as
24  it's -- there's pollution caused by fossil
25  fuels, and also animal agriculture runoff that

173

1  affects your -- your backyard?
2     A. Well, not just my back -- well, that's
3  an example. I'm particularly interested in
4  alternative energy, so like, solar and wind.
5     Q. And why is that?
6     A. I -- so I was -- I had -- one of my
7  majors was environmental studies in my
8  undergrad at UW-Madison. And I guess that's
9  just -- you know, in -- there's a, you know,
10  wide breadth of courses you can take. And
11  just the particular path I took just -- yeah,
12  I saw, you know, the -- the benefits of, you
13  know, weaning off of fossil fuels and turning
14  more towards our alternative fossil fuels,
15  like solar and wind and -- and other, you
16  know, renewable resources.
17     VIDEOGRAPHER: I'm sorry to interject.
18  I seem to be having some problem with my
19  connection. I wonder if we could go off the
20  record for a moment. If I could restart my
21  router, I think it will fix it. I never had
22  this issue before, but it's skipping on and
23  off now.
24     MR. BERRY: That's totally fine with
25  me.

174

1     VIDEOGRAPHER: Okay. I'll just bring
2  us off for a moment.
3     The time is 4:00 o'clock. It's the
4  end of recording 4.
5     (A short recess was had.)
6     VIDEOGRAPHER: Okay. The time is
7  4:08. We're on the record continuing
8  recording 4.
9  BY MR. BERRY:
10     Q. Did -- I want to wrap up a
11  conversation we were having before the break.
12     Would -- would it be fair to
13  characterize your testimony as you caring
14  about issues like racial equity and the
15  environment, but not having a strong opinion
16  on animal rights?
17     A. That's correct.
18     Q. And -- and does that -- do you think
19  that your -- that your view about -- about the
20  importance of those issues affects your
21  moderation across those social media pages?
22     A. Not personally. I -- at all possible,
23  I try to remove personal, you know, opinions
24  or biases in my official role.
25     Q. Is it -- is it possible that even on a

175

1  subconscious level that your -- that your
2  personal political views could have a -- some
3  impact on the moderation decision that you
4  make?
5     MR. KILPATRICK: Objection;
6  speculative.
7  BY MR. BERRY:
8     Q. You can answer the question.
9     A. It's -- it's possible. You know, but
10  I -- I try to -- as I mentioned, I try to
11  be -- I try to remove, you know, personal
12  beliefs and biases when functioning in my
13  official role.
14     Q. Okay. Moving on, we -- we talked
15  about account restrictions previously. And
16  the university restricted Ms. Krasno's
17  Instagram account from September 2020 through
18  January 2021; is that correct?
19     A. I believe so, yes.
20     Q. And were you involved in the decision
21  to restrict Ms. Krasno's Instagram account?
22     A. I very likely was the one that
23  performed the restriction, yes.
24     Q. And -- and why did you restrict
25  Ms. Krasno's Instagram account?

176

1     A. I had noticed a pattern of -- a
2  consistent pattern of off-topic comments. And
3  so for that reason, and I -- I used a tool
4  that Instagram came out with, I don't think
5  not even a year prior, and they were -- where
6  they -- they announced a tool where you can
7  use this feature called restrict to approve
8  comments on a comment-by-comment basis.
9     Q. And Ms. Krasno also, in addition to
10  commenting on university posts, she also
11  tagged the university in her own posts; is
12  that correct?
13     A. Yes.
14     Q. Did -- had you received any complaints
15  about a post that Ms. Krasno tagged the
16  university in?
17     A. Yeah. I believe it was
18  September 2020, sorry. I believe it was
19  September -- around September 2020 where
20  Ms. Krasno had made a post complaining that
21  the university was untagging itself in -- in
22  her Instagram post. And I saw that, you know,
23  because we were tagged in that post, and so I
24  stopped untagging the university.
25     Q. Okay. So prior to her complaining

177

1 about the tags being removed, were there any
2 complaints that you received about -- about
3 posts that she made where she tagged the
4 university?
5    A. I don't recall any others.
6    Q. Do you recall any complaints
7 from -- from anyone about any of Ms. Krasno's
8 social media activity interactions with the
9 university's social media?
10    A. Again, I don't recall any. This
11 was -- yeah, given the length of time ago,
12 I -- I don't recall.
13    Q. And as you testified earlier, if
14 Ms. Krasno or any other user tagged the
15 university in their own post, that would have
16 appeared on a separate page for the
17 university's Instagram account; is that
18 correct?
19    A. Yes.
20    Q. And if -- and if the tags are removed,
21 then those posts would no longer appear on the
22 university's Instagram page; is that correct?
23    A. Yes. That's correct. Although, the
24 post still exists. You know, it is -- it is a
25 different user's post.

178

1    And I do want to clarify that if -- if
2 a user's account is -- is like locked or
3 private, and they tag, say, the university in
4 a photo of theirs, I don't believe it
5 will -- it will show up in the tagged section.
6    Q. Thank you for the clarification.
7    You -- Ms. Krasno's account was
8 un- -- was no longer restricted in January
9 of 2021; correct?
10    A. Correct.
11    Q. And can you describe the decision
12 to -- to loosen the restriction -- or to
13 remove the restriction on Ms. Krasno's account
14 in January of 2021?
15    A. Sure. As I, you know, did with
16 several other accounts on that kind of
17 display, the same pattern of consistent
18 off-topic comments or
19 consistently -- consistently violating
20 or -- or fitting one of the criteria in our
21 social media statement for grounds for
22 moderation, I used the Instagram tool
23 to -- the Instagram restriction tool just to
24 help with comment moderation. And I would,
25 you know, run through. And if I had found,

179

1 you know, that pattern, I would -- I would
2 restrict an Instagram account, like I did
3 Ms. Krasno's. Monitor the comments, you know,
4 in that period of restriction, see are they
5 continuing to display the same behavior of
6 making off-topic comments or comments that
7 violate one of the criteria in the social
8 media statement.
9    And -- and then, you know
10 every -- maybe every month, couple months, not
11 on a consistent basis. But, you know, after a
12 period of time if, you know, maybe didn't hear
13 from that user for a little while or they
14 displayed behavior that was -- that didn't
15 violate one of the criteria, it could be a
16 number of things, I would unrestrict the
17 accounts, just as like a fresh start.
18    As such I did with Ms. Krasno's
19 account in late January, because around the
20 same time that I just -- I kind of did
21 that -- that inbox cleanse and just, yeah, I
22 reviewed -- I reviewed many things within that
23 time in late January.
24    Q. Prior to removing Ms. Krasno from the
25 restricted account list, had you -- did you

180

1 have any concern about being sued over social
2 media moderation of Ms. Krasno?
3    A. By Ms. Krasno specifically?
4    Q. Yeah. By Ms. Krasno specifically.
5    A. I -- no, I don't believe so.
6    Q. Did you have any concerns
7 about -- about a lawsuit over the university's
8 social media moderation other than by
9 Ms. Krasno, by anybody?
10    A. Yeah. Generally, yes.
11    Q. Well, can you explain why -- why you
12 had that concern?
13    A. Yeah. So particularly over banning
14 users. So this -- I don't recall, you know,
15 when this conversation happened, but it was
16 sometime after -- I know that there
17 was -- there was a -- I don't know if it was a
18 federal lawsuit or a lawsuit where -- where
19 Donald Trump was sued as president for
20 blocking users on Twitter. But I read that as
21 social media in general, you know, blocking
22 users.
23    And it was found to be -- I forget the
24 specific terms of -- of the verdict, but found
25 that he couldn't block users on his

181

1 social -- or on his Twitter account.
2      And so that was -- that was certainly
3 grounds for, you know, concern.  You know, why
4 that's -- why I would -- you know, yeah,
5 display concern for, you know, sometimes
6 university employees will come to me asking
7 for advice about how to handle a specific
8 instance or user or comment or what have you.
9      And in -- in, you know, so many
10 different ways, I might say, like, don't ban
11 you -- you know, might be able to moderate the
12 comment this way depending on the
13 circumstances at hand.
14      But generally speaking, yeah, blocking
15 accounts -- an account level block ban was
16 something that was on my radar as something
17 that, you know, wouldn't be allowed.  Sorry.
18 I'm getting hoarse.
19   Q.  Getting towards the end of the day.
20 Sorry.
21   A.  It's okay.
22   Q.  In the course of Ms. Krasno
23 posting -- well, actually, let me take that
24 back.
25      Prior to removing the restrictions on

182

1 Ms. Krasno's account in January 2021, had
2 you -- had you spoken with anyone or heard
3 from anyone at the university expressing
4 concern about her -- Ms. Krasno's critical
5 comments?
6      MR. KILPATRICK:  I'm going to object
7 to the extent it calls for communication with
8 UW legal counsel, and direct the deponent not
9 to answer and expose those communications.
10 BY MR. BERRY:
11   Q.  So answer the question, then, except
12 with regards to legal counsel.
13   A.  Would you be able to repeat the
14 question, please?
15   Q.  Yeah.  Other than communications with
16 legal counsel, did -- did you speak with
17 anyone who worked for the university who --
18 who expressed concern to you about
19 Ms. Krasno's comments on the university's
20 social media pages?
21   A.  I recall -- let's see.  I recall there
22 was a conversation we had where one of us saw
23 that there was -- there was an event by a host
24 and Ms. Krasno was the guest speaker.  And I
25 saw, like, the event description, I think

183

1 something about lifting the veil on the
2 section in her -- in her time working in the
3 UW primate lab.
4      And so I, you know, since it involved
5 the primate lab, I -- I sent it to our -- some
6 of our research communicators, just as a
7 heads-up.  And our research communicators
8 in -- are still university communications.
9      But I would consider them subject
10 matter experts or beat writers is another way
11 that I would describe them.  Particularly one
12 employee who handles -- or covers the topic of
13 animal research as it relates to research
14 communications.
15   Q.  And what was that -- what was that
16 particular employee's name?
17   A.  Chris Barncard.
18   Q.  And what -- can you explain how -- how
19 notifying -- Chris Barncard or
20 anyone -- anyone else relating to the animal
21 research subject matters at the university
22 relates to your -- to your job description as
23 a social media manager?
24   A.  Yeah.  So social listening.  That
25 means monitoring, whether it is content

184

1 created by the university or if it's about the
2 university.  I believe that fits my job
3 description to, you know, listen or, you know,
4 social listening, which means using your eyes
5 to read.
6      But as it relates to my job
7 description, I, you know, I need to monitor,
8 you know, how folks are talking about the
9 university or, you know, media mentions
10 or -- or what have you, and share it with
11 various communicators as it relates to their
12 field.
13   Q.  How often are you -- are you relating
14 things that you -- that you listen to other
15 people in the university?
16   A.  I would say almost on a daily basis.
17   Q.  And can you give a list of examples
18 of -- of things that you've -- that you've
19 relayed to other people in the university that
20 you've seen on social media?
21   A.  Sure.  So quite recently with
22 the -- the Russia-Ukraine conflict, there's an
23 office, it's CREECA, C-R-E-E-C-A, I forget
24 exactly what the acronym stands for, but kind
25 of like centrally European-Russian studies.  I

185

1  think that's the -- part of the focus of that
2  department.
3       They were hosting a series of events
4  about Ukraine and whatnot. And I just sent as
5  a heads-up to several, you know, colleagues
6  that that event was happening, just because
7  the -- the topic in the news was so fresh.
8       Other times we might get a -- a big
9  social media mention or a mention or -- or are
10 the topic of a social media post by a -- an
11 account with a large following, which is
12 generally not worthy.
13      So I might, you know, send a heads-up,
14 a, hey, we might be -- we might see more
15 traffic on this outside of social media.
16      I'll usually send a heads-up to other
17 social managers if, like we discussed before,
18 PETA or, you know, an animal-related account
19 will be running a campaign. There -- because
20 there are, you know, various aspects involved
21 with that outside of social media.
22      So I'll usually notify Chris and/or
23 Kelly, Kelly Tyrrell, who is the research
24 communications director for the university
25 communications, and Chris reports to Kelly.

186

1       Those are a few examples.
2    Q. Do you have any sense of why it
3  matters what people are saying? Excuse me.
4  Let me rephrase the question.
5       Why does it matter to the -- what
6  people are saying about the university on
7  social media?
8    A. I work in the communications office
9  and -- and so we handle almost -- well, a
10 majority of the incoming and outgoing
11 messaging. But, you know, social media is
12 just one facet of -- of, you know, the media
13 landscape.
14      Oftentimes we'll receive emails,
15 calls, other forms of contact. And so it's
16 just important to keep a finger on the pulse
17 of, you know, any given topic. And, you know,
18 what's -- what's new or noteworthy or might
19 need to, you know, check with subject matter
20 experts on.
21   Q. Does the -- does the university's
22 reputation matter to the communications
23 department?
24   A. Yes. And particularly in the social
25 media guidelines in the university relations

187

1  on -- on the university relation's website.
2  There are -- you know, a laundry list of, you
3  know, suggests to be timely and be responsible
4  in your communications and, you know, to not
5  represent the university in your, you know
6  work capacity or to make sure your -- you're a
7  good representative of the university.
8    Q. Do you -- how does that, protecting
9  the university's reputation, relate to how you
10 see your job function at the university?
11   A. I -- I see my role as, you know, one
12 of -- one of many -- but one of the essential
13 parts of the university's reputation so far as
14 I'm the main representative for the
15 university, and the main institutional
16 accounts on social media.
17   Q. Okay. Do you -- do you ever talk with
18 people involved in -- in, like, development or
19 fundraising or anything with the university?
20   A. Sorry. Can -- I -- I missed a word
21 you said in there.
22   Q. Oh, yeah. Do you -- do your job
23 duties involve ever talking with employees
24 involved in fundraising for the university as
25 it might relate to social media?

188

1    A. Yes.
2    Q. And have any of those conversations
3  with university employees involved in
4  fundraising ever ventured to the topic of
5  animal research?
6    A. I -- I believe so.
7    Q. Can you -- can you describe the nature
8  of those conversations?
9    A. Yeah. I'm thinking of particularly,
10 you know, questions that might come my way in
11 regards to comments on a -- different
12 university offices, social media accounts that
13 are related to animal research. And they have
14 questions, you know, about those comments so
15 they come to me.
16   Q. What kind of comments would they have
17 questions about?
18   A. Oh, comments that might involve animal
19 research.
20   Q. Can you give an example?
21   A. I can't quote any verbatim. I -- I
22 don't recall specific comments.
23   Q. Okay. And would this be by an email,
24 Teams message? Like how would these -- how
25 would questions about these comments be

189

1  related to you?
2  **A. Could be either.**
3  Q. Okay. And do the comments ever relate
4  to Ms. Krasno?
5  **A. I don't recall if they specifically**
6  **mention Ms. Krasno or not.**
7      MR. BERRY: Can we mark UW0026 as
8  the -- our next exhibit, put that on the
9  screen?
10     (Whereupon, Moll Deposition
11     Exhibit No. 36 was marked
12     for identification.)
13     TECHNICIAN: 36.
14 BY MR. BERRY:
15  Q. Just take a moment it review that.
16 Maybe scroll down to the bottom of the page,
17 too.
18     Are you familiar with this document?
19  **A. Yes, I am.**
20  Q. And what is this document, Exhibit 36?
21  **A. Sure. Would you be able to scroll**
22  **back up to the top, please or at least include**
23  **more of it?**
24     **Yeah, that's great. Thank you.**
25     **This is an email regarding a social**

190

1  **media workshop, either lead or including**
2  **Ms. Krasno.**
3  Q. And --
4  **A. Cohosting.**
5  Q. -- how often do you receive emails
6  like this, about other people having events?
7  **A. How often do I receive emails about**
8  **events?**
9  Q. Yeah. About events like this?
10  **A. Events like the one that Ms. Krasno**
11  **was involved in?**
12  Q. Let me -- well, let me
13 scratch -- scratch that.
14     Do you see at the top of this email
15 exchange it says that the sender is [as read]:
16     "I'm copying Nate Moll who
17     runs a number of our
18     institutional accounts and
19     also helps us monitor and
20     respond to campaigns."
21     Is that an accurate...
22  **A. That's accurate.**
23  Q. Yeah. How -- how often are you -- are
24 you monitoring events that -- that other
25 people are hosting that might relate to the

191

1  university?
2  **A. All the time. I mean, there**
3  **are -- this is a large university, and we have**
4  **many events happening every day, many of which**
5  **are promoted on social media.**
6  Q. And previously you testified that --
7  that you'll share these types of events that
8  people -- who they pertain to.
9      But can you explain why -- why Kelly
10 thought to inform you about it?
11     MR. KILPATRICK: Objection; calls for
12 speculation.
13 BY MR. BERRY:
14  Q. Do you have any idea why -- why Kelly
15 thought you should know about this?
16  **A. I can't answer for Kelly. But I -- I**
17  **see in the event description that it mentions**
18  **University of Wisconsin Madison and social**
19  **media.**
20  Q. What kind of monitoring would you do
21 with regards to this event as part of your job
22 duties?
23  **A. All right. Let me -- can I read the**
24  **event description here?**
25  Q. Sure.

192

1  **A. So monitoring would include, you know,**
2  **listening for -- or in the event description**
3  **it describes, you know, using social media as**
4  **part of our campaigns.**
5      **And specifically in the first line**
6  **under the first ellipses, we can still**
7  **pressure labs to stop torturing animals.**
8      **And we have seen campaigns like that**
9  **in the past on social media. So I believe**
10  **that's -- that's relevant to my line of work,**
11  **to monitor.**
12  Q. Other than generally being aware of
13 the events happening, is there any other kind
14 of monitoring activity that -- that you did
15 with regards to this event?
16  **A. This event specifically, I don't**
17  **believe so.**
18  Q. Other than generally being aware that
19 events are occurring, what kinds of monitoring
20 activities would you go -- would you engage
21 in, had you engaged in -- I can -- I can
22 rephrase that so it's clear.
23     What other monitoring activities have
24 you engaged in for events that go beyond just
25 being aware that the events are occurring?

193

1    A. Depending on the event, I'll provide
2 event coverage or, you know, run replies from
3 our accounts. Excuse me. Or -- or interact
4 with -- with social media posts from an event.
5    Q. What do you mean by "event coverage"?
6    A. Sure. If I were to staff an event,
7 say a Badger football game, I, you know, will
8 staff the event in person and produce content
9 indirect with fans on social media or if this
10 were a chancellor speaking event, I might, you
11 know, in a similar fashion, produce content
12 for either the chancellor, you know,
13 recommended content for the chancellor or
14 primarily work through the UW-Madison social
15 channels to provide event coverage by
16 producing content or looking for content
17 produced by others, you know, that might
18 mention or be about the university in relation
19 to that event.
20    Q. Have you ever staffed any of
21 Ms. Krasno's events?
22    A. No, I have not.
23    Q. Have you ever -- have you ever staffed
24 any -- any events relating to animal research?
25    A. We did have -- this was a UW police

194

1 department -- it was like a tabletop exercise
2 as part of the American C [sic] Operations
3 Center or EOC [sic].
4    And so as -- as part of my role, I
5 also hold a social media position within this
6 EOC organizational structure in a role very
7 similar to my -- my current role in university
8 communications.
9    And we did have a tabletop exercise
10 that involved animal research where we -- we
11 lost power at a campus -- or a part of campus
12 involving a research lab and needed to, you
13 know, go through the simulation as a training,
14 how to handle that -- that scenario. And
15 that -- that EWPD scenario involved animal
16 research in -- in that way, in that
17 hypothetical scenario.
18    Q. Was the -- was the emergency just
19 related to securing the animals or was
20 it -- was there like a -- was there like a
21 criminal component to the -- to the exercise?
22    A. No, I -- I think it was a -- like a
23 storm scenario where like a -- either a storm
24 or a tornado ripped through campus and lost
25 power to, you know, various buildings

195

1 and -- and campus utilities.
2    Q. With regards to moderating
3 Ms. Krasno's comments, the -- are there any
4 reasons, other than them being off topic, that
5 you've ever moderated her -- her account or
6 her comments on the university's social media
7 pages?
8    A. If -- I can't say for sure, but
9 generally speaking, you know, I did notice a
10 pattern of behavior of making off-topic
11 comments. I can't say that every comment that
12 was moderated would fit into that off-topic
13 criteria. There may be others, but generally
14 speaking, that is the pattern I noticed of
15 being off topic.
16    Q. Earlier we had -- let's see here.
17 Sorry. Just give me a second here.
18    MR. BERRY: Can we pull -- actually,
19 let's pull up Exhibit 20 again.
20    You know, actually, I wanted -- I
21 wanted 21. Sorry about that. Could we put
22 Exhibit 21 back up?
23    Can we scroll down to the bottom of
24 that?
25

196

1 BY MR. BERRY:
2    Q. This is the -- the interim guidelines
3 that we talked about from May 2021. And it
4 says at the bottom there as we discussed that
5 [as read]:
6         "To the extent users post
7         on-topic content that is
8         inaccurate, misleading or
9         critical of University of
10         Wisconsin Madison, social
11         media managers may respond
12         either with a reply or a
13         separate post."
14    Do you remember that, and go on to
15 that -- the part of the -- the interim
16 guidance?
17    A. Yes, I do.
18    Q. Is -- is there any -- -- is it your
19 view that Ms. Krasno -- that her content is
20 inaccurate, misleading or critical?
21    A. I would consider it critical. As for
22 inaccurate or misleading, I -- I would need to
23 do more research or consult a subject matter
24 expert.
25    Q. Have you ever -- have you ever

197

1 moderated a comment from -- from Ms. Krasno
2 because you thought it was inaccurate,
3 misleading, or critical?
4     **A. There may have been a situation like**
5 **that. I -- I can't recall a specific**
6 **instance, but it may have happened.**
7     Q. And have you ever -- have you
8 ever -- have you ever replied or -- or
9 responded to Ms. Krasno for any -- any content
10 based on it being inaccurate, misleading, or
11 critical?
12    **A. I don't recall any specific replies or**
13 **responses, but again, it -- it may have**
14 **happened at some point.**
15        MR. BERRY: We can -- we can put the
16 exhibit down.
17 BY MR. BERRY:
18    Q. Earlier I had asked if you had staffed
19 any of Ms. Krasno's events. Do you know if
20 anyone from the university has ever staffed
21 any of her events?
22    **A. Not that I'm aware of.**
23    Q. Okay.
24        MR. BERRY: I hate to do this, but can
25 we actually bring Exhibit 21 back up? I

198

1 didn't realize it would be the next one.
2 BY MR. BERRY:
3    Q. On -- on Exhibit 21 here there's a
4 section heading, auto moderation. And it says
5 [as read]:
6            "Social media managers may
7            use platform and/or
8            computer-based tools to
9            auto moderate the use of
10           profanity. Social media
11           managers are using auto
12           moderation tools to filter
13           content other than
14           profanity. Please have
15           them contact Rachel Jeris
16           or Craig Fischer in OLA."
17    Do you acknowledge that's what the
18 exhibit says?
19    **A. Yes, it does.**
20    Q. And can we -- can we now go to -- add
21 a new exhibit? This will be file UW0145.
22        (Whereupon, Moll Deposition
23        Exhibit No. 37 was marked
24        for identification.)
25

199

1 BY MR. BERRY:
2    Q. And are you familiar with this
3 document, which is exhibit -- actually, if
4 you -- is this 37 that we're on?
5    **A. I'm familiar with that.**
6    Q. Okay, yeah. Yeah. For Exhibit 37
7 here, can you -- do you recognize this
8 document?
9    **A. Yes, I do.**
10   Q. And what is it?
11   **A. This is a screenshot of UW-Madison's**
12 **Instagram privacy and security settings as**
13 **they relate to comment filtering with the list**
14 **of keyword filters.**
15   Q. Okay. And there are a number of words
16 here, including a few that are profanity. But
17 would you -- would you agree that -- that many
18 of the words, such as animal testing, testing
19 cats, testing on animals, torture,
20 vivisection, W-N-P-R-C, for example, are --
21 are not profanity?
22   **A. I would not consider those profanity,**
23 **no.**
24   Q. So can you explain that -- why -- why
25 those words would be in the auto-moderation

200

1 list, despite not being profanity?
2    **A. The -- these words or phrases were**
3 **likely added for -- in relation to those types**
4 **of spam campaigns that I've described several**
5 **times where they can completely inundate and**
6 **overwhelm me or a social media manager.**
7        **And so if they see a -- a commonly**
8 **repeated word or phrase within those spam**
9 **campaign comments, they will -- and -- and**
10 **need to -- you know, require the use of the**
11 **auto moderator for help in just content**
12 **management, I will add that order phrase to**
13 **this list.**
14   Q. Is that -- to the best of your
15 knowledge, are -- are these words still --
16 still on the list, or has the list changed
17 since this document was produced?
18   **A. I haven't looked at the list recently.**
19 **I don't recall. I don't know when this**
20 **screenshot was taken.**
21   Q. Do you remember -- do you remember
22 making any significant modifications to the
23 keyword filters, I guess at any time since the
24 lawsuit was filed?
25   **A. Oh, since the lawsuit. I don't recall**

201

1 specific instances of -- of removing words
2 there -- there may have been words that
3 removed, or words or phrases.
4 But I don't keep any documentation
5 outside of an example of what you're seeing
6 here.
7 The only list of words that exists --
8 words or phrases that exist is within the
9 Instagram or Facebook settings themselves.
10 Q. Did you ever discuss
11 these -- these -- sorry.
12 With -- without describing the content
13 of any of these conversations that may have
14 occurred, did you ever -- did you ever discuss
15 the keyword auto moderator filters for the
16 social media accounts with Ms. Jeris or
17 Mr. Fischer as -- as prompted by the interim
18 social media guidelines?
19 A. As there is guidance in the
20 interim -- in the interim guidance, it -- it
21 was probably covered in our conversations. I
22 don't recall specific conversations or the
23 contents.
24 Q. Okay. I got -- you know, just --
25 MR. BERRY: How do people feel about,

202

1 like a five-minute break, and then resuming
2 what I anticipate to be a fairly short
3 completion?
4 I know it's -- it's 5:00, and I don't
5 want to drag this out too long. But would it
6 be okay just to break for -- for five minutes
7 and come back for a little bit more?
8 MR. KILPATRICK: That's fine with me.
9 THE WITNESS: That's fine.
10 MR. BERRY: Okay.
11 VIDEOGRAPHER: And we're going off the
12 record. The time is 4:59.
13 (A short recess was had.)
14 VIDEOGRAPHER: The time is 5:06.
15 We're on the record at the start of recording
16 5.
17 MR. KILPATRICK: I just got something
18 quick.
19 MR. BERRY: Mm-hmm.
20 MR. KILPATRICK: Craig Fischer, he had
21 to leave and drop off the call. And Rachel
22 Jeris has come in the call in his place. You
23 may recognize that name. She's with the UW
24 office, legal counsel.
25 MR. BERRY: Sounds good. Thanks. And

203

1 I don't anticipate this will be a lot longer,
2 maybe -- maybe 20 minutes or so.
3 Can we pull up Exhibit -- I think it
4 was 37? This is the Instagram keyword filter.
5 BY MR. BERRY:
6 Q. With regards to Exhibit 37 here,
7 Mr. Moll, I -- several of these comments
8 relate to -- just to animals or animal
9 research-related terms?
10 Would you agree with that?
11 A. Yes.
12 Q. And, you know, it's also a relatively
13 short list. I mean, we could count them up.
14 But it looks like there's maybe a dozen or two
15 words total.
16 I was wondering if you could explain
17 why -- why so much of this comment filtering
18 list are -- are terms relating to animals and
19 animal research?
20 A. Sure. I'd say that the fast majority
21 of the spam-style campaigns that we receive
22 are related to animal testing. And that's
23 typically where I require the -- the
24 assistance of the auto moderator to handle
25 those types of comments, you know, where they

204

1 have a, you know, consistently using a keyword
2 or phrase.
3 Q. Okay. So it's a -- so this -- okay.
4 Do -- do other -- other topics
5 generate a lot of comments as well, other than
6 animal research?
7 A. Topics...
8 Q. Sorry. Would you say -- are there
9 other -- are there other -- other issues that
10 generate a large number of off-topic comments,
11 besides animals used in research?
12 A. There have been in the past, but not
13 with the -- the frequency as animal research
14 campaigns do.
15 Q. You said -- okay.
16 MR. BERRY: Can we -- can we go to
17 file UW0144, which actually, I believe this is
18 the accidentally -- I had accidentally
19 designated this as Exhibit 27, I think.
20 Somewhere -- somewhere in that area. Did I
21 actually get that right?
22 Is that Exhibit 27?
23 TECHNICIAN: Yes, sir.
24 MR. BERRY: Oh, good. No business
25 remembering that exactly, but, great.

205

1  BY MR. BERRY:
2      Q.  Mr. Moll, can you describe what this
3  Exhibit 27 is?
4      **A.  Yes.  This is a screenshot of the**
5  **UW-Madison Facebook page settings.  And the**
6  **settings relate to page moderation where it**
7  **contains a list of words or phrases on the**
8  **auto moderated list.**
9      Q.  And can we -- and are -- are you
10 familiar with this -- with this page and these
11 settings shown on Exhibit 27?
12     **A.  Yes, I am.**
13         MR. BERRY:  Can we zoom in a little
14 bit, actually?
15 BY MR. BERRY:
16     Q.  And so what happens when a comment
17 contains one of these words made to the
18 university's Facebook posts?
19     **A.  If a comment containing one of these**
20 **words or phrases is made on a UW-Madison**
21 **Facebook post, it's similar to Instagram**
22 **hidden from -- you know, the comment is**
23 **hidden.  It's still visible to the user and**
24 **any friends -- Facebook friends of -- of that**
25 **commentor.**

206

1      Q.  Okay.  And -- and do you manage the
2  words that appear on this list?
3      **A.  I am the point person, yes, for this**
4  **list.**
5      Q.  And did you add any of the words
6  relating to animals and research that appear
7  on this list?
8      **A.  I would -- I would assume that I did,**
9  **yes, add some of these words or phrases**
10 **relating to animals.**
11     Q.  Are you -- are you aware of any other
12 words that -- that have been added to this
13 list, subsequently to the creation of this
14 document?
15     **A.  No, I'm not.**
16     Q.  And does the grouping of the word say
17 anything about when they were added?
18         For example, are the ones -- are the
19 ones at the top the most recently or -- or
20 added or -- or the oldest ones, alternatively?
21 Is there any -- is there any sort of logic to
22 the order that they appear?
23     **A.  I don't believe so.  Just by looking**
24 **at some of these, I don't think there's any**
25 **logic to the organization of these.**

207

1      Q.  And, for example, on the third line of
2  the blocked keywords there's one phrase of
3  "blue lives matter."
4          Do you see that phrase?  It's been
5  added to the moderator.
6      **A.  Yes, I do.**
7      Q.  Do you remember -- do you remember the
8  circumstances that led you to add -- add that
9  phrase to the list?
10     **A.  Generally, yes.**
11     Q.  And in general, what can you -- can
12 you sort of describe the -- the circumstances
13 behind adding blue lives matter to the list of
14 moderated words?
15     **A.  Yeah.  There was a -- an issue related**
16 **to -- let's see.  Gosh, sorry.**
17         **There was a photo taken in our**
18 **university police department with various, you**
19 **know, police officers and university PD staff.**
20 **And that photo contained, I believe it was a**
21 **wall hanging or a wall decoration with, it's a**
22 **stylized American flag with one blue stripe**
23 **as, you know, to -- to signify, you know, like**
24 **a police officer if you're familiar with**
25 **that -- that emblem.**

208

1          **And we received many, many comments on**
2  **a wide array of Facebook posts that included**
3  **the blue lives matter phrase.**
4      Q.  Were the --
5              (Indiscernible simultaneous
6              colloquy.)
7  BY MR. BERRY:
8      Q.  Finish.
9      **A.  Yeah.  To the point where I -- I**
10 **required the assistance of the auto moderator**
11 **to help handle those comments.**
12     Q.  And were those comments, you know, in
13 favor of blue lives matter or in opposition to
14 the -- to that statement or otherwise?
15     **A.  I -- I don't know if I could say for**
16 **sure.**
17     Q.  Okay.
18     **A.  There were many, many comments.  So I**
19 **can't group them all as one.**
20     Q.  And in -- were those blue lives matter
21 comments appearing on posts other than the
22 police department post?
23     **A.  Were -- sorry.  Could you rephrase**
24 **that?**
25     Q.  Yeah.  You -- you said that there

209

1  was -- there was a picture, right, from the
2  police department that was -- that had college
3  people to start saying that?
4  **A. Oh, yeah. That photo of the police**
5  **department was not shared by the UW- -- at**
6  **UW-Madison accounts. It was -- it was from a**
7  **different source.**
8  Q. Okay. Have you ever -- have you ever
9  moderated a word -- words or phrases
10  associated with -- with like -- with
11  racial diversity or racial inclusion?
12      STENOGRAPHER: I'm sorry. What was
13  it?
14  BY MR. BERRY:
15  Q. In support of racial adversity or --
16  or racial equity?
17  **A. Have I ever moderated a word relating**
18  **to racial diversity or equity?**
19  Q. Yeah.
20  **A. I'm not sure I understand the scope of**
21  **the question. It -- it's possible. I'm not**
22  **sure.**
23  Q. Okay. Do you -- looking at this list
24  in front of you, do you see any terms that
25  are -- any terms or phrases that are -- that

210

1  are related to -- to, you know, promoting
2  diversity, equity, and inclusion?
3  **A. I see a phrase "all lives matter." I**
4  **also see "China virus" and "Chinese virus."**
5  Q. Can you say those phrases are -- are
6  promote -- promote diversity, equity, and
7  inclusion?
8  **A. Those phrases alone, I -- it's tough**
9  **to determine based on just those phrases**
10  **alone.**
11  Q. Okay. So they might be related to
12  promoting diversity, equity, and inclusion,
13  you don't know?
14  **A. They -- they might. It's -- it's**
15  **context dependent.**
16  Q. Okay. Would it -- would it be your
17  position that it would be appropriate to add,
18  for example, black lives matter to this list
19  if that -- if that was a phrase that was
20  commonly being used off topic?
21  **A. If it was a phrase being used very**
22  **often, and the comments were off topic, there**
23  **could be grounds to adding it.**
24  Q. So potent- -- so you're -- so what
25  you're testifying is that potentially you

211

1  would add black lives matter, if it became a
2  word -- a phrase that was being used
3  frequently off topic on social media posts?
4  **A. It's possible. But I do want to point**
5  **out that there are other reasons or criteria**
6  **beyond being on or off topic for -- for which**
7  **a word or phrase can be added to this list.**
8  Q. That's a -- yeah, I understand that.
9  But I just want to be clear that that is your
10  view that black lives matter could be added to
11  the auto-moderation keyword filter if -- if a
12  lot of people were using that phrase in an
13  off-topic way on soc- -- on the university's
14  social media post; is that correct?
15  **A. It -- it could, yes.**
16  Q. Okay. Have you ever considered doing
17  that?
18  **A. I don't recall any considerations.**
19  **Although, they could have occurred at some**
20  **point in time.**
21  Q. Is that -- is that a phrase that is
22  often used off topic on social media posts for
23  the university?
24  **A. I'm not sure we have received a lot of**
25  **comments, and I -- I'm not sure.**

212

1  Q. And you said you've been the social
2  media specialist or manager since 2013?
3  **A. Correct, July 2013.**
4  Q. And you don't -- you don't remember a
5  time where -- where people would be posting
6  black lives matter, for example, on -- on
7  this -- off-topic social media posts by
8  university?
9  **A. Well, we -- we have -- and the**
10  **university has posted about the black lives**
11  **matter movement on social media as, you know,**
12  **event coverage and -- and support for our**
13  **diversity, equity, and inclusion initiatives.**
14      **So at -- I would say that typically we**
15  **would not add a word or phrase to an auto**
16  **moderated list for topics that we do post**
17  **about on our Facebook and Instagram accounts.**
18  **There may certainly be caveats to that, as I**
19  **do use the auto moderator tool to assist**
20  **with -- with handling, you know, volumes of**
21  **comments.**
22      **But typically speaking, we -- I stick**
23  **to words or phrases that we would not cover**
24  **within the scope of the UW-Madison Facebook**
25  **and Instagram accounts.**

213

1    Q.  Does the university social media
2  account ever -- ever post about research that
3  the university is doing that -- that relies on
4  animal research?
5    **A.  It's -- it's possible, yes.**
6    Q.  So that being the case, would
7  that -- would that render comments about
8  animal research to be on topic in general,
9  then, be -- if there were some posts relating
10  to -- to research that the university
11  was -- was doing that involved animal
12  research?
13    **A.  If that specific post by the**
14  **university was about animal research, then a**
15  **comment involving animal research would be on**
16  **topic.**
17    Q.  Okay.  So it's still -- it's -- the
18  comment has -- hasn't pertained to the
19  specific post any -- even if a subject is
20  frequently posted about the comment still has
21  to pertain to that specific post?
22    **A.  Correct.  In -- in determining whether**
23  **it's on or off topic.  But there -- there are**
24  **other criteria that I take into consideration.**
25    Q.  Well, are there ever times where an

214

1  off-topic comment can -- that you would keep
2  an off-topic comment on -- on a post, even
3  though it is off topic?
4    **A.  Yes.  Whether I -- you know, might not**
5  **see it, it's -- you know, maybe sometimes**
6  **made, you know, after the fact.**
7    **Yeah, it's oftentimes circumstantial**
8  **of, you know, the workload of myself or**
9  **whoever is moderating comments at the time as,**
10  **you know, social media is -- it never sleeps.**
11    The office doesn't close at 5:00 p.m.
12  or the accounts don't close at 5:00 p.m. like
13  offices sometimes do.  You know, social media
14  posts are living documents.
15    Q.  So except for situations where
16  somebody doesn't notice a comment or
17  does -- you know, doesn't have time to address
18  it, are there other reasons where you would
19  notice a comment that's off topic and decide
20  to keep it anyways?
21    **A.  I'm sure there are.  I -- I can't put**
22  **my finger on any specific reasons.**
23    Q.  Would that just be up to the
24  discretion of the moderator, then?
25    **A.  Yes.**

215

1    MR. BERRY:  Can we -- this might be my
2  last topic here.  Can we go to designate
3  UW0695?  And that would be -- I think it's the
4  Exhibit 38 that we're on now.  But let
5  me -- maybe if you could just let's us know
6  what that -- what the exhibit is or -- or show
7  it when it comes up.
8    TECHNICIAN:  You're correct again,
9  sir.  Exhibit 38.
10    (Whereupon, Moll Deposition
11    Exhibit No. 38 was marked
12    for identification.)
13  BY MR. BERRY:
14    Q.  And do you recognize this post?
15    **A.  Yes.  This is a screenshot of a**
16  **Microsoft Teams chat thread with the social**
17  **media managing team.**
18    Q.  Okay.  And can you describe
19  what -- what the conversation is about in this
20  Exhibit 38?
21    **A.  This jumps into -- or this**
22  **is -- appears to be the middle of a**
23  **conversation.  Let's see.  But this is a**
24  **conversation about comments on an Instagram**
25  **post.**

216

1    Q.  And those comments are -- are relating
2  to a -- to Cornelias; is that correct?
3    **A.  Yes.**
4    Q.  What is -- what is Cornelias, and why
5  is that being -- why is that being discussed?
6    **A.  Cornelias is the -- the name of one of**
7  **the primates involved with research at the**
8  **university.**
9    Q.  And you said that you added it to the
10  auto moderator?
11    **A.  Yes, I believe.  Yeah, I said that, or**
12  **it was a -- yeah.**
13    Q.  And why -- why did you add that
14  Cornelias to the auto moderator?
15    **A.  A -- based on this conversation, it**
16  **appears that we were receiving many comments**
17  **relating to Cornelias on a commencement video,**
18  **and -- and a comment -- and if I -- if I**
19  **recall correctly for that campaign, there were**
20  **comments to release Cornelias.  And a comment**
21  **just stating release Cornelias would be off**
22  **topic on a commencement video.**
23    Q.  Do you -- so you said in this thread
24  that you added Cornelias to the auto
25  moderator.

217

1    Do you recall a time where you ever
2 went through those auto moderated comments to
3 decide whether to -- to unhide ones
4 that -- that happen to be on topic for future
5 posts?
6    **A. Sorry. Could you restate the**
7 **question?**
8    Q. Yeah. Were there any instance where
9 you reviewed posts that were hidden for having
10 Cornelias to determine whether to unhide those
11 terms -- those comments?
12    **A. Oh, I see. Yes, you know, I will**
13 **review the hidden comments caught by the auto**
14 **moderator to see if it's working as intended**
15 **to catch those spam-style comments that have**
16 **nothing to do with, in this case, a**
17 **commencement video.**
18    **But, yeah, I do check especially for,**
19 **you know, recently added words or phrases to**
20 **make sure that they are working as intended,**
21 **that they're only catching those that I can**
22 **determine in a bulk sense.**
23    **So I look for keywords or phrases that**
24 **are repeated over and over and over to add to**
25 **the auto-moderated list.**

218

1    Q. Do you remember any specific instance
2 where you -- were you actually did unhide a
3 comment that had -- that had Cornelias in it?
4    **A. I don't recall a specific one.**
5 **Although, it may have happened before.**
6    Q. So it might have happened, but you
7 don't have any specific memory of it ever
8 happening?
9    **A. Not a specific memory.**
10    Q. Do you have a vague or a general
11 memory of having unhidden -- the Cornelias
12 comment?
13    **A. No. I -- I don't remember.**
14    Q. And I also see some -- someone had
15 posted another variant Corneliois that's at
16 the bottom there. Do you see that?
17    **A. Yes.**
18    Q. And there -- there was a laughing
19 emoji. Can you -- can you explain what
20 the -- I don't know what -- why someone would
21 have found that comment funny?
22    MR. KILPATRICK: Objection;
23 speculative.
24 BY MR. BERRY:
25    Q. Did you -- did -- did you -- were you

219

1 the one to add that laughing emoji to that
2 comment?
3    **A. I don't recall if I added a laughing**
4 **emoji to that.**
5    Q. So it -- do you -- is there any reason
6 that that -- that you find that funny?
7    MR. KILPATRICK: Objection;
8 mischaracterizes the testimony of the
9 deponent.
10 BY MR. BERRY:
11    Q. You can answer the question.
12    **A. I don't know why that would be funny.**
13 **We're just talking about a -- another -- or**
14 **or a -- yeah, another spelling of -- of a -- of a**
15 **name.**
16    Q. So would you -- would you be surprised
17 if I told you that you were the one who put
18 that smiling emoji there?
19    **A. I -- I don't recall that -- ever doing**
20 **it. I -- I'm in the conversation, but, yeah,**
21 **I'm not sure.**
22    Q. But would you be surprised if I told
23 you that you were the one who put that smiling
24 emoji to that comment?
25    **A. I don't know if I would be surprised.**

220

1    Q. Okay. So you're -- so you're saying
2 you don't know -- you wouldn't be surprised if
3 you had put the smiling emoji, but you also
4 don't know why that would be funny?
5    **A. Well, and -- and I can't speak for the**
6 **person who made that -- another variant in the**
7 **spelling, variant spelling of Cornelias.**
8    **I'm also not sure what time of year**
9 **this conversation took place. But**
10 **as -- as -- so in -- in the social media group**
11 **chat if you will, we, you know, have -- had**
12 **been dealing with many stressful situations**
13 **with, you know, more and more variants**
14 **and -- and just COVID variants and how they**
15 **related to university operations and, you**
16 **know, continuing the pandemic.**
17    **And so I guess in -- in, yeah, I can**
18 **see how this comment, you know, another**
19 **variant. You know, as more and more variants**
20 **were popping up in, you know, the news and as**
21 **they affected all of us, you know, it -- it --**
22 **I might have found that funny at the time just**
23 **in the way it was phrased, focusing on -- on**
24 **another variant. But I -- that's -- I -- I'm**
25 **not sure.**

221

1    Q.  Okay.  We -- I --
2        MR. BERRY:  I guess this would be
3    maybe more for Steven.  We might -- we
4    might -- I might request the -- I'm sure
5    there's a way to figure out who did that
6    smiley, so just a heads-up.  But we
7    would -- if we do, if we could get -- if we
8    can, would you get a request for that?
9        MR. KILPATRICK:  Okay.  Noted.
10       MR. BERRY:  It's just for preservation
11   purposes that I mention that.
12       Can we pull up -- let's see -- can we
13   do -- can we pull up and designate as
14   exhibit -- UW0703?
15       (Whereupon, Moll Deposition
16           Exhibit No. 39 was marked
17           for identification.)
18   BY MR. BERRY:
19   Q.  And are you familiar with this
20   document?
21   **A.  Yes, I am.**
22   Q.  Can you describe it?
23   **A.  This is a screenshot of a Microsoft**
24   **Teams chat involving the social media**
25   **communicators group chat.**

222

1    Q.  Okay.  And you do see there's a -- I
2    think it looks -- Kelly T.  Maybe we can zoom
3    in on that, on Exhibit 39 here.  Zoom in on
4    the Kelly T. comment.  There's a screenshot.
5    Someone says [as read]:
6        "Release the Cornelias."
7        Do you see that, that screenshot that
8    was shared in the chat?
9    **A.  Yes, I do.**
10   Q.  And you responded a couple of comments
11   down [as read]:
12       "Probably my favorite
13           comment of the year right
14           there."
15   **A.  Yes, I did.**
16   Q.  Can you explain what the -- what you
17   mean by that?
18   **A.  Sure.  So the -- if you can zoom back**
19   **in to the screenshot that Kelly T. shared, it**
20   **says [as read]:**
21   **"Release the Cornelias."**
22   **And cor- -- a Cornelia is a type of**
23   **flower.  And given my -- my educational**
24   **background, I focused a lot in botany.  I'm**
25   **familiar with the Cornelia flowers.**

223

1        And so given the circumstance where
2    we're being completely inundated by comments
3    within our Instagram account for this -- this
4    Cornelias campaign which is, to be quite
5    honest, very stressful, personally speaking.
6        And so this -- this comment on -- in
7    particular, "release the Cornelias," you know,
8    I immediately see flowers in my mind.
9        And given the stressful circumstance,
10   you just need to take a quick step back and,
11   you know, remind yourself that -- to breathe
12   and -- and that, you know, I think this was
13   just the same moment of finding a -- a spark
14   of a smile in what was otherwise a very
15   stressful point in time.
16   Q.  Okay.  Do you have -- we can -- we
17   don't need that exhibit anymore.
18       Do you -- I mean, what -- what are
19   your personal feelings on the -- on that
20   Cornelius campaign?
21   **A.  The campaign in general?**
22   Q.  Yeah.
23   **A.  I -- I don't -- I mean, I know it**
24   **exists.  I -- I didn't look too far into the**
25   **merits of the campaign.  I knew that it was**

224

1    for a -- you know, specific-named primate in a
2    UW research facility.  But I didn't do much
3    research into the -- the campaign itself.
4    Q.  Well, how do you feel about Cornelias,
5    aside from the campaign?
6        That's the monkey that's in the
7    research laboratory.  Do you think things
8    about the -- about Cornelias?
9    **A.  I don't really have a personal opinion**
10   **on it.**
11       All right.  I'm just going to, quick,
12   turn a light on.  It's getting kind of dark in
13   my office with the sun going down.  Okay.
14       MR. BERRY:  This is going to be
15   the -- can we pull up...
16   BY MR. BERRY:
17   Q.  Well, actually, was there -- does the
18   university never entirely turn off comments on
19   its -- any of its Instagram or Facebook posts?
20       STENOGRAPHER:  I'm sorry?
21   BY MR. BERRY:
22   Q.  Is there ever a time where the
23   university turns off comments entirely for its
24   Instagram or Facebook posts?
25   **A.  There had been instances of that**

225

1  happening, yes.
2      Q.  And under what circumstances would
3  the -- would you decide to disallow comments
4  on an entire post?
5      **A.  Yeah.  That happens very seldom.**
6  **There are -- there have been several instances**
7  **of turning off comments on individual posts.**
8  **Just -- I think due to the nature of the**
9  **comments and -- and it was just unserviceable**
10 **as a social media manager or in times of, you**
11 **know, like over the holidays if we're just**
12 **very short staffed and -- and we don't really**
13 **have staffing to keep eyes on the accounts.**
14      **There was an instance this past**
15 **holiday season where we turned off comments on**
16 **our moments in time, that's that**
17 **photographer -- photographer's choice year in**
18 **review where, yeah, I -- I needed to take some**
19 **time off and there was nobody else to fill in**
20 **for me, so, yeah.**
21     Q.  Okay.  And, yet, if -- if comments are
22 blocked, that would mean that -- that even if
23 someone -- even if someone posted something
24 that was on topic, it would be automatically
25 blocked from appearing on the post; is that

226

1  correct?
2      **A.  They're just -- if -- if you turn off**
3  **a comment section, there's just no ability to**
4  **post a comment.**
5      Q.  Okay.
6          MR. BERRY:  Can I have you -- okay.
7  This will be the last exhibit, and then we'll
8  be done.
9          Can we pull up the April 22, 2020,
10 file and mark that as an exhibit.
11          (Whereupon, Moll Deposition
12          Exhibit No. 40 was marked
13          for identification.)
14          TECHNICIAN:  This is marked as
15 Exhibit 40.
16 BY MR. BERRY:
17     Q.  And on Exhibit 40, do you
18 recognize -- are you -- sorry, excuse me.
19          This exhibit is marked 40.  Are you
20 familiar with this document?
21     **A.  Yes, I am.**
22     Q.  And what is it?
23     **A.  This is a screenshot of a UW-Madison**
24 **Instagram post about Earth Day.**
25     Q.  Okay.  So it mentions Earth Day,

227

1  and -- [indiscernible] -- saying [as read]:
2          "Our -- our goal is an
3          environment of decency,
4          quality and mutual respect
5          for all human beings and
6          all other creatures"...
7      Is that correct?
8      **A.  Yes.**
9      Q.  And would -- would comments about
10 animal research be on topic or off topic for
11 this post?
12     **A.  Well, I -- I can't speak for all**
13 **comments.  You know, it -- I would need to**
14 **look at the contents of the comment.**
15      **But for mentioning all other creatures**
16 **that they could be considered on topic.**
17     Q.  And -- and I don't see any comments on
18 this post; that -- that's correct?
19     **A.  Correct.**
20     Q.  Would -- was this one of the posts
21 where comments were disabled?
22     **A.  Yes.**
23     Q.  And why -- why were comments disabled
24 for this post?
25     **A.  Yeah.  I -- I -- I don't recall.  This**

228

1  **was -- you know, this was what, April 2020.**
2  **So that was a little while ago.  But as I**
3  **recall, there were many, many comments that it**
4  **just -- it turned very ugly.  You know,**
5  **as -- as with -- as oftentimes comes with**
6  **animal research-type comments, there are**
7  **threatening comments in there as well about,**
8  **you know, burning in hell with so many**
9  **different expletives and -- and, you know**
10 **comments of -- of that nature or wishing harm**
11 **upon researchers or -- or people just at the**
12 **university.**
13      **And looking at -- you know, this is**
14 **April 2020, which, you know, that was very**
15 **early into the COVID-19 pandemic.  And this**
16 **was an incredibly stressful time to**
17 **be -- well, anyone for that matter.**
18      **But especially, you know, as -- for**
19 **in my opinion, a social media manager.  And so**
20 **I believe, you know, at that time I didn't**
21 **have the mental capacity to just handle those**
22 **types of comments.**
23     Q.  Do you remember about -- do you
24 remember how many comments there were before
25 you turned the commenting off?

229

1    A.  I don't.
2    Q.  Could you even -- could you even
3  hazard to guess in a ballpark how many
4  comments there were before you turned it off?
5    A.  This is so long ago, I -- I don't
6  know.
7    Q.  Would those -- would those comments
8  have been preserved anywhere or would they be
9  viewable through your account administrator
10  access on the page?
11    A.  I don't think so.
12    Q.  Okay.  All right.
13    A.  I don't think so.
14    MR. BERRY:  All right.  I'm done with
15  my questions.
16    MR. KILPATRICK:  I just have one.  And
17  it's just a very quick clarifying one about an
18  answer to a question, Christopher, you had
19  posed.
20    I'm going to ask that an exhibit be
21  placed back up on the screen.  I think it's
22  25.
23    Could you scroll down a bit so we
24  could see the top?
25    Sorry, other way.  Yeah.

230

1    Okay.
2    EXAMINATION
3  BY MR. KILPATRICK:
4    Q.  All right.  Mr. Moll, do you remember
5  testifying about this?
6    A.  Yes, I do.
7    Q.  And what is this again?
8    A.  This is a screenshot of an Instagram
9  comment section on a UW-Madison Instagram
10  post.
11    Q.  Okay.  So it was -- it's Instagram and
12  not Facebook?
13    A.  Correct.
14    MR. KILPATRICK:  Okay.  That's all I
15  needed to know is.
16    VIDEOGRAPHER:  Is there anything else
17  to put on the record or shall we go off?
18    MR. BERRY:  We can go off the record.
19    MR. KILPATRICK:  Yeah.  I've got
20  nothing further.
21    VIDEOGRAPHER:  Okay.  The time is
22  5:55.  We're off the record at the end of
23  recording 5.
24    STENOGRAPHER:  And would anyone like
25  to order the transcript?

231

1    MR. BERRY:  Yeah.  Plaintiff will do
2  that.
3    MR. KILPATRICK:  And Defendant, too,
4  but we'll just need electronic and condensed
5  version, please, with exhibits.
6    MR. BERRY:  Yeah.  I'll have the same
7  way that Steven -- Steven wanted it.
8    Whatever we did last week, I kind of
9  want to do for this one.  Yeah, we can just do
10  the regular speed for now, and I'll contact
11  you if we want it faster.
12    * * * FURTHER DEPONENT SAITH NOT * * *
13    (Proceedings ended at 5:57 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25

232

1  STATE OF ILLINOIS   )
2            ) SS:
3  COUNTY OF C O O K   )
4    I, ANGELA C. LOISI, CSR, RPR, FCRR, an
5  Officer of the Court, do hereby certify that
6  heretofore, to wit, on March 9, 2022,
7  virtually appeared before me, from Cook
8  County, Illinois, NATE MOLL, in a cause now
9  pending and undetermined in the United States
10  District Court for the Western District of
11  Wisconsin, wherein MADELINE KRASNO is the
12  plaintiff, and BOARD OF REGENTS OF THE
13  UNIVERSITY OF WISCONSIN is the defendant.
14    I further certify that the said witness
15  acknowledged his testimony to be true under
16  the penalties of perjury in the cause
17  aforesaid; that the testimony then given by
18  said witness was reported stenographically by
19  me in the virtual presence of the said
20  witness, and afterwards reduced to digital
21  format by Computer-Aided Transcription, and
22  the foregoing is a true and correct transcript
23  of the testimony so given by said witness as
24  aforesaid.
25    I further certify that the signature to

233

1 the foregoing deposition was waived for the
2 respective parties.
3      I further certify that the taking of this
4 deposition was pursuant to notice, and that
5 virtually present at the deposition were the
6 attorneys hereinbefore mentioned.
7      I further certify that I am not counsel
8 for nor in any way related to the parties to
9 this suit, nor am I in any way interested in
10 the outcome thereof.
11     IN TESTIMONY WHEREOF:  I have hereunto set
12 my verified digital signature on
13 March 9, 2022.
14
15
16
17
18 *Angela C. Loisi*
19 _____
20 Angela C. Loisi, CSR, RPR, FCRR
21
22
23
24
25

| A |
|---|

**abide**
54:1
**abilities**
20:4, 20:19,
54:1
**ability**
8:24, 10:11,
19:16, 19:19,
19:23, 20:8,
20:13, 20:22,
20:23, 21:4,
21:5, 21:8,
21:12, 21:24,
22:5, 24:9,
27:2, 27:5,
38:8, 54:14,
54:21, 54:22,
55:15, 55:22,
57:17, 58:4,
58:14, 58:17,
59:9, 59:12,
72:3, 74:15,
92:10, 110:12,
110:16, 111:3,
226:3
**able**
10:14, 24:3,
25:16, 38:13,
52:21, 81:15,
82:4, 92:15,
124:24, 126:16,
153:14, 181:11,
182:13, 189:21
**above**
120:23, 145:18
**abused**
151:18
**access**
15:5, 15:7,
15:15, 19:21,
20:1, 20:6,
20:7, 20:17,
21:6, 21:16,
24:2, 58:25,
229:10
**accidentally**
204:18

**according**
112:9, 136:6
**account-level**
141:14, 141:16,
157:7
**accounts**
11:3, 11:8,
11:10, 14:5,
15:4, 15:8,
15:15, 16:5,
19:8, 20:5,
21:14, 22:2,
23:4, 28:15,
32:25, 33:6,
36:10, 39:4,
43:1, 58:25,
63:7, 64:17,
66:11, 68:17,
77:20, 88:17,
91:1, 93:12,
107:17, 158:4,
158:13, 158:16,
158:22, 158:25,
159:5, 159:16,
160:1, 178:16,
179:17, 181:15,
187:16, 188:12,
190:18, 193:3,
201:16, 209:6,
212:17, 212:25,
214:12, 225:13
**accurate**
93:6, 94:6,
96:25, 124:11,
129:18, 136:7,
151:19, 171:10,
190:21, 190:22
**accurately**
112:14
**acknowledge**
6:7, 6:18,
198:17
**acknowledged**
7:3, 148:15,
232:15
**acronym**
113:22, 113:24,
184:24

**act**
28:12, 75:21
**action**
54:6, 73:24,
99:19, 158:8,
159:11, 159:15
**actions**
23:10, 42:12,
157:16, 158:1
**active**
116:13
**actively**
91:14, 93:10,
124:22
**activities**
42:16, 192:20,
192:23
**activity**
92:21, 126:17,
177:8, 192:14
**actually**
32:2, 44:21,
45:14, 49:25,
57:20, 69:12,
95:23, 124:12,
125:5, 138:18,
144:2, 170:7,
181:23, 195:18,
195:20, 197:25,
199:3, 204:17,
204:21, 205:14,
218:2, 224:17
**ad**
36:7, 98:19
**add**
29:3, 68:2,
71:5, 198:20,
200:12, 206:5,
206:9, 207:8,
210:17, 211:1,
212:15, 216:13,
217:24, 219:1
**added**
127:25, 152:4,
200:3, 206:12,
206:17, 206:20,
207:5, 211:7,
211:10, 216:9,

216:24, 217:19,
219:3
**adding**
71:18, 207:13,
210:23
**addition**
79:2, 176:9
**additional**
96:24, 100:10,
111:16, 123:20
**additionally**
9:7
**address**
214:17
**addressing**
142:20
**admin**
27:1, 27:4,
40:11, 70:8,
73:21
**admin's**
40:8
**administrator**
20:24, 23:22,
24:9, 29:3,
29:22, 76:17,
76:18, 229:9
**administrators**
24:2, 40:12
**admins**
26:13
**admissibility**
6:10
**ads**
35:13
**advance**
4:16
**adver**
34:13
**adversity**
209:15
**advertise**
33:20, 34:5
**advertised**
32:25, 33:7,
35:20
**advertisement**
34:13, 98:24

advertisements
33:8, 33:12,
34:23, 34:24,
35:15, 36:8,
99:2
advertising
35:5
advice
65:1, 181:7
advocating
168:22
affairs
44:10, 49:19,
50:21, 51:4,
88:22, 93:8,
132:21
affect
10:10, 172:15
affected
44:9, 220:21
affects
173:1, 174:20
affiliated
45:10, 60:23,
96:11
aforesaid
232:17, 232:24
after
44:14, 44:16,
87:6, 93:3,
109:23, 110:21,
113:17, 117:2,
126:1, 135:4,
140:12, 143:23,
179:11, 180:16,
214:6
afterwards
232:20
again
50:15, 78:23,
107:25, 110:15,
119:19, 177:10,
195:19, 197:13,
215:8, 230:7
against
99:19, 118:13,
158:8
ago
12:14, 22:23,

79:14, 82:24,
86:6, 110:1,
113:7, 115:21,
116:2, 144:17,
145:3, 177:11,
228:2, 229:5
agree
6:14, 6:15,
11:7, 13:4,
46:8, 57:22,
58:1, 96:25,
118:24, 144:20,
151:13, 154:4,
199:17, 203:10
agriculture
172:9, 172:14,
172:25
ahead
6:22, 163:24
al
1:11, 4:24
algorithm
32:12, 80:25,
102:6
algorithms
32:22
all
7:9, 10:9,
14:6, 15:18,
16:4, 16:8,
25:4, 40:3,
45:22, 47:3,
49:24, 50:8,
52:2, 54:13,
54:21, 54:23,
57:2, 57:16,
58:3, 58:6,
58:16, 59:7,
60:12, 62:21,
68:8, 69:10,
72:4, 73:21,
76:25, 81:15,
87:3, 91:14,
91:15, 91:20,
92:7, 93:20,
94:10, 105:8,
111:9, 115:11,
116:17, 120:24,

121:1, 124:16,
127:23, 131:21,
148:24, 150:7,
161:6, 174:22,
191:2, 191:23,
208:19, 210:3,
220:21, 224:11,
227:5, 227:6,
227:12, 227:15,
229:12, 229:14,
230:4, 230:14
allegedly
154:15
allow
34:4, 73:25,
161:12
allowed
181:17
allows
73:20
almost
166:15, 184:16,
186:9
alone
131:25, 210:8,
210:10
already
63:7, 93:19
also
2:21, 10:2,
11:2, 13:18,
16:6, 16:11,
18:17, 22:21,
28:20, 34:3,
34:4, 38:25,
39:5, 46:20,
52:7, 59:4,
59:16, 65:18,
66:10, 70:5,
79:2, 91:3,
91:7, 115:15,
123:12, 136:15,
146:7, 161:11,
163:3, 168:12,
172:25, 176:9,
176:10, 190:19,
194:5, 203:12,
210:4, 218:14,

220:3, 220:8
alternative
173:4, 173:14
alternatively
206:20
although
177:23, 211:19,
218:5
always
53:23, 53:25,
54:8, 58:16,
59:7, 65:2,
80:22, 82:5,
105:10, 107:16,
110:17, 166:15,
168:6
ambiguous
82:18
american
194:2, 207:22
americans
164:17
among
55:10, 85:7
amount
70:20, 91:3
analytics
89:11, 98:6
angela
1:27, 5:25,
232:4, 233:20
animal
2:2, 5:12,
132:24, 133:25,
134:1, 136:2,
145:10, 145:15,
145:22, 154:14,
156:6, 168:10,
168:18, 168:23,
169:9, 169:13,
169:19, 169:23,
170:9, 170:10,
171:9, 171:13,
171:20, 172:8,
172:25, 174:16,
183:13, 183:20,
188:5, 188:13,
188:18, 193:24,

194:10, 194:15,
199:18, 203:8,
203:19, 203:22,
204:6, 204:13,
213:4, 213:8,
213:11, 213:14,
213:15, 227:10,
228:6
**animal-related**
185:18
**animals**
129:14, 129:22,
130:3, 130:5,
130:11, 130:16,
130:25, 131:10,
131:22, 132:4,
132:5, 132:15,
132:16, 192:7,
194:19, 199:19,
203:8, 203:18,
204:11, 206:6,
206:10
**announced**
176:6
**another**
4:5, 16:18,
16:22, 19:3,
25:3, 122:9,
152:4, 183:10,
218:15, 219:13,
219:14, 220:6,
220:18, 220:24
**answer**
8:23, 9:16,
9:21, 10:4,
19:14, 21:21,
36:2, 82:20,
101:16, 106:3,
107:19, 120:15,
148:6, 152:20,
153:2, 175:8,
182:9, 182:11,
191:16, 219:11,
229:18
**answerable**
153:4
**answered**
69:9, 79:24,

79:25
**antianimal**
165:24, 166:7,
167:25, 168:1,
168:6, 168:8,
168:19, 168:24,
171:15
**anticipate**
4:3, 202:2,
203:1
**anybody**
20:23, 155:20,
180:9
**anymore**
87:3, 223:17
**anyone**
33:4, 64:4,
66:6, 91:22,
92:1, 140:17,
177:7, 182:2,
182:3, 182:17,
183:20, 197:20,
228:17, 230:24
**anything**
52:20, 63:8,
73:9, 78:18,
119:9, 133:7,
169:18, 169:20,
187:19, 206:17,
230:16
**anyways**
214:20
**anywhere**
39:14, 49:16,
89:4, 229:8
**apologies**
170:22
**apologize**
4:16, 170:18
**apparent**
120:20
**apparently**
37:18
**appear**
24:20, 39:13,
73:17, 115:8,
124:11, 159:1,
177:21, 206:2,

206:6, 206:22
**appearances**
2:1
**appeared**
100:19, 144:17,
177:16, 232:7
**appearing**
1:29, 41:18,
208:21, 225:25
**appears**
143:10, 162:5,
215:22, 216:16
**applicable**
59:5, 71:22,
161:19
**applied**
135:11
**apply**
84:17
**appointment**
72:1, 147:20
**approach**
108:22
**appropriate**
210:17
**approve**
24:10, 76:19,
115:5, 135:24,
176:7
**approved**
115:8
**april**
144:11, 144:24,
226:9, 228:1,
228:14
**area**
66:15, 78:3,
83:4, 133:13,
152:12, 204:20
**areas**
140:1, 172:5,
172:12
**aren't**
111:12, 130:5
**around**
37:21, 67:14,
78:23, 88:4,
94:12, 99:2,

99:3, 113:6,
113:19, 119:20,
127:25, 135:12,
176:19, 179:19
**array**
208:2
**arrive**
89:14
**article**
135:2
**as-needed**
19:10, 72:2,
80:15
**asian**
164:17
**aside**
138:21, 171:20,
224:5
**asked**
66:20, 67:17,
67:21, 80:1,
82:25, 148:25,
197:18
**asking**
65:20, 153:22,
168:17, 181:6
**aspect**
90:11, 92:8,
93:11
**aspects**
15:18, 16:4,
36:17, 36:22,
60:12, 63:24,
67:9, 93:21,
161:6, 161:7,
185:20
**assess**
70:12
**assign**
18:12
**assist**
18:17, 18:20,
19:14, 212:19
**assistance**
19:13, 203:24,
208:10
**assistant**
5:14

associate
86:4
associated
14:7, 84:25,
104:23, 117:4,
124:4, 142:22,
209:10
assume
9:8, 113:20,
115:7, 125:18,
129:6, 206:8
assumption
112:15
at-risk
129:14, 129:22,
130:15, 132:15
attempt
159:19
attended
63:20
attending
4:2
attention
75:9, 103:2,
105:16, 125:3
attorney
5:15, 8:16
attorneys
233:6
audience
161:4
authority
19:25, 20:3,
93:5
authorizes
57:18, 57:24
auto
71:5, 71:9,
71:22, 72:13,
72:18, 73:18,
74:4, 74:15,
74:24, 75:12,
75:17, 76:22,
76:24, 79:5,
81:23, 82:8,
82:10, 83:2,
115:9, 122:1,
122:18, 124:22,

128:2, 128:10,
128:18, 138:15,
152:5, 198:4,
198:9, 198:11,
200:11, 201:15,
203:24, 205:8,
208:10, 212:15,
212:19, 216:10,
216:14, 216:24,
217:2, 217:13
auto-moderated
29:21, 68:3,
76:4, 217:25
auto-moderation
199:25, 211:11
auto-moderator
72:6
automatic
28:20, 28:23,
28:25
automatically
29:7, 29:9,
102:15, 128:2,
128:12, 135:9,
135:17, 151:24,
152:1, 225:24
availability
18:4
available
20:20, 20:23,
46:17, 46:22,
54:6, 55:18,
89:7, 153:2
aware
4:6, 27:15,
33:25, 37:3,
46:16, 48:13,
63:25, 155:5,
192:12, 192:18,
192:25, 197:22,
206:11
awareness
33:17, 36:22,
65:23
away
4:8, 78:19

---
**B**
---
back
35:9, 36:12,

38:5, 48:4,
51:2, 57:2,
57:3, 57:9,
59:13, 76:3,
83:11, 85:4,
95:19, 95:20,
116:18, 149:17,
150:7, 163:14,
167:23, 173:2,
181:24, 189:22,
195:22, 197:25,
202:7, 222:18,
223:10, 229:21
background
123:10, 222:24
backup
4:7
backwards
13:9, 13:14
backyard
172:20, 173:1
badger
34:3, 34:9,
34:25, 36:13,
37:2, 38:20,
193:7
ballpark
229:3
ban
157:19, 158:6,
160:6, 181:10,
181:15
bandwidth
67:10, 94:1
banned
160:3, 160:10,
160:12
banning
157:24, 180:13
barely
86:21
barncard
183:17, 183:19
barriers
41:6
bascom
155:5
based
6:10, 18:3,

20:4, 20:7,
31:4, 32:9,
32:21, 33:12,
33:21, 45:6,
52:15, 55:23,
97:6, 104:8,
117:3, 119:13,
156:1, 162:23,
167:19, 167:20,
167:22, 197:10,
210:9, 216:15
basically
68:19
basis
19:10, 27:6,
43:8, 61:16,
64:23, 72:2,
80:15, 91:17,
97:20, 147:17,
148:9, 176:8,
179:11, 184:16
bastards
168:13
beat
183:10
became
211:1
because
30:23, 40:7,
67:7, 69:17,
70:6, 74:11,
79:5, 80:17,
102:2, 102:17,
102:25, 111:13,
115:1, 119:6,
128:9, 144:5,
148:25, 176:23,
179:19, 185:6,
185:19, 197:2
becomes
68:21
becoming
13:11
bed
79:1
been
8:9, 20:12,
23:6, 29:8,

33:25, 41:12,
43:15, 43:22,
43:24, 46:13,
48:13, 56:12,
58:23, 63:7,
72:16, 72:23,
74:18, 74:24,
76:13, 79:5,
85:23, 86:10,
87:1, 107:10,
107:16, 115:8,
116:11, 119:23,
124:11, 124:17,
127:25, 128:8,
128:18, 135:9,
140:15, 140:17,
141:8, 141:13,
141:17, 143:19,
146:21, 152:2,
155:16, 155:20,
155:24, 156:18,
171:14, 197:4,
201:2, 204:12,
206:12, 207:4,
212:1, 220:12,
224:25, 225:6,
229:8

**before**
4:15, 8:9,
8:12, 9:17,
13:11, 16:3,
28:9, 43:3,
44:14, 44:18,
56:15, 79:1,
93:19, 102:6,
105:5, 109:17,
110:11, 112:1,
122:4, 123:22,
125:5, 125:20,
125:22, 126:1,
169:4, 172:13,
173:22, 174:11,
185:17, 218:5,
228:24, 229:4,
232:7

**began**
12:11, 23:9

**begin**
12:9

**beginning**
86:2

**begins**
4:20

**behalf**
5:20, 5:22

**behavior**
27:15, 58:20,
58:21, 83:16,
84:13, 84:16,
84:21, 85:5,
85:14, 85:20,
87:16, 179:5,
179:14, 195:10

**behind**
70:16, 137:11,
207:13

**being**
10:3, 33:16,
42:17, 49:4,
49:5, 49:21,
51:11, 51:18,
63:13, 68:1,
74:6, 82:8,
101:7, 101:10,
104:6, 106:25,
117:7, 124:24,
132:1, 136:24,
148:16, 154:22,
154:25, 172:2,
177:1, 180:1,
192:12, 192:18,
192:25, 195:4,
195:15, 197:10,
200:1, 210:20,
210:21, 211:2,
211:6, 213:6,
216:5, 223:2

**beings**
227:5

**beliefs**
175:12

**believe**
12:14, 14:15,
16:23, 19:9,
22:24, 23:25,
24:23, 26:3,
26:5, 28:8,

28:18, 29:12,
29:24, 30:8,
35:1, 36:20,
41:5, 41:7,
44:16, 47:25,
62:8, 63:19,
71:7, 79:10,
83:23, 85:16,
101:25, 107:14,
119:17, 122:2,
127:15, 128:6,
129:23, 130:17,
134:18, 140:8,
140:10, 141:21,
143:10, 144:5,
155:14, 156:2,
162:14, 166:25,
175:19, 176:17,
176:18, 178:4,
180:5, 184:2,
188:6, 192:9,
192:17, 204:17,
206:23, 207:20,
216:11, 228:20

**believer**
171:25

**belonged**
85:22

**below**
110:2, 115:16

**benefits**
173:12

**besides**
63:9, 92:2,
136:24, 154:22,
204:11

**best**
4:5, 8:23, 9:4,
9:11, 26:15,
34:17, 35:3,
36:14, 38:1,
38:7, 46:12,
46:15, 53:25,
54:14, 54:20,
54:22, 55:15,
57:17, 58:4,
58:10, 58:13,
58:17, 59:8,

59:12, 72:3,
74:14, 110:11,
110:15, 111:2,
145:20, 200:14

**better**
70:15, 133:12

**between**
144:22

**beyond**
21:15, 22:6,
22:16, 192:24,
211:6

**biases**
174:24, 175:12

**big**
165:25, 185:8

**bills**
37:14

**bipoc**
113:23, 114:6,
118:22

**bit**
11:19, 87:5,
113:7, 127:8,
151:10, 156:18,
202:7, 205:14,
229:23

**black**
114:5, 142:22,
210:18, 211:1,
211:10, 212:6,
212:10

**blind**
124:13

**block**
21:4, 157:19,
158:3, 158:5,
158:10, 160:6,
180:25, 181:15

**blocked**
79:6, 158:14,
158:18, 158:19,
158:22, 160:1,
160:3, 160:10,
160:12, 207:2,
225:22, 225:25

**blocked-word**
72:6

blocking
157:24, 180:20,
180:21, 181:14
blue
207:3, 207:13,
207:22, 208:3,
208:13, 208:20
blurry
127:8
board
1:9, 4:22,
5:23, 62:2,
232:12
body
10:6, 37:25
boost
33:19, 65:21
botany
222:24
both
29:24, 78:4,
78:24, 79:11,
81:17, 82:1,
133:14, 133:16,
147:1, 157:18,
158:25, 159:4
bottom
96:2, 105:10,
112:21, 114:8,
114:17, 114:23,
121:6, 146:12,
146:19, 146:23,
162:7, 163:15,
171:7, 189:16,
195:23, 196:4,
218:16
box
2:16, 124:14,
124:15, 127:24,
131:16, 133:17,
135:8
boxes
133:19, 135:12
brand
15:9
breadth
173:10
break
9:13, 9:17,

56:14, 94:11,
94:12, 108:23,
117:14, 149:16,
174:11, 202:1,
202:6
breaks
9:11
breathe
223:11
briefly
47:25
bring
56:19, 95:11,
102:15, 162:16,
174:1, 197:25
bringing
164:14
broad
107:25, 172:13
broader
86:11
brought
62:1, 119:23,
120:1
bucket
90:22
buckler
2:24, 5:5
bucky
38:19
build
37:21, 37:24
building
99:4, 99:10
buildings
98:20, 194:25
built
85:9, 102:6
bulk
217:22
bullet
165:22
burning
228:8
business
204:24
button
31:10

C

c-r-e-e-c-a
184:23
cage
132:2
cages
131:24
caitlin
2:4, 5:18
calendar
71:25, 147:19
call
36:1, 43:14,
44:25, 90:19,
123:17, 159:18,
163:4, 202:21,
202:22
called
7:3, 7:13,
32:11, 34:2,
34:3, 43:18,
138:13, 157:10,
159:2, 176:7
calls
148:3, 182:7,
186:15, 191:11
came
78:13, 84:21,
92:12, 93:4,
176:4
campaign
33:13, 33:22,
34:2, 34:3,
34:9, 34:10,
34:22, 35:1,
35:2, 35:5,
35:15, 35:19,
35:21, 36:13,
36:14, 36:15,
36:18, 37:1,
37:10, 37:16,
37:17, 37:18,
38:2, 65:21,
67:20, 68:5,
70:11, 90:16,
90:19, 161:16,
166:13, 166:19,

167:8, 185:19,
200:9, 216:19,
223:4, 223:20,
223:21, 223:25,
224:3, 224:5
campaigns
18:13, 33:15,
33:24, 34:7,
65:18, 90:12,
190:20, 192:4,
192:8, 200:4,
203:21, 204:14
campus
13:16, 19:4,
64:14, 86:1,
98:20, 100:3,
113:4, 143:3,
151:7, 194:11,
194:24, 195:1
can't
29:16, 34:2,
34:8, 34:24,
35:12, 36:12,
37:2, 43:8,
45:12, 62:13,
62:15, 72:9,
75:1, 75:19,
84:14, 90:21,
107:19, 110:4,
112:13, 117:18,
119:24, 124:2,
124:4, 125:1,
125:17, 135:18,
137:24, 148:10,
151:24, 188:21,
191:16, 195:8,
195:11, 197:5,
208:19, 214:21,
220:5, 227:12
cancer
168:13
candidate
98:18, 161:17
candidates
161:13, 161:18
cannot
24:21, 25:1,
25:9, 27:9,

161:16
**capacity**
28:13, 33:2,
33:18, 47:9,
92:23, 187:6,
228:21
**caption**
38:20, 108:17,
132:17, 143:17
**capture**
144:11
**captured**
35:8, 51:1,
76:2
**care**
129:15, 130:14,
131:21, 172:4,
172:6
**caretakers**
130:18, 130:19
**caring**
130:24, 131:7,
131:10, 174:13
**case**
1:6, 4:25,
112:10, 213:6,
217:16
**case-by-case**
43:8, 61:16,
64:23, 97:20,
147:17, 148:8
**cases**
52:2
**catch**
50:24, 217:15
**catch-up**
111:8
**catching**
217:21
**categories**
162:23
**cats**
199:19
**caught**
217:13
**cause**
118:1, 232:8,
232:16

**caused**
151:7, 172:24
**causes**
151:6
**causing**
86:14
**caveat**
34:18
**caveats**
212:18
**cberry@aldf**
2:9
**center**
36:17, 194:3
**central**
5:4, 95:8,
95:10
**centrally**
184:25
**certain**
33:12, 33:21,
37:14, 75:3,
76:11, 87:20,
90:8
**certainly**
181:2, 212:18
**certify**
232:5, 232:14,
232:25, 233:3,
233:7
**cfoley@aldf**
2:10
**championship**
90:6
**chancellor**
16:24, 17:1,
142:19, 142:25,
193:10, 193:12,
193:13
**change**
12:1, 12:3,
12:4, 12:12,
12:17, 26:12,
51:7, 51:14,
51:21, 133:8
**changed**
22:21, 44:2,
58:19, 58:22,

200:16
**channels**
193:15
**characterization**
37:7, 46:9,
47:19, 59:10,
60:25, 136:7
**characterize**
90:20, 174:13
**characterizing**
54:12
**charge**
15:18, 67:5
**chart**
17:11
**chat**
153:25, 155:14,
162:6, 165:16,
171:4, 215:16,
220:11, 221:24,
221:25, 222:8
**chauvin**
142:20, 142:21,
143:1
**check**
67:13, 78:25,
86:18, 186:19,
217:18
**checking**
77:22
**checkup**
127:21, 129:7,
133:1
**chicago**
2:7
**children**
168:14
**china**
210:4
**chinese**
210:4
**choice**
127:17, 225:17
**choose**
55:24, 56:1
**chris**
183:17, 183:19,
185:22, 185:25

**christopher**
2:3, 5:11,
7:10, 105:14,
229:18
**circumstance**
24:23, 117:20,
152:25, 223:1,
223:9
**circumstances**
24:19, 33:6,
47:16, 76:11,
92:20, 181:13,
207:8, 207:12,
225:2
**circumstantial**
214:7
**claim**
159:8
**clarification**
9:8, 39:23,
40:1, 49:22,
178:6
**clarified**
11:15, 74:19
**clarify**
9:4, 20:2,
35:17, 38:10,
48:9, 52:5,
53:4, 96:18,
118:15, 178:1
**clarifying**
99:8, 229:17
**cleaner**
88:8
**cleaning**
86:25, 87:13,
88:3, 88:16
**cleanse**
179:21
**clear**
40:1, 86:17,
157:12, 168:7,
192:22, 211:9
**cleared**
87:1, 87:3
**clearer**
79:19, 88:12
**clearing**
87:8

clearly
54:19
click
81:12, 159:14
client
41:20
close
114:11, 114:23,
120:7, 120:17,
121:18, 214:11,
214:12
closely
77:8, 77:10,
156:12
coding
135:11
coffee
38:19
cohosting
190:4
colleague
66:19, 67:17
colleagues
66:13, 185:5
college
209:2
colloquially
67:19
colloquy
17:23, 73:1,
121:15, 149:19,
208:6
color
113:3, 113:15,
113:21, 114:6,
114:19, 117:12,
118:11, 124:12,
135:11, 164:17
colorful
167:16
com
119:21, 129:8
come
65:4, 65:6,
65:24, 71:13,
78:10, 80:20,
116:25, 117:2,
153:4, 181:6,

188:10, 188:15,
202:7, 202:22
comes
110:9, 215:7,
228:5
coming
36:9, 65:20,
70:14, 166:14,
166:19
commencement
216:17, 216:22,
217:17
comment's
29:8
comment-by-comme-
nt
27:6, 176:8
commented
82:11, 82:12,
83:1, 84:8,
98:18
commenting
30:14, 30:17,
84:17, 100:22,
166:16, 176:10,
228:25
commentor
27:18, 28:3,
28:4, 29:5,
29:12, 29:25,
30:2, 100:1,
101:24, 205:25
commentors
69:18
commercial
45:9, 60:21
common
75:7
commonly
200:7, 210:20
communication
182:7
communications
8:8, 16:9,
16:16, 17:9,
33:4, 33:10,
66:13, 67:1,
85:10, 155:22,

171:5, 182:9,
182:15, 183:8,
183:14, 185:24,
185:25, 186:8,
186:22, 187:4,
194:8
communicator
15:17, 19:4,
64:14
communicators
16:7, 65:3,
77:24, 183:6,
183:7, 184:11,
221:25
communities
85:18, 85:23
community
15:20, 37:21,
37:24, 86:12
companion
130:3, 130:11
company
79:16
compensation
12:18
complaining
176:20, 176:25
complaint
117:17, 118:13,
119:22, 119:25
complaints
176:14, 177:2,
177:6
complete
79:16
completely
69:18, 80:12,
99:23, 200:5,
223:2
completion
202:3
complicated
160:23
component
194:21
comport
128:4
compound
21:19

computer
4:9, 42:13
computer-aided
232:21
computer-based
198:8
concern
164:14, 164:18,
180:1, 180:12,
181:3, 181:5,
182:4, 182:18
concerning
107:3
concerns
180:6
conclude
118:1
condensed
231:4
conducted
1:16
conferences
63:20
conflict
184:22
connect
4:13
connecting
4:14
connection
35:21, 173:19
consider
53:19, 67:19,
68:2, 68:12,
69:25, 91:19,
126:12, 129:21,
131:4, 133:4,
139:20, 143:8,
146:4, 146:18,
147:1, 154:20,
168:24, 183:9,
196:21, 199:22
consideration
213:24
considerations
211:18
considered
47:17, 67:2,

119:6, 120:25,
121:2, 133:3,
137:4, 166:12,
211:16, 227:16
**considering**
106:23, 161:1
**consistent**
54:2, 58:9,
58:14, 71:3,
81:16, 176:2,
178:17, 179:11
**consistently**
55:12, 59:7,
71:4, 178:19,
204:1
**consult**
92:15, 97:11,
97:14, 140:5,
140:6, 196:23
**consulted**
167:21
**contact**
19:12, 66:5,
66:7, 147:12,
147:13, 148:22,
149:3, 186:15,
198:15, 231:10
**contain**
105:1
**contained**
128:9, 207:20
**containing**
205:19
**contains**
205:7, 205:17
**content**
15:19, 18:12,
22:25, 40:19,
40:20, 49:3,
51:13, 52:4,
52:7, 52:13,
52:17, 57:12,
60:5, 60:13,
60:18, 61:3,
62:14, 63:5,
64:1, 67:5,
67:6, 77:17,
77:20, 79:23,

80:24, 81:1,
92:9, 93:23,
96:7, 97:21,
97:24, 98:4,
108:25, 133:14,
137:23, 162:24,
183:25, 193:8,
193:11, 193:13,
193:16, 196:7,
196:19, 197:9,
198:13, 200:11,
201:12
**contents**
19:1, 75:1,
104:16, 201:23,
227:14
**context**
96:20, 106:18,
106:19, 106:21,
106:25, 108:1,
119:13, 119:17,
120:11, 120:19,
123:10, 123:11,
123:19, 163:23,
210:15
**continues**
15:16
**continuing**
34:5, 34:6,
174:7, 179:5,
220:16
**controversies**
107:3
**controversy**
113:5
**conversation**
10:21, 53:9,
68:7, 163:10,
163:11, 163:14,
166:10, 174:11,
180:15, 182:22,
215:19, 215:23,
215:24, 216:15,
219:20, 220:9
**conversations**
4:10, 64:19,
161:12, 188:2,
188:8, 201:13,

201:21, 201:22
**cook**
1:29, 125:4,
125:6, 126:10,
232:7
**cook's**
125:10, 126:9
**cool**
155:8
**copy**
18:14, 104:21,
124:4
**copying**
190:16
**copyright**
159:8
**cor**
222:22
**cornelia**
222:22, 222:25
**cornelias**
146:8, 146:18,
146:20, 146:25,
216:2, 216:4,
216:6, 216:14,
216:17, 216:20,
216:21, 216:24,
217:10, 218:3,
218:11, 220:7,
222:6, 222:21,
223:4, 223:7,
224:4, 224:8
**corneliois**
218:15
**cornelius**
223:20
**correct**
8:2, 8:3, 15:1,
15:2, 17:14,
22:2, 25:7,
25:17, 28:21,
29:11, 41:23,
41:24, 42:2,
43:1, 58:4,
58:5, 61:5,
61:6, 62:23,
76:6, 76:7,
77:5, 80:7,

102:19, 104:7,
106:23, 107:4,
109:2, 109:24,
110:22, 111:3,
114:20, 115:6,
115:9, 115:10,
120:21, 121:20,
124:17, 124:18,
130:16, 131:17,
131:18, 133:5,
135:10, 140:11,
141:10, 141:11,
141:20, 145:5,
148:18, 148:19,
149:5, 149:6,
152:3, 169:25,
170:1, 170:5,
174:17, 175:18,
176:12, 177:18,
177:22, 177:23,
178:9, 178:10,
211:14, 212:3,
213:22, 215:8,
216:2, 226:1,
227:7, 227:18,
227:19, 230:13,
232:22
**correcting**
101:23
**correctly**
35:23, 36:6,
54:12, 94:4,
216:19
**could**
17:5, 21:22,
23:17, 24:17,
27:22, 29:14,
35:17, 38:10,
38:20, 39:16,
50:15, 53:4,
56:6, 57:3,
57:20, 86:9,
89:16, 94:15,
97:5, 100:10,
100:24, 103:13,
103:14, 104:10,
105:19, 106:5,
116:4, 117:20,

117:21, 117:23,
119:5, 119:20,
119:21, 119:22,
125:14, 126:19,
127:7, 131:2,
133:9, 139:24,
151:9, 155:20,
156:3, 162:16,
162:25, 163:18,
163:19, 163:25,
168:20, 169:21,
173:19, 173:20,
175:2, 179:15,
189:2, 195:21,
203:13, 203:16,
208:15, 208:23,
210:23, 211:10,
211:15, 211:19,
215:5, 217:6,
221:7, 227:16,
229:2, 229:23,
229:24

**couldn't**
113:10, 113:11,
180:25

**counsel**
2:22, 5:8, 6:4,
6:9, 170:18,
182:8, 182:12,
182:16, 202:24,
233:7

**count**
72:14, 80:22,
98:5, 203:13

**county**
1:29, 127:21,
130:8, 232:3,
232:8

**couple**
146:6, 154:3,
179:10, 222:10

**course**
44:2, 111:3,
181:22

**courses**
173:10

**court**
1:1, 4:24,

5:24, 6:2,
232:5, 232:10

**cover**
49:11, 212:23

**coverage**
193:2, 193:5,
193:15, 212:12

**covered**
62:7, 62:14,
201:21

**covering**
63:4, 166:2

**covers**
183:12

**covid**
33:16, 33:24,
35:14, 35:18,
65:22, 67:8,
108:21, 117:13,
117:22, 118:5,
118:8, 119:7,
119:10, 119:23,
120:2, 120:4,
120:9, 122:21,
123:2, 151:5,
151:6, 151:8,
220:14, 228:15

**craig**
2:22, 5:22,
198:16, 202:20

**create**
18:13

**created**
63:7, 98:12,
109:23, 184:1

**creation**
18:12, 63:5,
93:23, 206:13

**creative**
13:19, 14:13

**creatures**
227:6, 227:15

**creeca**
184:23

**criminal**
194:21

**criteria**
45:8, 45:12,

49:1, 49:4,
49:21, 51:9,
51:10, 51:18,
52:16, 53:21,
54:2, 60:7,
61:12, 136:16,
137:6, 162:22,
163:1, 178:20,
179:7, 179:15,
195:13, 211:5,
213:24

**critical**
96:9, 97:18,
97:25, 98:21,
99:13, 154:16,
169:19, 182:4,
196:9, 196:20,
196:21, 197:3,
197:11

**criticizes**
103:23

**criticizing**
98:22, 100:13,
107:8, 107:12,
107:22

**cruel**
168:18

**cruelty**
168:22

**csr**
1:27, 232:4,
233:20

**cst**
1:19

**culture**
37:23

**curious**
163:18

**current**
12:7, 16:1,
23:1, 37:20,
37:24, 63:14,
69:5, 194:7

**currently**
12:1, 22:11,
46:7, 48:17,
137:24, 143:14

**cv--slc**
1:7, 5:1

**cvls**
5:5

**cycle**
36:21, 37:1,
37:10, 99:16

---

**D**

**daily**
91:16, 184:16

**dane**
127:21, 130:8

**dark**
224:12

**data**
153:25, 154:1,
155:14

**date**
5:2, 71:12,
125:18, 145:4,
145:6

**dates**
34:19, 38:2

**day**
67:3, 67:5,
67:14, 67:22,
67:24, 77:8,
77:11, 77:15,
77:17, 77:21,
78:9, 80:24,
81:15, 81:20,
83:21, 84:3,
84:19, 84:23,
88:25, 89:6,
89:15, 89:20,
92:6, 92:23,
99:7, 109:21,
110:25, 117:7,
129:16, 130:15,
147:23, 152:24,
181:19, 191:4,
226:24, 226:25

**day-before**
84:24

**day-to-day**
89:12

**days**
117:8, 144:17

**deal**
34:12, 130:2,

130:10
**dealing**
67:7, 85:3,
169:5, 220:12
**debate**
37:15
**decades**
146:22
**decency**
227:3
**decide**
53:11, 55:3,
57:15, 77:3,
123:6, 147:11,
156:25, 214:19,
217:3, 225:3
**decided**
159:23
**deciding**
55:13, 57:8,
64:5, 140:3,
143:21, 149:3
**decision**
52:2, 88:16,
103:9, 103:12,
115:25, 116:10,
116:20, 116:24,
117:5, 133:22,
140:22, 147:10,
147:15, 148:23,
152:19, 155:17,
175:3, 175:20,
178:11
**decision-making**
68:10
**decisions**
43:5, 44:20,
44:23, 48:14,
156:19
**decoration**
207:21
**deem**
71:19
**deemed**
36:23, 56:9,
164:15
**deems**
60:18, 60:19

**default**
102:8
**defendant**
231:3, 232:13
**defendants**
1:13, 2:20,
5:17
**defense**
2:2, 5:12
**defer**
94:19
**defined**
91:5, 166:22
**definition**
49:14, 133:13,
167:20
**delegated**
59:4
**delete**
20:9, 21:13,
21:25, 24:10,
27:2, 56:10,
74:1, 76:20,
115:5
**deleted**
55:1
**deleting**
22:7, 23:24,
24:5
**deliver**
32:14, 40:11,
84:15
**delivered**
32:8
**democratic**
160:25, 161:15
**democratizes**
154:1
**demographic**
161:2
**department**
2:14, 5:15,
13:20, 16:14,
16:17, 16:18,
16:22, 43:6,
46:23, 185:2,
186:23, 194:1,
207:18, 208:22,

209:2, 209:5
**departments**
11:11
**dependent**
40:8, 123:12,
148:9, 210:15
**depending**
70:19, 78:19,
84:3, 120:19,
123:19, 181:12,
193:1
**depends**
55:6, 56:3,
70:4, 70:5,
71:14, 97:21,
104:15, 152:23,
156:10
**deponent**
182:8, 219:9,
231:12
**depos**
5:5, 6:1
**deposed**
8:9
**deposition**
1:15, 4:21,
5:6, 8:19, 9:12,
9:21, 10:17,
12:19, 45:19,
50:4, 108:6,
111:20, 122:12,
127:1, 134:14,
138:4, 139:1,
142:1, 144:12,
148:15, 150:16,
153:8, 161:22,
165:7, 170:15,
189:10, 198:22,
215:10, 221:15,
226:11, 233:1,
233:4, 233:5
**deposition's**
10:3
**depth**
47:6
**derek**
142:20, 142:21,
143:1

**describe**
15:25, 23:19,
26:20, 27:24,
28:23, 33:5,
38:8, 43:4,
44:19, 44:22,
62:9, 64:9,
76:8, 77:12,
90:15, 92:18,
113:18, 117:25,
119:12, 123:25,
124:19, 142:13,
153:17, 154:8,
162:4, 178:11,
183:11, 188:7,
205:2, 207:12,
215:18, 221:22
**described**
27:13, 54:17,
55:8, 84:13,
84:17, 90:13,
98:13, 102:6,
105:7, 167:4,
200:4
**describes**
192:3
**describing**
201:12
**description**
182:25, 183:22,
184:3, 184:7,
191:17, 191:24,
192:2
**designate**
215:2, 221:13
**designated**
204:19
**desktop**
80:11, 80:16,
81:3
**despite**
74:6, 200:1
**details**
98:10, 119:19
**determination**
104:4, 104:7
**determine**
32:14, 49:10,

direct 18:18, 18:21, 18:22, 18:25, 70:22, 78:4, 78:7, 125:2, 159:6, 159:22, 182:8

directed 68:15, 99:6, 101:25, 102:21, 108:21, 167:7

directive 70:14

directly 16:25, 17:3, 17:10, 18:6, 19:12, 19:17, 19:19

director 22:24, 185:24

directs 18:7

disable 159:2, 159:7

disabled 159:13, 227:21, 227:23

disallow 225:3

discretion 64:5, 103:11, 214:24

discuss 201:10, 201:14

discussed 85:6, 185:17, 196:4, 216:5

discussing 69:15

discussion 4:8, 62:5, 85:24, 86:10, 92:12, 163:8, 163:21, 164:23

discussions 63:2, 64:4, 64:9, 86:11

disease 151:8

49:15, 51:12, 51:17, 53:2, 73:23, 74:15, 97:3, 97:6, 97:17, 106:16, 117:18, 119:13, 134:5, 151:7, 210:9, 217:10, 217:22

determined 33:22, 74:18, 105:3, 144:1

determines 31:16, 102:10

determining 53:20, 213:22

develop 63:6

developed 125:13

development 187:18

diff 169:2

differ 30:9, 47:2, 72:8

different 26:23, 30:17, 30:23, 30:25, 31:20, 34:14, 41:6, 55:7, 55:11, 55:18, 63:24, 64:18, 65:7, 65:24, 78:6, 83:17, 91:15, 97:5, 99:23, 100:11, 157:8, 158:1, 169:3, 177:25, 181:10, 188:11, 209:7, 228:9

differently 38:16, 39:23, 41:1

differs 26:21, 70:7

digital 232:20, 233:12

display 32:19, 178:17, 179:5, 181:5

displayed 137:21, 179:14

distinction 157:6

district 1:1, 1:2, 4:24, 4:25, 232:10

diversity 37:19, 107:18, 143:2, 209:11, 209:18, 210:2, 210:6, 210:12, 212:13

division 34:4, 34:6

dms 79:17

doc 73:9, 123:14

document 46:2, 46:6, 50:14, 50:18, 97:11, 97:12, 112:3, 127:6, 134:19, 138:9, 139:6, 142:10, 150:21, 153:13, 153:18, 165:11, 170:24, 171:2, 189:18, 189:20, 199:3, 199:8, 200:17, 206:14, 221:20, 226:20

documentation 201:4

documents 54:5, 58:11, 109:19, 166:23, 214:14

dog 129:6

doing 56:12, 87:12, 211:16, 213:3,

213:11, 219:19

domain 137:13

donald 180:19

done 19:3, 42:8, 88:2, 88:3, 122:23, 226:8, 229:14

dot 137:14, 137:16

double 169:6

doubt 112:11

down 94:23, 95:22, 109:6, 114:11, 114:23, 120:7, 120:18, 121:18, 125:20, 151:10, 156:16, 159:13, 159:16, 168:11, 189:16, 195:23, 197:16, 222:11, 224:13, 229:23

downtown 99:3

downward 89:21

dozen 81:21, 98:9, 203:14

dr 135:23, 136:13

draft 65:15

drafting 65:13

drag 202:5

draw 157:6, 161:8, 161:11, 161:17

drive 2:6

drop 170:6, 202:21

**due**
141:9, 225:8
**dunn**
2:23
**during**
9:12, 9:20,
36:25, 44:2,
93:14, 117:13
**duties**
12:3, 13:24,
14:4, 14:7,
16:1, 42:9,
53:15, 79:3,
187:23, 191:22
**dyslexic**
138:19

**E**

**each**
4:15, 38:17,
115:15, 115:16,
129:16, 130:14
**earlier**
9:22, 25:20,
40:14, 42:21,
46:11, 53:7,
54:17, 55:9,
57:6, 58:2,
84:13, 88:23,
90:13, 94:3,
113:8, 119:12,
121:17, 123:13,
148:12, 177:13,
195:16, 197:18
**early**
15:22, 228:15
**earth**
226:24, 226:25
**ease**
10:20
**easier**
80:17, 88:12
**easily**
95:1
**easy**
102:3, 102:19
**eat**
94:23

**eco-friendly**
172:3
**editor**
22:24
**editorial**
67:6
**educated**
51:17
**educating**
161:4
**educational**
222:23
**effect**
46:13, 159:10,
172:19
**effectively**
12:15
**effects**
172:17
**effort**
122:19
**efforts**
123:9
**eight**
58:24, 98:8
**eighty**
140:25
**either**
7:15, 7:16,
19:2, 20:7,
24:10, 27:15,
31:14, 39:6,
49:15, 81:9,
83:24, 90:10,
96:15, 113:24,
116:8, 151:23,
154:12, 167:14,
189:2, 190:1,
193:12, 194:23,
196:12
**elaborate**
9:23
**elections**
160:24
**electrocuting**
135:25
**electronic**
231:4

**ellipses**
192:6
**else**
18:6, 27:19,
49:16, 63:8,
92:1, 103:11,
140:17, 183:20,
225:19, 230:16
**else's**
41:13
**elsewhere**
36:24
**email**
50:2, 50:10,
188:23, 189:25,
190:14
**emails**
77:23, 186:14,
190:5, 190:7
**embed**
31:18
**embedded**
91:10
**emblem**
207:25
**emergency**
67:8, 194:18
**emily**
2:23
**emoji**
147:4, 148:21,
149:7, 149:12,
218:19, 219:1,
219:4, 219:18,
219:24, 220:3
**emojis**
109:9, 149:7
**emoticons**
30:25
**emotionally**
162:18
**employed**
13:14, 13:18,
93:19, 99:22,
100:4, 100:8,
100:11
**employee**
47:7, 113:4,

113:10, 113:11,
113:12, 113:15,
117:17, 117:21,
118:3, 118:14,
118:16, 119:4,
119:20, 119:22,
120:2, 183:12
**employee's**
183:16
**employees**
17:2, 17:5,
17:6, 47:12,
64:15, 64:17,
118:25, 130:24,
131:7, 131:9,
181:6, 187:23,
188:3
**employment**
44:3, 63:22,
63:23
**enabled**
4:11
**encourage**
167:10
**encouraged**
167:7
**end**
56:22, 67:14,
95:14, 129:17,
130:4, 130:13,
136:2, 143:24,
153:23, 174:4,
181:19, 230:22
**endangering**
117:21
**ended**
231:13
**energy**
173:4
**engage**
52:13, 52:23,
57:12, 69:13,
192:20
**engaged**
192:21, 192:24
**engagement**
84:4
**enough**
94:13, 94:19,

94:20
**entire**
90:22, 157:1,
225:4
**entirely**
24:5, 26:7,
170:7, 224:18,
224:23
**entitled**
50:2
**environment**
174:15, 227:3
**environmental**
172:1, 172:8,
172:23, 173:7
**eoc**
194:3, 194:6
**equal**
58:15
**equity**
37:19, 143:2,
174:14, 209:16,
209:18, 210:2,
210:6, 210:12,
212:13
**err**
85:10
**especially**
217:18, 228:18
**essential**
187:12
**essentially**
143:16
**established**
43:24
**et**
1:11, 4:23
**ethnicity**
37:22
**european-russian**
184:25
**even**
27:9, 30:3,
32:17, 34:17,
52:7, 57:17,
73:17, 88:24,
89:12, 101:1,
105:18, 105:21,

109:14, 109:22,
110:20, 118:24,
126:15, 153:3,
174:25, 176:5,
213:19, 214:2,
225:22, 225:23,
229:2
**evening**
79:1
**event**
124:6, 125:16,
125:17, 125:19,
182:23, 182:25,
185:6, 191:17,
191:21, 191:24,
192:2, 192:15,
192:16, 193:1,
193:2, 193:4,
193:5, 193:6,
193:8, 193:10,
193:15, 193:19,
212:12
**events**
185:3, 190:6,
190:8, 190:9,
190:10, 190:24,
191:4, 191:7,
192:13, 192:19,
192:24, 192:25,
193:21, 193:24,
197:19, 197:21
**ever**
8:9, 8:11,
32:24, 61:18,
64:3, 66:1,
83:17, 86:10,
86:13, 97:22,
103:25, 107:21,
123:2, 130:4,
130:10, 149:11,
160:3, 160:10,
169:4, 169:18,
187:17, 187:23,
188:4, 189:3,
193:20, 193:23,
195:5, 196:25,
197:7, 197:8,
197:20, 201:10,

201:14, 209:8,
209:17, 211:16,
213:2, 213:25,
217:1, 218:7,
219:19, 224:22
**every**
54:8, 58:12,
71:17, 84:3,
86:17, 88:25,
110:9, 110:17,
179:10, 191:4,
195:11
**everyone**
4:1, 25:6
**everything**
93:16
**evolve**
55:17, 55:21
**ewpd**
194:15
**exactly**
184:24, 204:25
**examination**
3:3, 3:4, 7:7,
230:2
**examined**
7:5
**example**
65:23, 66:18,
74:22, 145:13,
172:9, 173:3,
188:20, 199:20,
201:5, 206:18,
207:1, 210:18,
212:6
**examples**
75:16, 184:17,
186:1
**except**
25:6, 182:11,
214:15
**exchange**
190:15
**exclamation**
146:8
**exclusively**
130:2
**excuse**
5:10, 19:5,

19:17, 21:9,
30:4, 31:24,
49:18, 61:9,
63:18, 67:11,
73:12, 73:13,
91:21, 98:15,
99:1, 101:8,
112:19, 128:24,
139:15, 157:14,
186:3, 193:3,
226:18
**exercise**
53:12, 194:1,
194:9, 194:21
**exhibits**
231:5
**exist**
157:11, 201:8
**exists**
34:22, 177:24,
201:7, 223:24
**expand**
75:4
**experience**
11:19, 84:20,
102:12, 167:20,
167:22
**experiencing**
87:17
**expert**
66:14, 97:15,
123:14, 153:2,
196:24
**experts**
183:10, 186:20
**explain**
48:6, 143:25,
163:19, 163:20,
164:7, 166:6,
180:11, 183:18,
191:9, 199:24,
203:16, 218:19,
222:16
**expletives**
228:9
**expose**
182:9
**expressed**
182:18

expressing
182:3
extent
96:5, 182:7,
196:6
eye
78:16, 146:7,
147:4, 148:21
eyes
67:23, 84:5,
84:6, 110:5,
184:4, 225:13

**F**

face
109:8
facebook's
79:15
facet
186:12
facility
224:2
fact
6:12, 34:23,
123:8, 134:7,
214:6
factor
152:18
factors
152:22
factual
96:21, 102:20
factually
102:4
fair
37:7, 47:18,
59:10, 60:25,
115:7, 115:23,
116:7, 119:10,
123:16, 174:12
fairly
202:2
fake
159:16
fall
84:7, 105:10
famil
111:24

familiar
25:11, 46:2,
50:13, 50:17,
111:24, 127:5,
127:10, 134:18,
138:8, 139:5,
142:10, 150:21,
153:13, 153:16,
165:11, 189:18,
199:2, 199:5,
205:10, 207:24,
221:19, 222:25,
226:20
familiarizing
63:5
fans
193:9
far
20:18, 22:3,
22:4, 22:9,
25:11, 37:10,
38:5, 40:21,
157:9, 187:13,
223:24
farley
2:5, 5:20
fashion
28:18, 193:11
fast
203:20
faster
231:11
favor
168:22, 208:13
favorite
222:12
fcrr
1:27, 232:4,
233:20
feature
56:8, 65:9,
77:20, 176:7
featured
36:16
february
140:10, 140:12,
140:15, 143:24
federal
180:18

feed
32:8, 32:20,
39:15
feel
9:12, 132:1,
162:21, 171:18,
171:21, 172:7,
201:25, 224:4
feelings
223:19
fell
74:4, 93:16,
93:17
felt
98:20
few
8:20, 12:14,
22:23, 71:17,
78:10, 78:17,
79:14, 97:5,
117:3, 145:8,
145:9, 150:8,
153:4, 186:1,
199:16
field
184:12
figure
86:14, 151:17,
221:5
file
50:1, 122:11,
126:22, 134:12,
138:3, 141:24,
144:10, 150:14,
198:21, 204:17,
226:10
filed
43:4, 44:15,
44:19, 200:24
files
153:7
fill
225:19
filter
198:12, 203:4,
211:11
filtered
74:6, 81:23,

128:18
filtering
199:13, 203:17
filters
199:14, 200:23,
201:15
find
96:23, 130:7,
161:5, 219:6
finding
223:13
fine
11:12, 13:1,
94:22, 124:3,
173:24, 202:8,
202:9
finger
186:16, 214:22
finish
208:8
fire
99:18
firm
171:25
first
7:19, 7:21,
7:24, 52:9,
77:16, 78:17,
112:25, 127:24,
153:4, 154:18,
163:15, 163:16,
192:5, 192:6
first-time
161:2
fischer
2:22, 5:22,
198:16, 201:17,
202:20
fit
51:18, 68:9,
131:13, 163:1,
195:12
fits
162:21, 184:2
fitting
178:20
five
79:20, 202:6

five-minute
202:1
fix
88:1, 173:21
flag
207:22
flagship
15:8
flip
32:18
flores
154:8
flower
222:23
flowers
222:25, 223:8
floyd
142:22
focus
185:1
focused
63:21, 85:25,
222:24
focusing
220:23
foley
2:4, 5:18
folks
36:24, 65:20,
161:14, 184:8
follow
87:18, 87:19
follower
20:25
followers
65:10
following
32:9, 32:17,
32:20, 118:4,
185:11
follows
7:6
football
193:7
forbidden
152:2
foregoing
232:22, 233:1

forget
180:23, 184:23
form
8:18, 54:16,
65:15, 162:18
formally
6:5, 96:11
format
8:18, 232:21
forms
37:23, 91:20,
186:15
forth
119:23, 120:1
forty-five
145:4
fossil
172:1, 172:24,
173:13, 173:14
found
178:25, 180:23,
180:24, 218:21,
220:22
four
79:20
freeze
93:15, 93:20
frequency
147:23, 147:25,
204:13
frequently
10:19, 160:24,
211:3, 213:20
fresh
87:4, 179:17,
185:7
friend
75:9
friend's
75:6
friends
27:7, 27:18,
28:4, 29:25,
30:4, 30:6,
31:15, 105:6,
105:19, 205:24
front
48:5, 50:9,

68:7, 209:24
fuels
172:1, 172:25,
173:13, 173:14
full
7:15, 90:10,
128:12, 137:21,
172:17, 172:18
full-time
17:8
fully
10:14, 158:10
function
187:10
functionality
41:3, 65:8,
70:7
functionally
80:10
functioned
86:22
functioning
47:11, 175:12
functions
41:1, 55:7
fund
2:2, 5:12
funding
18:4, 37:5,
37:13
fundraising
187:19, 187:24,
188:4
funny
218:21, 219:6,
219:12, 220:4,
220:22
further
49:22, 51:11,
51:22, 74:19,
85:4, 230:20,
231:12, 232:14,
232:25, 233:3,
233:7
future
71:12, 217:4

G

game
193:7

gave
9:22
geared
37:20
general
5:15, 43:9,
103:20, 104:6,
104:11, 104:22,
109:20, 123:14,
135:14, 170:10,
171:22, 180:21,
207:11, 213:8,
218:10, 223:21
generally
17:18, 47:20,
49:11, 84:12,
107:5, 114:1,
116:13, 124:5,
132:4, 132:5,
133:11, 151:4,
167:5, 180:10,
181:14, 185:12,
192:12, 192:18,
195:9, 195:13,
207:10
generate
204:5, 204:10
george
142:21, 142:22
getting
35:25, 91:10,
100:1, 181:18,
181:19, 224:12
give
9:24, 34:17,
65:21, 66:18,
140:23, 157:18,
184:17, 188:20,
195:17
given
17:18, 56:2,
77:21, 84:12,
85:24, 89:5,
120:3, 121:25,
122:2, 132:8,
147:20, 169:11,
177:11, 186:17,
222:23, 223:1,

223:9, 232:17,
232:23
**glitch**
86:15, 87:9
**glitches**
81:4
**glitchy**
79:22, 80:4,
82:2, 83:6,
83:12, 84:13,
84:16, 84:21,
85:2, 85:5,
85:14, 85:20,
86:8, 87:15
**go**
6:21, 7:25,
8:18, 8:20,
36:3, 47:6,
59:13, 66:1,
66:9, 66:16,
68:16, 70:11,
70:21, 71:14,
74:20, 75:14,
77:16, 77:18,
94:15, 102:24,
116:18, 140:2,
141:23, 145:20,
150:8, 163:24,
167:10, 173:19,
192:20, 192:24,
194:13, 196:14,
198:20, 204:16,
215:2, 230:17,
230:18
**goal**
227:2
**goes**
164:5
**going**
8:17, 10:18,
11:2, 21:18,
22:16, 36:12,
48:4, 56:21,
65:1, 67:18,
82:16, 82:17,
101:11, 115:24,
116:9, 120:8,
149:25, 163:14,

167:23, 182:6,
202:11, 224:11,
224:13, 224:14,
229:20
**good**
7:9, 7:14,
56:16, 84:23,
95:24, 149:24,
187:7, 202:25,
204:24
**google**
91:8
**gosh**
207:16
**grab**
94:23
**granted**
19:22, 20:10,
58:10, 58:23,
84:1
**graphics**
65:19
**gray**
133:13, 139:25,
152:12
**grayed-out**
124:14
**great**
11:16, 189:24,
204:25
**greater**
47:6
**grievances**
85:11
**ground**
52:1
**grounds**
137:8, 155:1,
178:21, 181:3,
210:23
**group**
16:7, 154:15,
156:6, 162:17,
208:19, 220:10,
221:25
**grouping**
206:16
**groups**
63:21

**grown**
59:2
**guarantee**
84:14, 110:4
**guess**
8:15, 19:11,
20:17, 34:18,
38:7, 72:15,
73:10, 102:23,
104:14, 120:16,
147:22, 169:1,
169:2, 173:8,
200:23, 220:17,
221:2, 229:3
**guest**
182:24
**guidance**
44:8, 44:11,
44:13, 46:17,
47:21, 49:20,
49:23, 50:3,
50:21, 51:7,
51:12, 52:5,
52:11, 57:18,
57:24, 58:8,
62:20, 64:16,
66:2, 69:6,
74:20, 88:21,
92:5, 93:8,
96:4, 108:21,
118:4, 120:4,
125:12, 125:22,
126:1, 132:20,
133:7, 133:12,
144:6, 196:16,
201:19, 201:20
**guide**
13:17, 42:24,
43:11, 43:14,
43:15, 45:1,
88:15, 147:14
**guided**
101:22
**guideline**
148:14
**guidelines**
46:21, 46:24,
47:2, 47:5,

47:15, 47:22,
48:2, 62:4,
62:24, 88:20,
148:14, 166:23,
167:1, 186:25,
196:2, 201:18

---

**H**

**half**
56:13, 56:15
**hall**
155:6
**hand**
69:3, 97:16,
181:13
**handle**
11:5, 69:23,
92:7, 92:16,
181:7, 186:9,
194:14, 203:24,
208:11, 228:21
**handles**
183:12
**handling**
20:5, 163:5,
212:20
**hanging**
207:21
**happen**
74:5, 81:19,
89:16, 99:9,
102:4, 217:4
**happened**
26:7, 81:16,
85:25, 180:15,
197:6, 197:14,
218:5, 218:6
**happening**
136:3, 185:6,
191:4, 192:13,
218:8, 225:1
**happens**
26:1, 34:14,
205:16, 225:5
**happy**
94:12
**hard**
80:4, 81:5,

152:11, 169:7
**harm**
162:16, 162:18,
228:10
**harmful**
162:8, 162:10,
162:13, 162:15,
162:20, 163:6,
163:20, 164:6,
164:9, 164:16
**hate**
197:24
**hazard**
229:3
**head**
10:5
**heading**
198:4
**headline**
153:24, 154:14,
155:13
**heads-up**
183:7, 185:5,
185:13, 185:16,
221:6
**health**
33:16, 65:23,
69:6, 108:21,
118:4, 120:4,
127:21, 129:7,
133:1
**hear**
179:12
**heard**
182:2
**held**
4:24, 13:5,
13:11
**hell**
168:12, 228:8
**help**
4:11, 18:24,
19:7, 65:20,
66:11, 70:23,
71:8, 87:9,
87:11, 87:15,
93:23, 147:14,
178:24, 200:11,

208:11
**helped**
51:24, 133:12
**helping**
18:22
**helps**
52:5, 190:19
**here**
4:20, 8:14,
8:21, 8:22,
11:19, 48:21,
52:10, 57:10,
59:16, 96:3,
97:7, 125:3,
126:3, 126:7,
126:10, 132:10,
132:13, 133:4,
137:10, 138:20,
143:7, 143:10,
144:17, 150:8,
151:2, 154:24,
162:15, 163:15,
163:23, 169:7,
191:24, 195:16,
195:17, 198:3,
199:7, 199:16,
201:6, 203:6,
215:2, 222:3
**hereby**
6:17, 232:5
**herein**
7:3
**hereinbefore**
233:6
**heretofore**
232:6
**hereunto**
233:11
**hey**
185:14
**hid**
75:14
**hidden**
25:5, 28:2,
29:7, 29:9,
29:15, 29:17,
29:23, 55:1,
61:14, 73:22,

73:23, 74:1,
74:7, 74:9,
74:11, 74:14,
74:18, 75:4,
76:19, 76:21,
120:6, 121:3,
124:11, 124:22,
128:2, 131:17,
133:16, 135:14,
135:16, 151:11,
151:13, 151:15,
151:20, 152:19,
154:4, 154:8,
155:24, 156:3,
205:22, 205:23,
217:9, 217:13
**hide**
20:9, 21:12,
21:24, 24:13,
27:5, 41:17,
55:3, 56:6,
56:8, 102:1,
102:22, 103:6,
133:22, 136:18,
152:20, 164:6
**hiding**
24:4, 137:1,
154:16, 155:1,
156:7, 162:10
**high**
90:8
**higher**
88:9
**hill**
94:23
**hired**
93:19
**hiring**
93:15, 93:20,
94:2
**historically**
82:12, 83:5
**hit**
31:9
**hoarse**
181:18
**hold**
169:16, 194:5

**holiday**
225:15
**holidays**
225:11
**honest**
223:5
**honestly**
169:10
**host**
161:12, 182:23
**hosting**
185:3, 190:25
**hour**
31:13, 56:12
**hours**
31:14, 117:3
**household**
131:12
**however**
29:24, 32:11,
98:25, 102:9
**huge**
86:25
**human**
52:2, 130:17,
130:19, 227:5
**humane**
127:22, 129:7,
129:24, 129:25,
130:2, 130:4,
130:8, 130:21,
133:1
**hundreds**
69:1, 69:20,
84:1, 88:24,
89:15
**hypothetical**
101:12, 194:17

**I**

**iamuw**
37:16
**idea**
124:24, 145:23,
191:14
**identical**
26:25
**identification**
45:21, 50:6,

108:8, 111:22,
122:14, 127:3,
134:16, 138:6,
139:3, 142:3,
144:14, 150:18,
153:10, 161:24,
165:9, 170:17,
189:12, 198:24,
215:12, 221:17,
226:13
**identify**
4:12, 4:14,
5:8, 133:10
**identities**
37:22
**identity**
37:23
**illegal**
45:11
**illinois**
1:29, 2:7,
232:1, 232:8
**image**
39:2, 39:3
**imagine**
117:20
**immediately**
223:8
**impact**
172:8, 172:18,
175:3
**impacted**
48:14
**impacts**
172:1
**impersonating**
159:1
**implements**
103:25
**importance**
174:20
**important**
36:23, 143:13,
186:16
**improperly**
74:24
**improved**
79:11, 81:18

**imuw**
34:4
**in-house**
2:22
**in-person**
38:3, 125:19
**in-state**
36:19
**inaccurate**
9:22, 96:8,
97:4, 97:24,
99:13, 196:8,
196:20, 196:22,
197:2, 197:10
**inbox**
18:17, 78:4,
78:24, 79:12,
79:17, 82:5,
83:13, 86:7,
86:17, 87:3,
87:7, 88:8,
88:12, 92:24,
122:4, 122:7,
179:21
**inboxes**
18:23, 18:25,
86:7, 88:16
**incidents**
99:12
**inclined**
164:6
**include**
23:24, 35:15,
62:17, 63:2,
105:23, 106:6,
106:12, 189:22,
192:1
**included**
20:21, 60:16,
105:1, 137:23,
138:15, 208:2
**includes**
12:23, 29:20,
49:3, 52:7,
136:5, 165:21
**including**
60:6, 61:4,
167:24, 190:1,

199:16
**inclusion**
37:20, 143:3,
209:11, 210:2,
210:7, 210:12,
212:13
**inclusivity**
107:9, 107:13,
107:24
**incoming**
36:1, 186:10
**incomplete**
9:23
**incredibly**
228:16
**indicate**
115:19, 145:1
**indicates**
115:20
**indicating**
135:8
**indication**
137:10, 137:17
**indigenous**
114:5
**indirect**
19:11, 193:9
**individual**
29:19, 56:5,
56:8, 104:2,
225:7
**individual's**
104:8
**individuals**
28:14
**inequities**
171:24
**inequity**
107:3
**inform**
51:21, 191:10
**information**
13:15, 13:23,
14:1, 14:3,
14:6, 14:11,
96:21, 96:24,
97:15, 100:1,
100:10, 120:20

**informs**
133:8
**infringement**
159:8
**initiative**
37:20
**initiatives**
212:13
**injurious**
45:11, 60:24,
162:25
**injustice**
143:15
**innocent**
128:15, 128:25,
129:5, 135:25
**innocuous**
139:19
**inquiring**
113:2
**insert**
39:9
**insofar**
131:6, 172:23
**instagram's**
32:22, 41:3
**instance**
69:3, 104:18,
105:4, 118:13,
181:8, 197:6,
217:8, 218:1,
225:14
**instances**
75:3, 75:17,
158:15, 159:4,
201:1, 224:25,
225:6
**instead**
6:6, 24:4
**institution**
100:12
**institutional**
15:9, 96:19,
97:6, 123:15,
187:15, 190:18
**instructed**
62:10
**instruction**
62:18

**instructor**
99:15, 99:20,
99:21, 100:4,
100:8, 100:14,
100:15, 100:22,
100:23, 101:1,
101:3, 113:6,
113:9
**instructors**
100:18
**intellectual**
60:20
**intended**
74:16, 217:14,
217:20
**intent**
105:15
**interact**
29:15, 30:12,
30:19, 31:3,
193:3
**interactions**
80:21, 88:25,
89:5, 89:16,
90:24, 91:4,
91:15, 112:10,
177:8
**interested**
112:22, 173:3,
233:9
**interim**
44:11, 44:13,
49:20, 49:23,
50:2, 50:20,
52:10, 57:17,
57:23, 74:20,
88:21, 92:5,
93:3, 93:7,
96:3, 125:12,
125:22, 126:1,
132:20, 133:7,
133:11, 144:6,
148:13, 196:2,
196:15, 201:17,
201:20
**interject**
173:17
**intern**
13:19, 14:14,

18:11, 93:10
**interns**
16:12, 17:7,
17:15, 17:18,
18:5, 18:10,
19:6, 19:18,
20:13, 21:3,
21:11, 21:23,
22:10, 22:14,
93:4, 93:10,
93:13, 93:23,
94:5
**interpret**
169:7
**interpretation**
132:8
**interpreted**
39:22
**interruption**
36:4
**interruptions**
4:17
**introduce**
49:25, 55:18
**introduced**
62:2
**inundate**
200:5
**inundated**
69:18, 223:2
**investigate**
123:7, 123:10
**involve**
169:13, 187:23,
188:18
**involved**
92:21, 126:13,
133:15, 136:20,
143:20, 152:7,
155:16, 161:7,
175:20, 183:4,
185:20, 187:18,
187:24, 188:3,
190:11, 194:10,
194:15, 213:11,
216:7
**involving**
194:12, 213:15,

221:24
**issue**
172:11, 173:22,
207:15
**issues**
65:6, 65:7,
67:15, 171:19,
171:21, 172:23,
174:14, 174:20,
204:9
**itself**
32:1, 38:11,
39:2, 40:16,
41:16, 73:6,
75:2, 84:7,
102:2, 120:21,
132:25, 144:21,
176:21, 224:3

**J**

**jam**
68:19
**january**
35:2, 86:22,
88:5, 124:7,
125:17, 125:21,
175:18, 178:8,
178:14, 179:19,
179:23, 182:1
**jatzyy**
119:2
**jeris**
2:26, 198:15,
201:16, 202:22
**jessica**
2:5, 5:20
**jfarley@aldf**
2:11
**job**
1:30, 11:19,
12:3, 13:24,
16:1, 23:9,
42:18, 53:18,
53:19, 59:2,
62:1, 62:6,
62:16, 63:1,
63:11, 63:23,
67:9, 89:12,

183:22, 184:2,
184:6, 187:10,
187:22, 191:21
**jobs**
14:16
**john**
103:14
**journal**
135:1
**judgement**
123:17
**judgment**
123:17
**july**
12:11, 15:2,
23:9, 43:25,
212:3
**jumps**
215:21
**june**
35:2
**junior**
135:3
**justice**
2:14, 5:16,
143:18, 145:10,
145:15, 145:21,
146:3, 171:19,
171:21, 171:24
**justify**
137:1, 154:25

**K**

**kb**
97:11, 123:14
**keep**
72:14, 73:4,
73:8, 73:11,
73:25, 78:16,
89:3, 98:5,
152:19, 186:16,
201:4, 214:1,
214:20, 225:13
**kelly**
185:23, 185:25,
191:9, 191:14,
191:16, 222:2,
222:4, 222:19

kept
67:25
keyword
71:3, 79:6,
199:14, 200:23,
201:15, 203:4,
204:1, 211:11
keywords
207:2, 217:23
kilpatrick
2:15, 3:4,
5:14, 5:16,
6:14, 21:18,
43:17, 56:16,
82:16, 94:17,
94:24, 95:2,
95:8, 101:11,
105:25, 120:12,
121:21, 148:3,
149:20, 149:22,
149:24, 175:5,
182:6, 191:11,
202:8, 202:17,
202:20, 218:22,
219:7, 221:9,
229:16, 230:3,
230:14, 230:19,
231:3
kilpatricksc@doj
2:19
kind
30:25, 35:4,
36:15, 36:16,
36:18, 43:10,
67:4, 77:18,
79:15, 86:25,
87:6, 88:2,
88:3, 88:14,
91:9, 91:19,
95:5, 97:12,
98:23, 102:1,
102:5, 102:15,
104:24, 105:9,
105:12, 116:19,
127:17, 127:19,
134:4, 139:25,
142:25, 153:23,
157:15, 178:16,

179:20, 184:24,
188:16, 191:20,
192:13, 224:12,
231:8
kinds
19:24, 65:5,
90:23, 192:19
king
124:7, 126:11,
135:2, 135:23,
136:13
klein
22:19, 92:4,
92:21, 103:14,
140:19, 140:21
klein's
22:20, 92:18
knapp
151:12
knew
223:25
knowing
26:14
knowledge
36:14, 38:2,
46:12, 46:15,
48:13, 97:7,
107:6, 122:25,
123:3, 123:15,
200:15
knowledge-based
97:11
known
85:6
krasno
1:3, 2:25,
4:22, 5:13,
5:19, 5:21,
7:11, 41:21,
41:22, 42:8,
42:17, 121:6,
139:13, 141:8,
143:4, 176:9,
176:15, 176:20,
177:14, 179:24,
180:2, 180:3,
180:4, 180:9,
181:22, 182:24,

189:4, 189:6,
190:2, 190:10,
196:19, 197:1,
197:9, 232:11
krasno's
139:16, 175:16,
175:21, 175:25,
177:7, 178:7,
178:13, 179:3,
179:18, 182:1,
182:4, 182:19,
193:21, 195:3,
197:19

## L

lab
121:19, 135:24,
168:11, 183:3,
183:5, 194:12
labeled
50:11
laboratories
109:7
laboratory
224:7
labs
114:13, 114:24,
120:8, 120:18,
192:7
lake
172:20
lakes
172:15
landscape
186:13
language
10:6, 46:13,
167:16
large
110:16, 185:11,
191:3, 204:10
larger
41:2, 80:18
last
7:20, 7:22,
22:13, 94:4,
112:22, 114:7,
122:17, 129:8,

155:7, 162:8,
162:9, 165:18,
215:2, 226:7,
231:8
late
179:19, 179:23
later
110:2
laughing
218:18, 219:1,
219:3
laundry
187:2
laws
60:21
lawsuit
7:11, 43:4,
44:14, 44:19,
180:7, 180:18,
200:24, 200:25
lead
15:17, 16:4,
16:6, 64:14,
67:2, 67:22,
92:6, 92:22,
99:6, 101:22,
102:21, 156:11,
165:20, 190:1
learn
145:20
least
99:5, 105:10,
189:22
leave
24:11, 76:19,
131:25, 149:4,
202:21
led
207:8
legal
2:2, 5:12,
7:24, 8:11,
44:10, 49:18,
49:19, 50:21,
51:4, 60:24,
66:5, 66:6,
88:22, 93:8,
132:21, 140:5,

**legislative**
36:21, 37:1,
37:9

**legislator**
37:15

**length**
177:11

**less**
72:16, 73:3,
81:21

**let's**
8:14, 23:18,
44:5, 56:11,
83:18, 95:6,
112:23, 127:15,
147:8, 150:7,
182:21, 195:16,
195:19, 207:16,
215:5, 215:23,
221:12

**level**
19:21, 20:7,
21:6, 24:1,
24:7, 24:8,
24:24, 25:22,
27:12, 40:11,
70:19, 71:22,
76:12, 76:15,
84:3, 85:12,
103:21, 115:2,
121:4, 121:5,
121:8, 126:17,
156:23, 157:8,
157:16, 157:22,
158:5, 158:8,
175:1, 181:15

**levels**
20:17, 172:15

**lgbtq**
172:4

**license**
1:28

**lieu**
6:5

**lifting**
183:1

**light**
224:12

**likely**
56:9, 110:3,
175:22, 200:3

**likes**
91:2

**limited**
33:2, 33:6,
33:18, 49:4,
60:6, 60:16,
61:4

**line**
26:18, 157:6,
161:9, 161:11,
161:18, 192:5,
192:10, 207:1

**link**
96:22, 136:5,
137:3, 137:18,
137:20, 159:14

**linkedin**
15:12

**list**
29:4, 29:21,
30:16, 47:4,
68:3, 71:5,
71:10, 71:12,
71:16, 71:19,
71:21, 72:7,
72:13, 73:6,
73:8, 75:13,
76:24, 102:16,
128:21, 138:14,
152:5, 179:25,
184:17, 187:2,
199:13, 200:1,
200:13, 200:16,
200:18, 201:7,
203:13, 203:18,
205:7, 205:8,
206:2, 206:4,
206:7, 206:13,
207:9, 207:13,

209:23, 210:18,
211:7, 212:16,
217:25

**listed**
14:18, 51:9,
53:21, 54:2,
60:7, 61:5,
61:8, 118:17,
163:1

**listen**
184:3, 184:14

**listening**
91:19, 110:13,
110:25, 183:24,
184:4, 192:2

**lists**
45:7, 48:25,
72:8

**literally**
131:22

**little**
11:19, 38:16,
113:7, 127:8,
151:10, 179:13,
202:7, 205:13,
228:2

**live**
31:14

**lives**
142:22, 207:3,
207:13, 208:3,
208:13, 208:20,
210:3, 210:18,
211:1, 211:10,
212:6, 212:10

**living**
54:4, 58:11,
109:18, 214:14

**load**
81:8

**locked**
131:23, 178:2

**log**
28:9, 126:17

**logic**
206:21, 206:25

**loisi**
1:27, 5:25,

232:4, 233:20

**long**
12:6, 21:1,
23:6, 43:13,
43:14, 43:21,
43:23, 109:23,
146:21, 202:5,
229:5

**longer**
177:21, 178:8,
203:1

**look**
64:15, 70:13,
70:20, 71:2,
71:19, 74:14,
87:19, 87:23,
91:2, 105:15,
105:17, 106:19,
106:21, 106:25,
112:23, 117:25,
118:17, 124:8,
155:2, 217:23,
223:24, 227:14

**looked**
87:15, 200:18

**looking**
57:9, 69:9,
70:24, 107:19,
109:25, 119:8,
154:24, 159:25,
193:16, 206:23,
209:23, 228:13

**looks**
65:14, 109:8,
115:4, 124:10,
151:11, 164:12,
203:14, 222:2

**lookup**
126:16

**loosen**
178:12

**lost**
76:13, 194:11,
194:24

**lot**
26:10, 62:14,
65:7, 69:24,
74:12, 79:3,

140:6, 147:12,
147:13, 147:20,
148:1, 148:22,
149:3, 149:10,
149:11, 182:8,
182:12, 182:16,
202:24

79:23, 85:10,
86:23, 160:23,
169:12, 172:4,
203:1, 204:5,
211:12, 211:24,
222:24
**love**
30:24
**lucas**
103:14
**lunch**
56:15, 94:11
**luther**
124:7, 126:11,
135:2

**M**

**m-o-l-l**
7:22
**made**
24:21, 26:2,
30:1, 41:22,
43:5, 44:20,
49:12, 53:17,
79:8, 81:5,
81:22, 83:18,
83:20, 84:24,
85:3, 89:20,
104:9, 107:7,
107:10, 107:17,
108:12, 109:17,
109:22, 109:25,
110:2, 115:13,
115:21, 116:3,
116:9, 116:11,
117:6, 117:7,
121:19, 122:1,
128:22, 135:6,
140:10, 144:4,
145:2, 155:20,
176:20, 177:3,
205:17, 205:20,
214:6, 220:6
**madeline**
1:3, 2:25,
4:22, 5:13,
5:19, 5:21,
7:11, 121:6,

232:11
**madison**
2:17, 99:3,
100:9, 118:23,
150:24, 172:16,
191:18, 196:10
**main**
2:16, 15:9,
187:14, 187:15
**mainly**
85:25
**maintain**
88:7
**major**
86:19
**majority**
186:10, 203:20
**majors**
173:7
**make**
9:9, 102:20,
102:22, 103:1,
104:4, 104:7,
116:19, 116:24,
120:10, 123:9,
123:18, 142:6,
147:14, 149:17,
157:4, 157:12,
160:9, 168:7,
172:21, 175:4,
187:6, 217:20
**makes**
25:5, 32:4,
103:12, 119:17,
162:13, 168:1,
168:8
**making**
10:5, 24:14,
80:5, 133:21,
140:21, 147:9,
160:4, 160:14,
179:6, 195:10,
200:22
**malicious**
159:24
**mall**
7:17
**manage**
14:4, 18:22,

18:24, 19:17,
43:11, 64:17,
66:10, 66:11,
88:13, 206:1
**managed**
33:3, 33:9
**management**
14:8, 15:19,
15:20, 18:18,
18:20, 44:9,
47:7, 47:11,
60:12, 60:13,
93:24, 200:12
**manager**
8:8, 12:2,
12:4, 12:13,
12:17, 12:21,
14:21, 42:9,
44:3, 48:15,
52:24, 53:15,
55:22, 60:10,
61:21, 68:22,
78:4, 84:6,
152:15, 183:23,
200:6, 212:2,
225:10, 228:19
**managers**
43:12, 52:12,
55:19, 57:11,
66:10, 89:8,
96:14, 96:18,
110:6, 125:23,
171:6, 185:17,
196:11, 198:6,
198:11
**managing**
16:4, 18:21,
70:7, 93:11,
165:17, 215:17
**manual**
70:23, 71:2,
121:13
**manually**
23:19, 70:18,
131:17, 135:17,
151:23, 154:12
**many**
17:17, 22:10,

30:15, 63:24,
64:16, 64:18,
65:3, 65:19,
65:24, 67:9,
72:12, 89:4,
90:2, 90:4,
146:22, 168:4,
179:22, 181:9,
187:12, 191:4,
199:17, 208:1,
208:18, 216:16,
220:12, 228:3,
228:8, 228:24,
229:3
**march**
1:18, 5:2,
232:6, 233:13
**mark**
19:3, 45:14,
108:3, 111:19,
126:21, 134:12,
138:2, 138:22,
141:24, 144:10,
150:15, 153:7,
161:20, 165:2,
170:13, 189:7,
226:10
**marked**
45:16, 45:20,
45:25, 48:20,
50:1, 50:5,
108:7, 111:21,
112:3, 122:9,
122:10, 122:13,
127:2, 133:19,
134:15, 134:24,
138:5, 139:2,
142:2, 142:11,
144:13, 150:17,
153:9, 161:23,
165:8, 165:12,
170:16, 170:25,
189:11, 198:23,
215:11, 221:16,
226:12, 226:14,
226:19
**marketing**
16:9, 33:9,

marking
135:13
martin
124:6, 126:11,
135:2
matter
4:22, 8:12,
66:14, 78:20,
87:24, 89:6,
97:14, 102:3,
123:14, 142:23,
153:1, 183:10,
186:5, 186:19,
186:22, 196:23,
207:3, 207:13,
208:3, 208:13,
208:20, 210:3,
210:18, 211:1,
211:10, 212:6,
212:11, 228:17
matters
183:21, 186:3
maybe
9:22, 38:5,
38:6, 81:14,
94:24, 95:2,
138:19, 169:6,
179:10, 179:12,
189:16, 203:2,
203:14, 214:5,
215:5, 221:3,
222:2
mean
17:5, 23:12,
26:6, 31:8,
38:12, 53:5,
61:25, 72:11,
75:11, 82:6,
82:23, 85:8,
86:16, 90:21,
91:25, 104:14,
105:6, 106:21,
117:24, 141:4,
141:6, 152:22,
153:15, 157:21,
158:1, 171:23,

33:11, 33:23,
36:24

191:2, 193:5,
203:13, 222:17,
223:18, 223:23,
225:22
meaning
34:13, 84:23
means
29:10, 54:16,
91:6, 113:25,
128:1, 131:16,
139:22, 166:7,
167:3, 183:25,
184:4
meant
83:7, 138:20
mechanism
27:25, 28:1
medication
10:10
medicine
130:1, 130:9,
130:20, 131:9,
133:25
meet
53:21, 77:16,
95:5
meeting
147:18
meetings
38:4
member
20:24
members
66:12
memory
218:7, 218:9,
218:11
mental
228:21
mentally
162:18
mention
38:21, 38:23,
39:7, 146:3,
185:9, 189:6,
193:18, 221:11
mentioned
20:19, 25:21,

40:14, 47:25,
77:2, 88:23,
93:2, 105:4,
109:17, 126:11,
136:23, 162:8,
163:4, 166:25,
175:10, 233:6
mentioning
227:15
mentions
136:13, 164:3,
184:9, 191:17,
226:25
meredith
163:4
merits
162:10, 223:25
message
18:21, 18:22,
18:25, 78:4,
142:19, 142:25,
159:6, 159:10,
159:22, 162:9,
165:16, 165:19,
188:24
messages
18:18, 19:2,
78:8, 78:12,
87:1, 87:9
messaging
186:11
met
8:15
meta
79:15, 86:6,
87:6
metrics
89:3, 89:7,
89:9, 89:11
mic
4:10
microsoft
162:6, 165:15,
171:3, 215:16,
221:23
middle
51:25, 70:10,
95:5, 215:22

might
31:21, 32:19,
45:11, 47:17,
54:7, 58:12,
61:11, 66:9,
66:14, 68:2,
69:8, 70:21,
70:22, 71:16,
71:19, 71:21,
71:24, 74:5,
78:25, 82:3,
82:4, 82:13,
82:15, 82:21,
84:5, 84:7,
85:23, 87:11,
91:9, 91:12,
94:14, 103:6,
117:25, 119:6,
122:6, 159:21,
171:14, 181:10,
181:11, 185:8,
185:13, 185:14,
186:18, 187:25,
188:10, 188:18,
190:25, 193:10,
193:17, 210:11,
210:14, 214:4,
215:1, 218:6,
220:22, 221:3,
221:4
mike
22:19, 22:20,
77:16, 92:4,
92:13, 92:18,
92:20, 103:13,
140:19, 140:21,
163:4
milwaukee
135:4
mind
153:5, 170:19,
223:8
mindset
162:14
mine
103:13
minute
82:24

**minutes**
8:21, 78:17,
94:13, 94:18,
94:21, 95:3,
202:6, 203:2

**mischaracterizes**
121:22, 219:8

**misheard**
170:22

**misinformation**
101:18

**misleading**
96:8, 97:25,
99:13, 196:8,
196:20, 196:22,
197:3, 197:10

**miss**
79:23

**missed**
69:17, 187:20

**missing**
86:23

**misspoke**
101:8

**misstated**
165:3

**mm-hmm**
111:11, 168:21,
202:19

**mod**
116:19

**moderate**
15:21, 19:7,
19:19, 19:25,
23:20, 23:23,
24:3, 24:19,
41:11, 45:2,
45:5, 53:8,
54:20, 54:24,
55:13, 57:18,
57:25, 61:10,
64:6, 70:2,
70:3, 70:19,
77:4, 81:6,
92:1, 92:10,
93:5, 103:9,
116:8, 116:24,
136:18, 138:15,

143:21, 147:10,
148:24, 149:5,
154:22, 155:18,
156:20, 181:11,
198:9

**moderated**
27:17, 29:9,
41:21, 42:4,
51:8, 54:25,
71:5, 71:10,
71:22, 72:13,
73:18, 74:25,
75:13, 75:18,
76:9, 76:24,
79:5, 82:8,
82:10, 83:2,
107:21, 114:15,
114:17, 114:20,
114:25, 115:1,
115:9, 120:6,
122:1, 122:18,
124:17, 124:20,
124:23, 124:25,
126:18, 127:24,
128:13, 135:9,
135:17, 141:9,
141:13, 143:9,
151:22, 152:1,
156:4, 156:8,
156:9, 162:20,
164:22, 195:5,
195:12, 197:1,
205:8, 207:14,
209:9, 209:17,
212:16, 217:2

**moderating**
42:23, 42:25,
43:5, 44:9,
44:20, 44:24,
48:14, 48:22,
66:2, 91:22,
92:19, 92:21,
106:22, 106:24,
126:13, 133:16,
136:20, 137:9,
140:16, 140:17,
143:20, 147:8,
152:7, 157:3,

195:2, 214:9

**moderation**
20:6, 21:16,
22:6, 23:8,
23:10, 23:13,
23:15, 26:21,
26:22, 26:24,
28:20, 28:24,
28:25, 42:16,
43:12, 46:18,
47:23, 48:2,
50:3, 52:4,
52:14, 53:12,
53:20, 54:16,
57:13, 57:23,
60:14, 60:17,
61:15, 63:9,
63:16, 63:19,
64:2, 65:1,
66:8, 66:20,
68:9, 70:23,
71:2, 74:5,
77:14, 115:25,
116:7, 116:10,
116:19, 116:24,
117:5, 121:13,
138:13, 140:22,
147:14, 148:2,
148:23, 152:5,
157:16, 160:20,
161:10, 174:21,
175:3, 178:22,
178:24, 180:2,
180:8, 198:4,
198:12, 205:6

**moderations**
42:7

**moderator**
72:18, 74:16,
76:22, 81:3,
81:24, 123:18,
128:3, 128:10,
128:19, 200:11,
201:15, 203:24,
207:5, 208:10,
212:19, 214:24,
216:10, 216:14,
216:25, 217:14

**modifications**
200:22

**moll**
1:15, 3:2, 3:7,
4:21, 6:13,
6:17, 7:2, 7:9,
7:17, 7:22,
45:19, 45:25,
50:4, 50:8,
57:6, 96:2,
108:6, 111:20,
122:12, 127:1,
134:14, 138:4,
139:1, 142:1,
142:11, 144:12,
150:16, 153:8,
153:12, 161:22,
165:7, 170:15,
189:10, 190:16,
198:22, 203:7,
205:2, 215:10,
221:15, 226:11,
230:4, 232:8

**moment**
4:19, 75:20,
95:23, 108:16,
132:8, 138:20,
156:23, 173:20,
174:2, 189:15,
223:13

**moments**
127:16, 225:16

**monday**
124:7

**money**
109:6

**monitor**
5:3, 34:16,
110:12, 165:24,
166:7, 167:24,
171:12, 179:3,
184:7, 190:19,
192:11

**monitoring**
77:13, 78:15,
80:13, 91:14,
91:20, 92:9,
156:12, 166:17,

171:9, 171:15,
183:25, 190:24,
191:20, 192:1,
192:14, 192:19,
192:23
**monkey**
224:6
**monkeys**
128:16, 128:25,
129:5, 129:20,
131:5, 131:8,
131:13, 131:14,
131:19, 132:4,
136:1, 151:18
**month**
147:24, 179:10
**monthly**
89:12, 90:9
**months**
12:14, 22:23,
71:17, 79:12,
79:14, 79:20,
81:17, 86:5,
179:10
**more**
23:17, 31:21,
32:3, 40:1,
47:10, 51:17,
54:18, 58:23,
59:3, 65:10,
68:11, 72:17,
72:20, 72:21,
72:23, 73:10,
83:5, 83:12,
89:18, 94:2,
98:7, 98:8,
103:1, 137:20,
145:14, 146:22,
150:8, 163:23,
168:17, 173:14,
185:14, 189:23,
196:23, 202:7,
220:13, 220:19,
221:3
**morning**
7:9, 7:14,
56:14, 78:11,
78:12, 166:3

**most**
13:10, 33:15,
67:23, 86:4,
102:9, 116:14,
117:2, 206:19
**motivation**
70:16
**move**
122:8, 126:19,
134:11, 138:1,
144:9, 149:14
**movement**
142:23, 212:11
**moving**
37:16, 131:15,
135:6, 153:6,
175:14
**much**
41:2, 47:6,
64:5, 79:19,
88:8, 88:12,
94:18, 203:17,
224:2
**mug**
38:19
**must**
55:21
**mute**
4:9
**mutual**
227:4
**myself**
63:5, 64:13,
112:13, 169:17,
214:8

---

**N**

**n-a-t-e**
7:21
**n-a-t-h-a-n**
7:25
**name**
7:14, 7:15,
7:21, 7:22,
7:24, 75:6,
85:15, 118:16,
122:11, 134:12,
138:3, 141:25,

159:3, 183:16,
202:23, 216:6,
219:15
**name's**
5:11, 7:10
**named**
113:1, 144:10
**names**
7:20, 7:23,
75:12
**nate**
1:15, 3:2, 3:7,
4:21, 6:12, 7:2,
7:14, 7:16,
7:21, 7:25,
94:20, 166:1,
190:16, 232:8
**nathan**
7:15, 7:24
**national**
90:6
**nature**
98:13, 98:14,
117:16, 158:24,
159:9, 164:15,
167:13, 168:4,
188:7, 225:8,
228:10
**near**
146:12
**nearly**
86:21
**necessarily**
105:1
**necessary**
92:15
**need**
9:13, 18:4,
68:6, 71:22,
76:23, 87:2,
94:16, 94:17,
94:22, 106:18,
106:20, 106:25,
108:1, 128:20,
143:7, 144:1,
151:2, 157:5,
163:22, 184:7,
186:19, 196:22,

200:10, 223:10,
223:17, 227:13,
231:4
**needed**
16:8, 18:15,
19:2, 19:13,
19:15, 45:3,
59:4, 77:24,
129:13, 147:21,
194:12, 225:18,
230:15
**needs**
78:18
**nefarious**
159:24
**negative**
172:17, 172:19
**negatives**
169:6
**nested**
16:17, 16:21
**never**
101:13, 173:21,
214:10, 224:18
**new**
32:4, 65:9,
71:18, 88:9,
165:2, 169:13,
186:18, 198:21
**news**
15:10, 22:24,
32:8, 32:20,
90:9, 91:11,
99:16, 151:4,
167:8, 185:7,
220:20
**next**
22:17, 81:14,
126:20, 134:11,
138:1, 138:22,
150:12, 189:8,
198:1
**nick**
67:17, 67:21
**night**
78:14, 155:7
**noble**
135:4

**nobody**
27:19, 225:19
**non**
130:10, 130:11
**none**
100:16
**normal**
84:9
**noted**
221:9
**noteworthy**
186:18
**nothing**
103:2, 217:16,
230:20
**notice**
195:9, 214:16,
214:19, 233:4
**noticed**
176:1, 195:14
**notification**
79:7, 81:25,
82:13, 83:3,
83:16, 83:24,
84:6, 84:7,
84:10, 84:15,
87:16, 109:21,
110:3, 110:6,
110:20, 111:2,
121:25, 122:6
**notifications**
40:11, 78:2,
79:18, 80:5,
84:2, 84:22,
84:25, 85:21,
86:18, 88:10,
90:5, 92:25,
111:7, 115:13,
117:1
**notify**
185:22
**notifying**
183:19
**november**
108:4, 108:12,
110:1, 112:7,
113:13, 122:4
**number**
1:30, 4:20,

5:1, 53:7, 90:5,
91:2, 152:22,
170:19, 179:16,
190:17, 199:15,
204:10

**O**

**o**
7:18
**o'clock**
174:3
**object**
6:9, 21:18,
82:16, 82:17,
101:12, 182:6
**objection**
43:17, 101:11,
105:25, 120:12,
121:21, 148:3,
175:5, 191:11,
218:22, 219:7
**oblig**
94:14
**obscene**
45:9, 60:20
**obtained**
166:24
**occur**
90:25, 99:4,
111:8
**occurred**
101:19, 103:7,
104:12, 110:21,
113:13, 116:2,
125:20, 125:25,
201:14, 211:19
**occurring**
118:9, 134:2,
170:4, 192:19,
192:25
**occurs**
169:24
**off-the-record**
4:8
**off-topic**
48:8, 48:23,
51:15, 51:22,
52:7, 53:13,

53:23, 54:13,
54:20, 54:24,
54:25, 55:4,
55:13, 56:2,
56:5, 57:8,
57:13, 57:16,
57:25, 58:3,
58:17, 59:8,
59:21, 60:21,
69:11, 70:24,
103:4, 104:3,
117:15, 125:8,
125:11, 133:14,
141:10, 144:7,
160:4, 160:15,
176:2, 178:18,
179:6, 195:10,
195:12, 204:10,
211:13, 212:7,
214:1, 214:2
**offered**
29:1
**offers**
26:23
**office**
13:14, 33:10,
36:1, 44:10,
49:18, 49:19,
51:3, 88:21,
93:8, 132:20,
184:23, 186:8,
202:24, 214:11,
224:13
**officer**
207:24, 232:5
**officers**
207:19
**offices**
188:12, 214:13
**official**
17:4, 64:12,
174:24, 175:13
**often**
20:21, 64:25,
68:11, 73:13,
80:14, 81:19,
86:17, 97:10,
98:2, 116:18,

116:22, 117:2,
147:13, 184:13,
190:5, 190:7,
190:23, 210:22,
211:22
**oftentimes**
186:14, 214:7,
228:5
**oh**
50:12, 51:3,
71:19, 82:9,
83:14, 124:2,
127:10, 128:14,
141:6, 142:20,
153:15, 187:22,
188:18, 200:25,
204:24, 209:4,
217:12
**ola**
88:21, 198:16
**old**
81:24, 82:18,
82:21, 82:23,
87:1
**older**
82:7, 82:12,
83:1, 83:8, 83:9
**oldest**
206:20
**on-topic**
81:23, 96:6,
97:4, 97:18,
97:24, 117:14,
125:11, 134:7,
196:7
**onboarded**
63:14
**onboarding**
62:6, 62:17
**once**
147:23, 147:24
**one**
4:5, 4:19,
9:14, 18:6,
29:10, 32:2,
33:15, 39:3,
40:1, 49:1,
52:15, 53:15,

55:12, 58:25,
64:13, 64:25,
66:23, 66:24,
67:4, 67:16,
90:3, 90:22,
91:11, 98:15,
98:16, 98:19,
101:20, 102:14,
103:10, 105:6,
105:19, 108:24,
109:3, 111:13,
114:8, 115:16,
116:8, 121:2,
127:24, 131:19,
133:2, 133:18,
137:5, 137:8,
138:22, 139:25,
140:7, 140:15,
141:1, 143:6,
145:13, 145:14,
149:7, 154:7,
159:2, 173:6,
175:22, 178:20,
179:7, 179:15,
182:22, 183:11,
186:12, 187:11,
187:12, 190:10,
198:1, 205:17,
205:19, 207:2,
207:22, 208:19,
216:6, 218:4,
219:1, 219:17,
219:23, 227:20,
229:16, 229:17,
231:9
**one's**
152:11
**onegreenplanet**
137:14
**ones**
14:17, 26:25,
61:8, 67:3,
206:18, 206:19,
206:20, 217:3
**ongoing**
67:8
**online**
85:17, 85:22,

135:1
**only**
9:15, 34:12,
58:25, 73:4,
81:13, 119:5,
135:11, 148:9,
157:22, 158:9,
201:7, 217:21
**open**
75:5
**operated**
11:5
**operations**
15:10, 23:3,
86:1, 194:2,
220:15
**operative**
46:7
**opinion**
133:9, 170:10,
172:10, 174:15,
224:9, 228:19
**opinionated**
170:12
**opinions**
169:17, 174:23
**opportunity**
9:25
**opposed**
10:5, 11:10,
22:23, 65:15
**opposition**
208:13
**oppression**
143:15
**optimal**
56:1
**optimizing**
65:10
**option**
24:6, 39:1,
76:18, 115:5,
157:19
**options**
20:10, 20:12,
20:15, 24:1,
55:11, 76:20
**order**
76:10, 106:7,

200:12, 206:22,
230:25
**org**
2:9, 2:10,
2:11, 137:14,
137:16
**organic**
33:19, 34:12,
34:22
**organization**
137:6, 137:8,
137:11, 137:18,
206:25
**organizational**
17:11, 194:6
**organizations**
60:22, 137:15
**original**
30:1, 31:5,
39:24, 103:3,
110:21, 125:18,
136:14
**originates**
36:7
**others**
20:20, 25:1,
31:22, 42:24,
55:12, 167:10,
177:5, 193:17,
195:13
**otherwise**
11:14, 29:15,
60:24, 70:25,
208:14, 223:14
**out**
32:5, 39:8,
66:19, 66:22,
74:6, 86:14,
86:17, 87:1,
87:3, 87:8,
93:4, 123:13,
130:7, 136:15,
147:21, 148:1,
149:11, 151:17,
176:4, 202:5,
211:5, 221:5
**outbound**
67:5, 77:19,

92:9
**outcome**
233:10
**outgoing**
186:10
**outreach**
36:18
**outside**
34:22, 45:10,
68:15, 99:24,
137:4, 137:6,
137:7, 185:15,
185:21, 201:5
**over**
4:5, 8:18,
55:12, 81:14,
86:6, 93:20,
140:13, 141:4,
141:6, 159:25,
163:22, 180:1,
180:7, 180:13,
217:24, 225:11
**overhaul**
79:16
**overnight**
78:10
**overseeing**
23:2, 89:1
**overwhelm**
200:6
**overwhelming**
68:21, 68:23,
68:25, 69:10
**own**
31:2, 38:15,
51:15, 92:23,
97:6, 176:11,
177:15

**P**

**page**
3:2, 3:7,
32:17, 40:25,
41:4, 41:23,
42:1, 43:16,
45:18, 47:22,
62:25, 92:2,
96:2, 96:13,

104:1, 108:11,
115:8, 138:11,
138:13, 157:20,
159:2, 159:6,
159:12, 159:15,
160:1, 160:2,
163:15, 163:16,
177:16, 177:22,
189:16, 205:5,
205:6, 205:10,
229:10

**pages**
11:11, 52:15,
64:7, 85:18,
91:24, 103:20,
107:8, 107:11,
160:21, 174:21,
182:20, 195:7

**paid**
34:13, 42:17

**pandemic**
38:4, 86:2,
93:14, 93:25,
125:20, 220:16,
228:15

**paragraph**
97:1

**parent**
79:16

**part**
42:22, 53:19,
60:11, 60:13,
62:5, 63:22,
78:11, 134:21,
169:14, 170:2,
185:1, 191:21,
192:4, 194:2,
194:4, 194:11,
196:15

**partial**
134:25

**particular**
11:4, 61:23,
66:15, 90:11,
92:19, 99:15,
106:22, 111:17,
116:1, 156:20,
169:15, 169:16,

173:11, 183:16,
223:7

**particularly**
49:20, 65:22,
82:1, 173:3,
180:13, 183:11,
186:24, 188:9

**parties**
233:2, 233:8

**partook**
86:11

**parts**
187:13

**passage**
37:14

**passionate**
171:23, 172:22

**past**
19:9, 33:15,
33:25, 79:20,
81:6, 81:16,
82:3, 103:7,
107:4, 127:18,
149:12, 158:18,
158:20, 171:16,
192:9, 204:12,
225:14

**pasted**
154:12

**path**
173:11

**pattern**
176:1, 176:2,
178:17, 179:1,
195:10, 195:14

**pay**
32:24, 33:19

**pd**
207:19

**penalties**
6:8, 6:19, 7:4,
232:16

**pending**
9:16, 232:9

**people**
24:15, 24:21,
27:9, 29:14,
32:1, 32:6,

33:1, 64:25,
65:6, 65:24,
66:2, 75:12,
94:14, 100:22,
114:5, 130:23,
158:3, 158:20,
162:17, 164:17,
184:15, 184:19,
186:3, 186:6,
187:18, 190:6,
190:25, 191:8,
201:25, 209:3,
211:12, 212:5,
228:11

**percent**
140:24, 140:25

**percentage**
140:20, 140:23

**perception**
37:13

**perform**
22:5, 23:14,
42:12, 54:6,
60:11

**performed**
40:21, 42:15,
61:14, 87:23,
151:6, 175:23

**performing**
79:3

**perhaps**
77:4

**period**
34:9, 42:3,
43:3, 89:6,
117:3, 179:4,
179:12

**perjury**
6:8, 6:19, 7:5,
232:16

**person**
15:17, 16:4,
23:7, 23:15,
24:14, 24:20,
42:23, 99:7,
101:24, 158:17,
163:13, 164:2,
164:11, 170:12,

193:8, 206:3,
220:6

**personal**
37:21, 47:9,
122:23, 122:25,
123:3, 169:8,
174:23, 175:2,
175:11, 223:19,
224:9

**personally**
133:15, 171:22,
172:6, 174:22,
223:5

**perspective**
70:8

**pertain**
141:19, 191:8,
213:21

**pertained**
213:18

**pet**
130:10, 132:25

**peta**
166:11, 185:18

**petition**
136:6, 137:3,
137:7, 137:12

**pets**
129:24, 130:3,
130:5, 131:12

**phase**
77:19

**philosophy**
58:20, 58:21,
58:22

**phishing**
159:19

**phone**
4:14, 36:1,
80:13, 80:18

**phosphorus**
172:15

**photo**
38:19, 40:16,
127:15, 178:4,
207:17, 207:20,
209:4

**photographer**
225:17

photographer's 127:17, 225:17

photos 40:18

phrase 29:4, 29:6, 29:20, 68:18, 71:3, 71:18, 71:21, 72:10, 76:24, 104:20, 104:22, 128:10, 152:3, 152:4, 200:8, 200:12, 204:2, 207:2, 207:4, 207:9, 208:3, 210:3, 210:19, 210:21, 211:2, 211:7, 211:12, 211:21, 212:15

phrased 220:23

phrases 67:25, 68:3, 71:13, 71:17, 72:5, 73:5, 138:14, 200:2, 201:3, 201:8, 205:7, 205:20, 206:9, 209:9, 209:25, 210:5, 210:8, 210:9, 212:23, 217:19, 217:23

physically 162:17

pickup 91:9

picture 209:1

piece 81:1

pieces 37:14

pile 68:20

pin 160:17

pinterest 15:12

pivot 156:22

pivoting 120:5

place 5:6, 25:21, 157:23, 161:6, 202:22, 220:9

placed 76:13, 115:2, 121:5, 121:9, 229:21

plain 39:7

plaintiff 1:5, 2:12, 5:13, 5:19, 5:21, 7:11, 231:1, 232:12

plan 165:21, 167:24

planet 5:5, 5:25, 172:2

planning 77:18

platform 23:17, 30:10, 38:17, 41:3, 55:7, 70:5, 198:7

platforms 27:25, 55:16, 55:21, 63:6, 70:8, 87:22

play 65:16

playing 111:8

please 4:4, 4:6, 4:9, 4:11, 4:14, 5:8, 6:2, 6:4, 6:21, 9:3, 9:13, 35:17, 50:16, 106:5, 125:15,

127:8, 136:1, 164:1, 182:14, 189:22, 198:14, 231:5

plus 166:11, 172:4

pneumonia 151:7

po 2:16

point 9:20, 15:17, 16:4, 26:4, 26:10, 58:19, 67:4, 71:25, 86:20, 103:1, 133:2, 136:15, 165:22, 197:14, 206:3, 208:9, 211:4, 211:20, 223:15

points 146:9

police 193:25, 207:18, 207:19, 207:24, 208:22, 209:2, 209:4

policies 88:15, 88:19

policy 48:7, 48:10, 48:12, 48:16, 93:4, 93:9, 118:5, 125:8, 125:9

political 98:18, 98:19, 160:18, 160:22, 175:2

polling 161:5

pollution 172:24

pop 39:3

popping 220:20

pops 78:18

posed 229:19

position 8:5, 12:7, 12:9, 13:10, 16:2, 16:13, 23:1, 42:22, 59:3, 61:21, 63:14, 64:13, 96:19, 194:5, 210:17

positions 13:5

possible 58:15, 61:13, 71:1, 80:17, 100:21, 100:25, 101:4, 122:5, 152:14, 152:17, 174:22, 174:25, 175:9, 209:21, 211:4, 213:5

posted 46:21, 52:16, 83:16, 84:18, 112:7, 147:9, 212:10, 213:20, 218:15, 225:23

posting 38:18, 47:15, 48:22, 92:8, 181:23, 212:5

posts 25:15, 28:7, 28:10, 28:15, 31:1, 31:19, 32:15, 33:19, 35:16, 35:20, 38:15, 40:24, 41:8, 53:17, 54:4, 58:10, 65:11, 66:3, 68:24, 79:4, 84:24, 85:3, 89:18, 91:11, 100:17, 100:21,

101:1, 102:14,
104:8, 107:17,
109:18, 110:10,
116:15, 150:8,
156:21, 166:12,
166:16, 176:10,
176:11, 177:3,
177:21, 193:4,
205:18, 208:2,
208:21, 211:3,
211:22, 212:7,
213:9, 214:14,
217:5, 217:9,
224:19, 224:24,
225:7, 227:20
**potent**
210:24
**potential**
120:22
**potentially**
120:17, 123:8,
134:7, 163:5,
166:18, 210:25
**power**
194:11, 194:25
**powers**
20:6, 53:13
**practice**
71:11, 73:14,
74:3, 75:8,
107:12, 110:8,
110:13, 116:23
**practices**
103:24, 107:9,
107:23
**praised**
104:11
**precisely**
89:4
**predict**
148:10
**prefer**
7:12, 7:25
**presence**
232:19
**present**
2:21, 32:1,
83:21, 233:5

**preservation**
221:10
**preserved**
229:8
**president**
180:19
**pressure**
192:7
**presumably**
37:5
**pretty**
84:23, 134:18
**previous**
26:1, 121:22,
171:17
**previously**
20:19, 21:11,
27:13, 57:7,
80:3, 91:5,
141:9, 148:15,
166:10, 166:21,
167:4, 175:15,
191:6
**primarily**
18:12, 20:16,
32:7, 63:4,
86:2, 193:14
**primary**
14:4, 23:2,
23:6, 23:14,
42:23
**primate**
114:12, 114:24,
120:7, 120:8,
120:18, 121:19,
122:21, 123:1,
141:19, 183:3,
183:5, 224:1
**primates**
216:7
**prior**
38:4, 85:4,
86:7, 92:5,
116:11, 132:20,
141:10, 176:5,
176:25, 179:24,
181:25
**privacy**
41:6, 60:21,

199:12
**private**
178:3
**privileges**
21:17
**prize**
135:5
**probability**
88:9
**probably**
20:21, 66:5,
72:20, 72:21,
78:22, 94:22,
139:20, 140:5,
140:23, 147:12,
164:12, 201:21,
222:12
**problem**
173:18
**problems**
80:9, 81:5
**procedures**
118:5
**proceed**
112:15
**proceeding**
4:2, 4:7, 6:11
**proceedings**
231:13
**process**
77:13, 161:1,
161:7, 161:15
**processing**
143:1
**produce**
49:19, 65:19,
111:15, 193:8,
193:11
**produced**
51:3, 193:17,
200:17
**producing**
15:19, 89:10,
193:16
**profane**
45:8, 60:19
**profanity**
198:10, 198:14,

199:16, 199:21,
199:22, 200:1
**professional**
15:7, 93:16,
93:18, 97:8
**professionally**
13:8
**professor**
99:19, 99:20,
99:22
**program**
12:1, 14:1,
90:11, 129:12,
130:1, 130:9,
130:20, 131:9,
133:25
**programs**
13:15, 13:23,
14:3, 14:6,
14:11, 60:22
**projecting**
98:19
**projection**
101:18
**projection-style**
99:2
**projects**
18:13, 18:15
**promote**
36:22, 168:17,
210:6
**promoted**
35:20, 191:5
**promoting**
124:6, 125:16,
137:4, 137:18,
168:17, 210:1,
210:12
**promotion**
45:10, 60:22,
137:5
**promotions**
137:5
**prompt**
28:11
**prompted**
201:17
**pronounced**
7:17

properly
142:6
property
60:20
protect
159:19, 159:23
protecting
113:14, 113:21,
117:11, 118:11,
118:21, 187:8
protection
160:2
protocol
118:8
protocols
119:23, 120:2
provide
58:15, 74:22,
87:21, 89:9,
96:20, 98:10,
100:10, 152:15,
159:14, 193:1,
193:15
provided
44:11, 49:22,
51:11, 51:16,
55:23, 110:20,
125:22
provides
43:11, 129:12,
134:1
providing
152:20
public
20:25, 24:4,
24:13, 31:15,
33:16, 37:12,
40:22, 46:22,
65:14, 65:23,
69:6, 108:21,
118:4, 120:4
publications
87:20
publicly
46:17
pull
108:3, 111:18,
153:6, 161:21,

165:1, 195:18,
195:19, 203:3,
221:12, 221:13,
224:15, 226:9
pulling
122:16
pulse
186:16
purposes
4:7, 221:11
pursuant
233:4
put
39:18, 54:18,
71:9, 90:21,
136:1, 138:21,
189:8, 195:21,
197:15, 214:21,
219:17, 219:23,
220:3, 230:17
putting
171:20

Q

qualify
125:10
quality
227:4
question
9:2, 9:4, 9:9,
9:15, 9:16,
10:4, 12:8,
21:10, 21:19,
21:21, 22:17,
24:17, 27:23,
30:5, 32:2,
35:22, 36:5,
37:8, 39:17,
39:23, 39:24,
40:1, 44:21,
48:19, 53:11,
66:16, 79:25,
80:1, 82:20,
92:12, 100:24,
101:12, 101:16,
101:20, 106:3,
106:5, 108:2,
116:5, 120:15,

121:10, 126:6,
131:2, 148:6,
148:25, 152:16,
152:21, 153:3,
154:18, 162:24,
164:1, 169:21,
170:7, 175:8,
182:11, 182:14,
186:4, 209:21,
217:7, 219:11,
229:18
questions
8:22, 19:14,
26:18, 64:21,
66:4, 69:8,
69:17, 148:1,
153:2, 188:10,
188:14, 188:17,
188:25, 229:15
quick
151:2, 163:22,
202:18, 223:10,
224:11, 229:17
quickly
28:11
quite
68:21, 69:10,
97:10, 156:18,
184:21, 223:4
quote
129:12, 129:17,
167:24, 188:21

R

race
37:22, 107:18
rachel
2:26, 198:15,
202:21
racial
107:3, 107:9,
107:13, 107:23,
143:14, 143:17,
143:18, 145:9,
145:15, 145:21,
146:3, 171:24,
174:14, 209:11,
209:15, 209:16,

209:18
radar
181:16
radio
154:13
raise
36:22
ran
34:19, 35:1,
37:1, 99:5
range
89:15
ranking
90:8, 90:9,
104:20
ranks
105:9, 105:12
rather
82:2, 86:8,
104:1, 152:20
raven
154:7
reach
69:12, 147:21,
148:1
reached
149:11
react
30:21, 30:23
reactions
30:24, 91:3
read
19:1, 35:8,
51:1, 52:11,
57:10, 60:2,
76:2, 96:4,
108:16, 109:5,
114:7, 114:10,
118:20, 128:11,
128:14, 129:10,
131:20, 132:3,
135:22, 139:18,
143:7, 145:19,
146:19, 146:24,
151:2, 151:16,
153:24, 155:4,
163:22, 165:19,
165:23, 169:12,

169:18, 169:20,
169:22, 171:8,
180:20, 184:5,
190:15, 191:23,
196:5, 198:5,
222:5, 222:11,
222:20, 227:1
**reading**
68:23, 155:13
**real**
163:17, 164:4,
164:8
**realize**
9:21, 198:1
**really**
34:11, 43:7,
56:3, 71:14,
71:21, 79:11,
79:13, 81:18,
90:7, 102:25,
104:15, 107:25,
148:7, 169:10,
170:11, 224:9,
225:12
**reason**
10:13, 60:5,
61:3, 99:16,
102:25, 107:24,
112:11, 118:7,
119:5, 152:13,
154:22, 158:19,
176:3, 219:5
**reasonably**
71:1
**reasons**
60:15, 60:16,
61:4, 61:7,
61:15, 90:5,
136:24, 136:25,
195:4, 211:5,
214:18, 214:22
**recall**
14:19, 20:18,
21:7, 22:3,
22:4, 22:9,
22:22, 26:9,
26:15, 31:22,
35:3, 35:12,

45:12, 48:3,
62:13, 62:15,
63:12, 63:25,
72:4, 72:9,
75:1, 87:25,
89:24, 94:4,
98:16, 99:11,
100:16, 100:20,
101:17, 108:13,
118:12, 119:19,
119:24, 126:15,
126:17, 136:22,
149:13, 152:8,
158:25, 159:3,
163:9, 163:11,
164:24, 177:5,
177:6, 177:10,
177:12, 180:14,
182:21, 188:22,
189:5, 197:5,
197:12, 200:19,
200:25, 201:22,
211:18, 216:19,
217:1, 218:4,
219:3, 219:19,
227:25, 228:3
**recap**
127:19
**receive**
79:17, 81:10,
83:23, 84:1,
84:4, 84:5,
84:9, 90:4,
90:14, 90:17,
100:6, 116:25,
148:10, 148:11,
167:6, 168:5,
186:14, 190:5,
190:7, 203:21
**received**
70:21, 78:24,
92:25, 93:7,
101:21, 109:20,
110:3, 111:1,
115:12, 121:18,
121:24, 122:5,
137:15, 144:6,
169:4, 176:14,

177:2, 208:1,
211:24
**receiving**
69:1, 69:24,
70:10, 101:2,
127:21, 129:6,
132:25, 216:16
**recent**
13:10, 33:15,
65:23, 79:12,
81:17, 84:23,
104:19, 116:14
**recently**
11:25, 22:21,
184:21, 200:18,
206:19, 217:19
**recess**
56:23, 95:15,
108:23, 150:2,
174:5, 202:13
**recognize**
170:24, 199:7,
202:23, 215:14,
226:18
**recollection**
8:24, 113:8
**recommended**
193:13
**record**
7:20, 56:20,
56:22, 56:25,
73:5, 73:11,
95:12, 95:14,
95:17, 150:1,
150:4, 173:20,
174:7, 202:12,
202:15, 230:17,
230:18, 230:22
**recorded**
10:3
**recording**
4:6, 4:20,
56:22, 56:25,
95:14, 95:17,
150:4, 174:4,
174:8, 202:15,
230:23
**red**
131:16, 133:17

**redesign**
88:11
**reduced**
232:20
**refer**
7:16, 10:18,
10:21, 11:2,
12:20, 131:19,
132:15
**reference**
45:1, 118:25,
119:3
**referred**
171:16
**referring**
11:9, 82:22,
113:9, 130:15,
164:11
**refers**
10:23, 113:24,
114:1, 130:17
**reflecting**
108:12
**regard**
41:2, 53:13,
78:1, 104:5
**regarding**
189:25
**regardless**
125:25
**regards**
26:19, 34:8,
35:14, 35:18,
41:20, 42:16,
47:23, 48:22,
51:9, 59:18,
61:17, 62:11,
62:18, 63:8,
63:18, 64:10,
71:11, 77:13,
85:20, 107:9,
107:13, 107:23,
115:25, 116:20,
117:6, 117:9,
117:13, 117:22,
118:9, 118:19,
122:17, 147:15,
148:21, 155:24,

160:19, 182:12,
188:11, 191:21,
192:15, 195:2,
203:6
**regents**
1:9, 4:23,
5:23, 232:12
**register**
161:5
**registering**
160:25
**regular**
9:11, 74:8,
75:12, 231:10
**regularly**
34:16, 74:7,
74:8
**relate**
107:18, 109:10,
187:9, 187:25,
189:3, 190:25,
199:13, 203:8,
205:6
**related**
44:23, 60:23,
65:22, 90:15,
90:18, 122:21,
164:16, 188:13,
189:1, 194:19,
203:22, 207:15,
210:1, 210:11,
220:15, 233:8
**relates**
49:21, 123:2,
143:2, 183:13,
183:22, 184:6,
184:11
**relating**
21:13, 22:1,
63:16, 64:21,
109:15, 114:19,
119:7, 145:9,
148:1, 169:23,
183:20, 184:13,
193:24, 203:18,
206:6, 206:10,
209:17, 213:9,
216:1, 216:17

**relation**
113:3, 166:9,
193:18, 200:3
**relation's**
187:1
**relations**
16:20, 16:21,
16:24, 46:21,
46:25, 47:6,
47:22, 62:3,
62:25, 167:1,
186:25
**relatively**
203:12
**relayed**
184:19
**release**
146:18, 146:20,
146:25, 216:20,
216:21, 222:6,
222:21, 223:7
**relevant**
37:10, 74:12,
102:9, 105:11,
120:9, 120:16,
192:10
**reliability**
85:13
**relies**
213:3
**rely**
123:12
**remain**
54:2
**remained**
115:9
**remember**
4:4, 4:9,
25:22, 35:6,
35:11, 43:23,
48:1, 53:8,
62:9, 68:4,
72:5, 89:17,
89:22, 89:25,
98:15, 99:11,
100:17, 164:20,
196:14, 200:21,
207:7, 212:4,

218:1, 218:13,
228:23, 228:24,
230:4
**remembering**
204:25
**remind**
72:1, 223:11
**remotely**
1:29, 4:2, 5:6
**remove**
49:2, 52:20,
53:2, 53:5,
53:23, 54:5,
54:11, 54:13,
54:15, 55:4,
57:8, 57:16,
58:3, 58:6,
58:16, 59:7,
59:21, 60:4,
61:3, 61:8,
71:24, 76:23,
101:6, 101:10,
101:14, 148:16,
174:23, 175:11,
178:13
**removed**
26:1, 26:8,
61:14, 72:12,
72:17, 141:17,
177:1, 177:20,
201:3
**removing**
71:11, 72:6,
179:24, 181:25,
201:1
**render**
213:7
**renewable**
173:16
**repeat**
13:20, 18:19,
21:22, 24:17,
39:16, 100:24,
116:4, 126:5,
131:2, 163:25,
182:13
**repeated**
68:1, 160:4,

200:8, 217:24
**repeating**
170:19
**rephrase**
12:8, 21:9,
27:22, 29:18,
30:5, 32:2,
37:8, 44:21,
48:18, 57:21,
73:15, 106:5,
125:8, 186:4,
192:22, 208:23
**replied**
55:1, 87:2,
98:12, 197:8
**replies**
25:14, 25:17,
98:6, 193:2,
197:12
**reply**
19:2, 20:9,
21:8, 21:12,
21:24, 25:10,
27:2, 29:14,
55:4, 96:15,
97:23, 98:3,
99:5, 99:7,
100:7, 101:23,
102:13, 102:19,
196:12
**replying**
22:7, 23:24
**report**
17:2, 17:10,
17:13, 20:22,
21:13, 21:25,
22:17, 22:19,
27:3, 31:17,
41:14, 55:4,
74:1, 76:20
**reported**
55:2, 232:18
**reporter**
1:27, 4:12,
5:24, 6:2, 6:6,
10:3, 142:5
**reporting**
22:8, 23:25

reports
16:25, 18:7,
22:16, 185:25
represent
5:9, 7:10,
47:16, 47:17,
108:10, 111:12,
112:6, 187:5
representation
97:1, 112:12,
151:19
representative
187:7, 187:14
represented
14:5, 15:9,
159:17
representing
2:12, 2:20,
5:5, 5:12, 5:16,
5:25, 47:8,
112:14
represents
103:21
reputation
37:6, 186:22,
187:9, 187:13
request
94:11, 221:4,
221:8
require
52:24, 57:19,
57:24, 200:10,
203:23
required
58:8, 59:25,
148:17, 148:23,
208:10
requirement
60:9, 106:10
requirements
89:13
requiring
52:19, 59:21
research
87:14, 114:12,
114:24, 120:7,
120:8, 120:18,
121:19, 122:20,

122:21, 122:23,
123:1, 123:2,
123:20, 129:21,
130:7, 131:5,
133:23, 134:1,
134:5, 141:19,
151:6, 165:25,
166:8, 167:25,
168:2, 168:6,
168:8, 168:18,
168:19, 168:23,
168:24, 169:9,
169:14, 169:15,
169:19, 169:23,
170:2, 170:3,
170:9, 171:16,
183:6, 183:7,
183:13, 183:21,
185:23, 188:5,
188:13, 188:19,
193:24, 194:10,
194:12, 194:16,
196:23, 203:19,
204:6, 204:11,
204:13, 206:6,
213:2, 213:4,
213:8, 213:10,
213:12, 213:14,
213:15, 216:7,
224:2, 224:3,
224:7, 227:10
research-related
203:9
research-type
228:6
researchers
228:11
residents
36:19
resolve
87:9, 87:15
resort
80:13
resource
16:7, 129:13
resources
87:14, 96:22,
123:13, 173:16

respect
227:4
respective
233:2
respond
10:4, 25:16,
69:14, 96:14,
101:13, 103:10,
105:20, 190:20,
196:11
responded
97:23, 98:3,
99:12, 197:9,
222:10
response
78:19, 98:14,
100:14, 103:5,
112:16, 149:2,
152:15, 166:21
responses
96:17, 197:13
responsibilities
18:9, 18:11
responsibility
19:7, 23:2,
59:3, 92:14
responsible
23:7, 23:11,
23:12, 23:15,
42:23, 89:1,
91:22, 91:25,
110:24, 140:16,
187:3
restart
173:20
restate
168:20, 169:21,
217:6
restrict
24:7, 64:6,
157:1, 157:10,
158:9, 175:21,
175:24, 176:7,
179:2
restricted
24:8, 25:3,
25:4, 25:6,
25:13, 26:2,

27:8, 27:11,
41:25, 128:8,
160:14, 175:16,
178:8, 179:25
restricting
25:14
restriction
24:24, 25:22,
25:25, 26:8,
27:12, 76:12,
115:2, 121:5,
141:16, 157:7,
157:8, 157:13,
157:15, 157:23,
175:23, 178:12,
178:13, 178:23,
179:4
restrictions
76:15, 121:9,
141:15, 156:24,
175:15, 181:25
restrictive
30:6
result
163:7, 163:12,
164:22
resulted
121:12
resuming
202:1
revie
77:2
review
53:16, 71:16,
72:1, 74:7,
74:8, 78:12,
78:22, 110:9,
110:13, 116:17,
189:15, 217:13,
225:18
reviewed
111:1, 179:22,
217:9
reviewing
75:22, 78:1,
78:2, 92:23
right
7:9, 10:9,

45:22, 46:14,
49:2, 49:24,
50:8, 54:23,
55:24, 57:2,
60:4, 68:8,
75:25, 76:25,
78:19, 90:19,
91:17, 94:10,
103:20, 132:10,
132:13, 142:5,
149:16, 150:7,
150:8, 150:11,
165:5, 170:3,
191:23, 204:21,
209:1, 222:13,
224:11, 229:12,
229:14, 230:4
**rights**
60:21, 154:15,
156:6, 170:10,
171:9, 171:13,
171:20, 172:4,
174:16
**ringing**
35:24
**ripped**
194:24
**rj**
2:24, 5:5
**role**
12:2, 12:16,
15:5, 15:7,
15:13, 15:16,
53:16, 58:18,
58:23, 60:10,
60:11, 63:23,
64:11, 65:2,
72:19, 79:3,
92:18, 97:8,
98:7, 152:14,
161:4, 169:11,
174:24, 175:13,
187:11, 194:4,
194:6, 194:7
**roll**
146:7, 147:4
**rolling**
148:21

**rosy**
135:7, 135:16,
135:21, 136:13,
137:23
**rot**
168:12
**rounds**
78:12
**router**
173:21
**rpr**
1:27, 232:4,
233:20
**rumor**
98:17
**run**
4:3, 33:12,
33:25, 34:10,
34:24, 35:13,
38:2, 91:7,
94:22, 98:7,
99:7, 100:7,
102:19, 178:25,
193:2
**running**
33:22, 185:19
**runoff**
172:14, 172:25
**runs**
190:17
**russia-ukraine**
184:22

---

**S**

**sad**
109:8
**safe**
117:13
**safety**
33:16
**said**
11:20, 17:12,
26:5, 42:21,
46:11, 50:25,
65:17, 69:19,
77:1, 80:3,
83:4, 83:8,
83:9, 89:18,

99:18, 101:13,
110:11, 119:13,
135:22, 166:11,
169:22, 187:21,
204:15, 208:25,
212:1, 216:9,
216:11, 216:23,
232:14, 232:18,
232:19, 232:23
**saith**
231:12
**same**
12:15, 38:22,
78:3, 84:19,
105:22, 105:23,
106:7, 144:18,
144:19, 144:21,
144:23, 157:25,
178:17, 179:5,
179:20, 223:13,
231:6
**sarah**
113:1
**saw**
110:6, 152:25,
173:12, 176:22,
182:22, 182:25
**say**
31:8, 31:19,
36:25, 38:6,
38:20, 40:7,
43:10, 46:23,
48:21, 58:9,
60:8, 68:11,
72:16, 79:20,
81:11, 81:21,
82:6, 83:18,
90:5, 93:17,
97:20, 98:8,
102:4, 104:15,
104:21, 106:20,
111:5, 115:24,
116:7, 116:18,
117:8, 117:10,
119:10, 120:24,
123:17, 129:2,
132:13, 138:20,
147:8, 147:17,

152:11, 164:5,
168:10, 178:3,
181:10, 184:16,
193:7, 195:8,
195:11, 203:20,
204:8, 206:16,
208:15, 210:5,
212:14
**saying**
54:9, 59:6,
64:25, 100:3,
100:7, 149:10,
186:3, 186:6,
209:3, 220:1,
227:1
**says**
48:1, 48:3,
48:7, 52:11,
52:23, 57:10,
60:1, 60:15,
61:2, 61:6,
109:5, 115:17,
118:20, 129:4,
129:10, 131:20,
145:14, 145:19,
146:8, 155:4,
164:3, 165:19,
170:6, 171:8,
190:15, 196:4,
198:4, 198:18,
222:5, 222:20
**scam**
159:19
**scenario**
194:14, 194:15,
194:17, 194:23
**science**
154:2
**scope**
42:8, 209:20,
212:24
**scrap**
40:3
**scratch**
144:2, 190:13
**screen**
45:17, 57:4,
80:18, 95:21,

103:17, 189:9,
229:21
**screenshot**
108:10, 108:25,
109:16, 111:14,
112:4, 114:16,
114:21, 115:22,
116:12, 124:3,
125:1, 127:12,
133:19, 134:20,
134:25, 135:20,
137:20, 137:22,
138:10, 138:12,
139:9, 142:15,
144:18, 145:5,
145:7, 150:24,
151:25, 153:16,
153:19, 156:2,
162:5, 165:15,
171:3, 199:11,
200:20, 205:4,
215:15, 221:23,
222:4, 222:7,
222:19, 226:23,
230:8
**scroll**
50:15, 95:22,
125:15, 151:10,
153:14, 153:22,
189:16, 189:21,
195:23, 229:23
**search**
87:23
**searches**
91:8
**season**
225:15
**second**
118:19, 131:15,
135:7, 139:13,
143:6, 160:17,
195:17
**second-to-last**
125:3
**section**
31:3, 52:4,
90:22, 102:24,
112:5, 127:13,

134:22, 138:13,
139:10, 142:16,
153:20, 178:5,
183:2, 198:4,
226:3, 230:9
**sections**
68:19, 74:9
**securing**
194:19
**security**
199:12
**seeing**
88:9, 89:17,
111:9, 166:18,
201:5
**seem**
173:18
**seemed**
87:5, 98:21
**seen**
102:12, 105:11,
107:14, 112:1,
122:6, 172:14,
172:19, 184:20,
192:8
**segregate**
13:3
**seldom**
225:5
**seminars**
63:21
**send**
19:3, 159:5,
185:13, 185:16
**sender**
190:15
**sense**
9:9, 170:1,
186:2, 217:22
**sent**
183:5, 185:4
**sentence**
52:9, 129:9
**sentinel**
135:1, 135:2
**separate**
40:16, 73:8,
96:16, 97:23,

98:3, 98:12,
177:16, 196:13
**september**
175:17, 176:18,
176:19
**series**
127:16, 185:3
**serve**
16:7
**services**
134:1
**serving**
67:22
**set**
20:17, 29:21,
30:25, 31:15,
46:20, 147:18,
147:19, 233:11
**sets**
20:15
**settings**
25:12, 26:11,
26:12, 27:14,
30:10, 138:11,
199:12, 201:9,
205:5, 205:6,
205:11
**several**
33:14, 45:8,
68:24, 81:13,
85:22, 86:5,
89:17, 107:2,
117:8, 124:10,
158:15, 162:23,
163:1, 178:16,
185:5, 200:4,
203:7, 225:6
**shaking**
10:5
**shall**
49:2, 60:3,
230:17
**shapes**
91:20
**share**
31:1, 31:9,
31:10, 184:10,
191:7

**shared**
45:17, 127:17,
209:5, 222:8,
222:19
**shares**
91:4, 91:5
**sharing**
31:5, 91:6
**sheldon**
155:7, 155:18,
155:25, 156:9
**shelter**
130:9, 130:20,
131:9, 133:24
**sheltering**
130:5
**shopping**
7:17
**short**
56:23, 95:15,
100:2, 150:2,
174:5, 202:2,
202:13, 203:13,
225:12
**shorthand**
171:14
**should**
4:8, 52:3,
56:13, 94:25,
95:3, 110:19,
110:23, 110:25,
121:24, 126:23,
138:2, 138:23,
155:24, 191:15
**shouldn't**
93:17
**show**
81:20, 155:25,
178:5, 215:6
**shown**
155:6, 205:11
**shut**
109:6, 125:20,
168:11
**sibling**
33:10
**sic**
194:2, 194:3

**side**
32:18, 34:12,
34:14, 65:14
**sift**
69:10
**sign**
28:11
**signature**
232:25, 233:12
**signature-5tm1q**
233:18
**significant**
200:22
**signify**
207:23
**similar**
26:18, 26:24,
28:18, 40:24,
80:9, 80:10,
113:20, 167:13,
171:15, 193:11,
194:7, 205:21
**similarly**
97:17
**simple**
168:15
**simply**
157:3
**simulation**
194:13
**simultaneous**
17:22, 72:25,
121:14, 149:18,
208:5
**since**
10:2, 23:9,
46:13, 58:18,
67:21, 88:6,
88:7, 113:12,
115:21, 183:4,
200:17, 200:23,
200:25, 212:2
**single**
58:13, 110:17,
149:11
**sir**
165:6, 170:21,
204:23, 215:9

**sit**
126:2, 126:7,
126:10, 144:17
**sites**
48:24
**sitting**
133:3
**situa**
148:20
**situation**
56:3, 66:21,
67:9, 70:4,
70:12, 70:17,
71:15, 88:1,
101:5, 101:9,
117:25, 166:18,
197:4
**situations**
52:6, 66:8,
69:24, 71:8,
214:15, 220:12
**six**
110:2, 110:21
**skipping**
173:22
**sleeps**
214:10
**slowly**
4:4
**small**
111:13
**smaller**
80:18
**smile**
223:14
**smiley**
221:6
**smiling**
219:18, 219:23,
220:3
**smoothly**
4:3
**soc**
211:13
**societies**
130:2, 130:4
**society**
127:22, 129:7,

129:25, 130:8,
130:21, 133:1
**solar**
173:4, 173:15
**some**
8:16, 10:6,
26:24, 44:11,
49:20, 71:14,
111:16, 124:9,
131:23, 169:13,
172:5, 173:18,
175:2, 183:5,
197:14, 206:9,
206:24, 211:19,
213:9, 218:14,
225:18
**somebody**
28:5, 31:23,
39:11, 39:20,
41:13, 78:18,
79:4, 80:5,
81:22, 82:8,
83:15, 83:18,
84:8, 84:17,
103:11, 158:8,
214:16
**someone**
23:19, 40:5,
70:22, 75:5,
82:11, 82:12,
82:25, 91:10,
98:18, 105:18,
162:16, 218:14,
218:20, 222:5,
225:23
**something**
49:15, 53:3,
75:21, 75:22,
81:11, 85:6,
94:23, 106:16,
119:7, 123:7,
139:19, 145:20,
159:8, 159:10,
162:16, 168:1,
168:10, 181:16,
183:1, 202:17,
225:23
**sometime**
180:16

**sometimes**
32:16, 52:1,
69:9, 69:19,
74:11, 84:1,
90:14, 99:17,
99:21, 99:23,
99:25, 100:5,
100:7, 102:7,
103:4, 103:5,
104:18, 111:9,
116:16, 161:2,
167:15, 167:16,
181:5, 214:5,
214:13
**somewhere**
167:21, 204:20
**soon**
87:6
**sorry**
17:4, 20:2,
21:22, 24:17,
25:18, 27:22,
29:2, 34:11,
35:7, 35:11,
35:25, 36:3,
37:8, 39:16,
39:22, 50:22,
50:23, 53:4,
53:6, 59:17,
62:22, 66:23,
69:4, 76:1,
76:13, 77:11,
79:9, 79:24,
82:9, 95:2,
100:24, 116:4,
126:5, 127:7,
131:2, 137:7,
138:24, 140:13,
141:2, 141:5,
142:4, 143:7,
145:6, 160:8,
163:22, 165:2,
168:20, 169:20,
170:11, 173:17,
176:18, 181:17,
181:20, 187:20,
195:17, 195:21,
201:11, 204:8,

207:16, 208:23,
209:12, 217:6,
224:20, 226:18,
229:25
**sort**
20:5, 22:6,
26:18, 61:19,
71:10, 77:7,
85:19, 102:8,
206:21, 207:12
**sorts**
65:5
**sought**
66:19
**sound**
95:5
**sounds**
56:16, 64:24,
202:25
**source**
68:15, 70:13,
100:2, 209:7
**south**
2:6
**space**
47:13
**spam**
67:19, 68:5,
68:8, 68:12,
68:14, 69:11,
69:18, 70:11,
90:12, 90:16,
90:19, 166:13,
166:20, 166:21,
166:25, 167:13,
167:18, 168:5,
200:4, 200:8
**spam-style**
203:21, 217:15
**spark**
223:13
**speak**
4:4, 98:17,
182:16, 220:5,
227:12
**speaker**
182:24
**speaking**
4:12, 4:15,

64:20, 84:12,
135:3, 151:4,
167:5, 168:9,
181:14, 193:10,
195:9, 195:14,
212:22, 223:5
**special**
18:15, 27:21
**specialist**
11:21, 11:24,
12:10, 12:16,
12:24, 13:12,
13:16, 13:21,
13:25, 14:3,
14:10, 14:25,
15:6, 15:14,
15:23, 42:19,
212:2
**specialists**
33:11, 85:7
**specific**
16:14, 22:22,
23:17, 26:10,
35:13, 42:2,
49:12, 51:12,
61:22, 64:21,
64:22, 65:17,
66:7, 66:23,
67:16, 68:18,
69:13, 72:9,
74:22, 75:1,
75:11, 75:19,
75:20, 76:23,
80:1, 91:8,
98:16, 105:15,
107:20, 110:7,
113:4, 113:9,
118:13, 119:3,
127:20, 145:14,
157:9, 161:13,
161:16, 161:18,
163:10, 163:11,
164:10, 172:11,
180:24, 181:7,
188:22, 197:5,
197:12, 201:1,
201:22, 213:13,
213:19, 213:21,

214:22, 218:1,
218:4, 218:7,
218:9
**specific-named**
224:1
**specifically**
63:18, 64:1,
100:23, 110:6,
113:25, 132:4,
133:8, 141:16,
142:24, 152:23,
170:9, 180:3,
180:4, 189:5,
192:5, 192:16
**specifics**
62:13, 66:4
**speculation**
106:1, 120:13,
148:4, 191:12
**speculative**
175:6, 218:23
**speed**
231:10
**spell**
7:19
**spelled**
123:13
**spelling**
219:14, 220:7
**spent**
97:7
**split**
56:14
**spoken**
182:2
**sports**
90:6
**spring**
44:11, 44:13,
86:25, 125:13,
144:7
**ss**
232:2
**staff**
17:8, 66:12,
66:17, 67:1,
70:23, 93:17,
93:18, 159:21,

165:17, 193:6,
193:8, 207:19
**staffed**
193:20, 193:23,
197:18, 197:20,
225:12
**staffing**
225:13
**stages**
136:16
**standard**
106:15
**standing**
132:10, 132:13
**stands**
184:24
**start**
56:25, 87:4,
95:17, 118:21,
150:4, 179:17,
202:15, 209:3
**started**
14:21, 14:24,
43:25, 46:14,
58:18, 61:25
**starting**
13:10
**startup**
153:25
**state**
2:19, 5:9,
232:1
**stated**
11:14, 16:3,
53:7, 121:17,
172:12
**statement**
43:9, 43:18,
43:19, 43:22,
44:2, 44:6,
44:18, 44:23,
45:1, 45:6,
45:7, 45:18,
46:5, 46:8,
46:19, 47:3,
48:5, 48:11,
48:20, 48:21,
48:25, 49:8,

49:9, 49:16,
51:10, 53:22,
54:3, 59:19,
59:20, 59:25,
60:1, 60:17,
61:2, 61:13,
61:18, 61:20,
61:23, 62:2,
62:7, 62:12,
62:19, 63:1,
63:10, 88:19,
102:20, 136:17,
148:13, 162:22,
163:2, 178:21,
179:8, 208:14
**states**
1:1, 4:24,
96:4, 143:13,
151:16, 153:24,
159:10, 232:9
**statewide**
36:18
**stating**
162:15, 216:21
**station**
154:13
**status**
71:23
**stay**
116:13
**staying**
117:13
**stenographer**
6:4, 6:16,
6:21, 35:7,
50:22, 50:24,
51:5, 76:1,
142:7, 209:12,
224:20, 230:24
**stenographically**
232:18
**step**
223:10
**steps**
86:14, 161:5
**steven**
2:15, 5:16,
221:3, 231:7

**stick**
61:12, 212:22
**sticker**
39:6, 39:7
**still**
14:20, 24:20,
28:3, 28:10,
29:12, 30:1,
38:3, 93:25,
109:14, 131:11,
177:24, 183:8,
192:6, 200:15,
200:16, 205:23,
213:17, 213:20
**stipulate**
6:5
**stop**
34:2, 34:8,
34:25, 36:12,
37:2, 95:23,
128:15, 128:24,
129:4, 168:10,
192:7
**stopped**
93:5, 100:2,
176:24
**stories**
169:13, 169:22
**storm**
194:23
**story**
31:11, 31:12,
39:6, 39:10,
91:12, 151:5,
167:8, 172:17
**strategy**
80:23
**street**
2:16
**stressful**
220:12, 223:5,
223:9, 223:15,
228:16
**stretches**
120:25, 121:1
**strict**
161:9, 161:11
**strictly**
149:6

**stripe**
207:22
**strong**
172:10, 174:15
**structure**
194:6
**student**
13:7, 13:13,
13:22, 14:20,
17:5, 17:7,
17:15, 17:17,
18:5, 18:10,
18:11, 19:6,
19:18, 21:11,
21:23, 22:10,
22:14, 37:24,
69:7, 93:4,
93:10, 93:23
**students**
17:13, 37:21,
69:8, 69:12,
94:2, 108:22,
113:3, 113:15,
113:21, 114:19,
117:11, 117:22,
118:11, 118:22,
135:4, 161:3
**studies**
34:5, 34:6,
173:7, 184:25
**study**
12:18, 169:15,
170:2, 170:3
**stylized**
207:22
**subconscious**
175:1
**subject**
66:14, 78:19,
97:14, 123:14,
153:1, 183:9,
183:21, 186:19,
196:23, 213:19
**subsequently**
63:13, 88:4,
206:13
**subunits**
96:10

**sued**
180:1, 180:19
**suffix**
137:16
**suggest**
32:16, 135:8
**suggested**
32:25, 163:14
**suggests**
187:3
**suing**
154:15, 156:7
**suit**
233:9
**suite**
2:6
**summarizing**
164:13
**summary**
129:18
**summer**
34:5
**sun**
224:13
**supervise**
16:12, 42:24
**supervision**
19:11
**supervisor**
77:16, 92:4,
164:19
**support**
209:15, 212:12
**supporting**
98:23
**sure**
21:5, 21:15,
22:5, 23:18,
26:7, 26:16,
28:25, 34:21,
38:10, 39:18,
43:7, 48:9,
72:22, 75:13,
77:15, 82:22,
87:22, 102:11,
109:19, 118:14,
128:20, 129:23,
142:6, 147:6,

151:23, 152:12,
155:19, 156:10,
156:13, 157:5,
158:21, 160:9,
163:16, 164:3,
164:10, 172:21,
178:15, 184:21,
187:6, 189:21,
191:25, 193:6,
195:8, 203:20,
208:16, 209:20,
209:22, 211:24,
211:25, 214:21,
217:20, 219:21,
220:8, 220:25,
221:4, 222:18
**sure-fire**
88:1
**surprised**
219:16, 219:22,
219:25, 220:2
**suzie**
125:4, 125:6,
125:10, 126:8,
126:10
**swear**
6:2
**swearing**
6:5
**sweep**
86:20
**switch**
79:15
**symposium**
124:7
**synonymous**
157:25, 158:2
**synonyms**
106:12
**system**
99:24
**systemic**
143:15

---
                    **T**
---

**tab**
40:16, 41:18,
78:6

**tabletop**
194:1, 194:9
**tag**
38:8, 38:10,
38:13, 38:21,
38:23, 39:1,
39:5, 40:22,
41:12, 105:6,
178:3
**tagged**
39:13, 40:13,
40:18, 40:24,
41:8, 41:9,
41:12, 41:18,
176:11, 176:15,
176:23, 177:3,
177:14, 178:5
**tagging**
40:15, 75:6,
105:13, 105:19
**tags**
39:3, 39:11,
39:20, 40:5,
177:1, 177:20
**tail**
153:23
**take**
8:20, 9:11,
9:14, 9:17,
56:13, 73:24,
86:13, 93:20,
99:19, 103:16,
108:18, 112:23,
148:22, 151:3,
156:15, 159:11,
159:15, 159:25,
161:3, 163:24,
164:18, 167:14,
173:10, 181:23,
189:15, 213:24,
223:10, 225:18
**taken**
59:3, 115:22,
157:16, 159:13,
159:15, 200:20,
207:17
**takes**
158:7

**taking**
5:6, 10:9,
149:16, 233:3
**talk**
4:5, 11:18,
85:19, 141:4,
143:18, 147:20,
161:14, 162:9,
163:5, 187:17
**talked**
8:16, 141:6,
175:14, 196:3
**talking**
11:7, 41:10,
56:4, 57:7,
70:6, 83:20,
113:6, 132:24,
142:25, 143:14,
156:18, 164:3,
184:8, 187:23,
219:13
**talks**
130:14, 132:14
**tap**
39:2
**targeted**
36:19
**team**
13:19, 14:14,
85:9, 90:6,
92:17, 155:21,
215:17
**teams**
162:6, 165:16,
171:4, 188:24,
215:16, 221:24
**tech**
87:20
**technical**
81:5
**technical-related**
4:17
**technician**
2:23, 4:1,
150:12, 165:4,
165:6, 170:18,
170:21, 189:13,
204:23, 215:8,

**226:14**
**telephone**
35:24
**tell**
113:10, 113:12,
124:19, 124:25,
125:1, 135:15,
135:18, 151:24
**temporary**
31:13
**ten**
72:16, 72:17,
72:20, 72:22,
73:10, 146:21
**ten-minute**
56:13, 149:16
**term**
34:6, 82:17,
166:22
**terms**
68:14, 136:12,
161:10, 180:24,
203:9, 203:18,
209:24, 209:25,
217:11
**terrier**
127:20, 129:6
**testified**
7:5, 8:11,
58:2, 94:3,
177:13, 191:6
**testify**
10:11, 10:14
**testifying**
54:10, 59:11,
210:25, 230:5
**testimony**
6:7, 6:18, 7:4,
35:8, 51:1,
54:19, 76:2,
121:22, 174:13,
219:8, 232:15,
232:17, 232:23,
233:11
**testing**
128:15, 128:25,
129:4, 131:24,
132:24, 133:25,

168:11, 199:18,
199:19, 203:22
**text**
39:8, 39:9
**th**
124:7, 125:17
**thank**
4:1, 4:18,
4:19, 6:16,
6:21, 9:19,
51:5, 108:19,
127:9, 158:23,
165:6, 170:21,
178:6, 189:24
**thanks**
45:22, 76:25,
166:1, 202:25
**thanksgiving**
108:23, 117:14
**theirs**
178:4
**themselves**
5:9, 19:19,
201:9
**thereof**
233:10
**thing**
32:11
**things**
16:8, 158:1,
179:16, 179:22,
184:14, 184:18,
224:7
**think**
37:12, 39:4,
39:25, 51:24,
59:24, 66:23,
67:16, 71:7,
75:19, 83:7,
86:10, 90:20,
91:5, 94:10,
97:12, 118:7,
119:16, 122:10,
123:11, 124:13,
126:22, 131:11,
131:12, 131:14,
132:11, 133:11,
134:4, 135:23,

137:1, 138:19,
143:12, 152:9,
154:24, 155:23,
158:2, 159:2,
165:2, 168:3,
169:3, 171:23,
173:21, 174:18,
176:4, 182:25,
185:1, 194:22,
203:3, 204:19,
206:24, 215:3,
222:2, 223:12,
224:7, 225:8,
229:11, 229:13,
229:21
**thinking**
188:9
**third**
165:22, 207:1
**thought**
76:14, 87:11,
132:19, 132:21,
144:3, 164:18,
191:10, 191:15,
197:2
**thousands**
69:1, 84:2,
88:24, 89:15,
90:14, 90:17
**thread**
102:23, 162:6,
162:9, 163:23,
165:16, 215:16,
216:23
**threatening**
60:19, 159:6,
162:25, 167:16,
168:15, 228:7
**three**
17:20, 24:1,
109:8, 112:21,
112:22, 112:25,
115:11, 115:15,
120:24, 121:1,
127:23
**through**
11:25, 12:19,
14:12, 26:17,

29:1, 35:2,
67:18, 69:10,
73:17, 77:7,
77:11, 77:17,
86:24, 119:15,
137:18, 150:8,
152:2, 175:17,
178:25, 193:14,
194:13, 194:24,
217:2, 229:9
**throughout**
10:17, 18:15,
63:22, 78:8,
78:9, 78:13,
127:18
**tied**
158:16
**time**
4:15, 5:3, 5:4,
12:23, 15:13,
16:10, 16:11,
17:6, 17:18,
17:24, 22:13,
26:12, 26:13,
31:22, 32:3,
34:9, 36:21,
42:3, 43:3,
45:13, 54:7,
54:21, 56:21,
56:24, 61:20,
66:18, 67:10,
72:19, 74:23,
75:20, 80:23,
81:14, 85:24,
86:7, 88:4,
89:6, 92:25,
94:4, 95:9,
95:10, 95:13,
95:16, 97:7,
98:7, 101:23,
108:18, 113:11,
114:16, 114:21,
119:11, 119:20,
119:24, 127:16,
128:21, 132:18,
134:9, 140:20,
140:23, 140:25,
144:4, 148:22,

150:1, 150:3,
151:3, 152:24,
156:12, 163:24,
174:3, 174:6,
177:11, 179:12,
179:20, 179:23,
183:2, 191:2,
200:23, 202:12,
202:14, 211:20,
212:5, 214:9,
214:17, 217:1,
220:8, 220:22,
223:15, 224:22,
225:16, 225:19,
228:16, 228:20,
230:21
**timely**
187:3
**timer**
72:1
**times**
42:24, 66:25,
67:13, 69:16,
72:12, 72:16,
72:17, 72:20,
72:22, 73:10,
80:11, 81:7,
90:12, 90:16,
99:14, 185:8,
200:5, 213:25,
225:10
**tips**
87:21
**title**
11:23, 11:25,
12:4, 12:12,
12:17, 12:20,
22:20, 22:21,
22:22, 64:12
**titled**
12:2
**titles**
13:3
**today**
5:4, 5:25,
8:22, 10:10,
10:15, 82:3,
126:3, 126:7,

126:10, 133:4,
147:8, 147:9,
165:21
**today's**
5:2, 9:20
**told**
149:10, 219:17,
219:22
**took**
83:9, 86:6,
92:13, 133:18,
140:13, 153:15,
173:11, 220:9
**tool**
25:12, 29:1,
55:24, 56:2,
71:7, 80:12,
80:16, 157:10,
176:3, 176:6,
178:22, 178:23,
212:19
**tools**
26:24, 55:18,
55:23, 81:3,
85:12, 198:8,
198:12
**top**
50:15, 102:9,
102:16, 102:24,
103:21, 105:7,
139:13, 155:3,
171:8, 189:22,
190:14, 206:19,
229:24
**top-level**
137:13
**topics**
65:24, 146:15,
172:13, 204:4,
204:7, 212:16
**tornado**
194:24
**torture**
136:2, 199:19
**torturing**
192:7
**total**
12:18, 203:15

**totally**
173:24
**tough**
104:15, 149:7,
210:8
**tour**
13:16
**toward**
120:1
**towards**
37:20, 108:22,
173:14, 181:19
**tracking**
89:20
**traffic**
91:20, 185:15
**train**
76:14
**trained**
62:11
**training**
61:19, 61:22,
62:17, 62:21,
63:1, 63:10,
194:13
**trainings**
63:15
**transcript**
6:10, 230:25,
232:22
**transcription**
232:21
**treated**
160:19
**treating**
81:1
**treatment**
58:15
**tree**
135:7, 136:13,
137:23
**tree's**
135:16, 135:21
**trial**
143:1
**tried**
28:8, 58:3,
58:16, 59:7,

61:12, 87:4,
88:7
**troubleshooting**
87:10
**true**
6:8, 6:18, 7:4,
158:12, 232:15,
232:22
**trump**
180:19
**trust**
112:14
**truthfully**
10:11, 10:14
**try**
54:1, 54:10,
54:12, 54:19,
57:16, 58:6,
58:14, 69:10,
69:11, 70:13,
70:15, 74:13,
75:8, 78:12,
78:16, 80:15,
86:14, 86:16,
87:21, 110:12,
116:13, 174:23,
175:10, 175:11
**trying**
66:23, 69:12,
131:3, 158:25,
167:9
**turn**
224:12, 224:18,
226:2
**turned**
225:15, 228:4,
228:25, 229:4
**turning**
139:12, 143:4,
151:9, 173:13,
225:7
**turns**
224:23
**twenty-nine**
142:8
**twitter**
15:11, 180:20,
181:1

**two**
13:3, 85:3,
87:23, 89:20,
114:18, 117:10,
118:10, 120:23,
121:3, 121:9,
144:17, 146:19,
158:1, 158:25,
203:14
**type**
18:19, 84:20,
222:22
**typed**
154:12
**types**
19:24, 23:13,
45:2, 45:4,
45:5, 89:4,
91:15, 98:6,
148:10, 148:11,
168:4, 191:7,
200:3, 203:25,
228:22
**typical**
77:8, 77:11,
77:15
**typically**
31:12, 64:20,
92:7, 117:5,
167:7, 167:12,
168:9, 203:23,
212:14, 212:22
**tyrrell**
185:23

---
**U**
---

**ugly**
228:4
**ukraine**
185:4
**ultimately**
32:13, 37:13,
92:13, 164:21,
164:22
**un**
77:4, 178:8
**unable**
4:13

unborn
168:14
under
6:8, 6:19, 7:4,
11:5, 19:25,
20:13, 23:10,
49:8, 49:9,
52:3, 58:8,
59:25, 60:1,
60:17, 92:20,
117:20, 120:11,
163:20, 192:6,
225:2, 232:15
undergo
61:18
undergone
63:17, 122:19
undergrad
97:9, 173:8
underneath
144:25
understand
8:25, 9:3, 9:5,
9:17, 10:6,
10:8, 10:25,
12:22, 12:25,
35:22, 36:5,
46:6, 51:25,
52:19, 59:20,
65:9, 70:15,
106:4, 131:3,
131:16, 133:12,
172:22, 209:20,
211:8
understanding
8:19, 10:23,
16:25, 48:7,
49:7, 54:15,
113:23, 114:3,
128:1, 128:5,
167:3, 167:18
understood
9:8, 60:9,
83:10
undetermined
232:9
unhid
74:23, 75:17

unhidden
26:4, 26:6,
218:11
unhide
73:25, 74:21,
75:15, 75:24,
76:9, 76:19,
76:22, 217:3,
217:10, 218:2
unhiding
74:4
union
13:19, 14:14
united
1:1, 4:24,
232:9
university's
21:14, 22:1,
23:3, 23:20,
28:6, 28:16,
30:19, 38:14,
39:14, 40:17,
40:20, 40:25,
41:19, 41:22,
42:5, 43:15,
46:7, 64:7,
91:23, 92:2,
105:2, 107:7,
107:8, 107:11,
107:12, 107:17,
107:22, 108:11,
112:9, 123:24,
129:9, 129:11,
130:20, 133:24,
138:11, 157:2,
177:9, 177:17,
177:22, 180:7,
182:19, 186:21,
187:9, 187:13,
195:6, 205:18,
211:13
university-wide
12:18
unless
11:14
unlike
27:3, 27:10
unmoderate
77:4, 116:8

unrelated
69:2
unrestrict
179:16
unrestricted
26:3
unserviceable
225:9
unsure
26:9
untag
41:15
untagging
176:21, 176:24
untrue
98:25
unusable
80:12
update
86:5
updated
86:6, 87:7,
122:5
url
91:8, 136:6,
137:16, 154:13
use
7:23, 20:21,
30:24, 55:12,
55:25, 80:16,
80:17, 82:17,
104:20, 105:22,
106:15, 113:22,
152:2, 167:15,
176:7, 198:7,
198:9, 200:10,
212:19
user
24:8, 24:24,
24:25, 25:2,
25:5, 25:6,
25:13, 30:12,
30:21, 30:22,
31:8, 31:16,
31:17, 32:9,
32:17, 38:11,
38:18, 39:1,
40:12, 40:15,

40:21, 41:15,
54:7, 64:22,
76:13, 76:16,
76:17, 105:5,
113:1, 115:2,
157:19, 177:14,
179:13, 181:8,
205:23
user's
23:20, 23:23,
27:8, 28:2,
31:4, 32:8,
40:19, 40:20,
41:16, 41:17,
177:25, 178:2
users
21:4, 25:9,
25:15, 27:11,
30:18, 31:3,
38:13, 41:8,
41:9, 54:5,
65:18, 68:20,
96:6, 96:23,
166:16, 180:14,
180:20, 180:22,
180:25, 196:6
uses
29:5
using
42:13, 125:9,
151:18, 177:14,
192:3, 198:11,
204:1, 211:12
usually
19:12, 67:14,
68:15, 75:15,
77:15, 78:7,
78:9, 78:16,
87:21, 92:11,
111:8, 137:14,
166:13, 185:16,
185:22
utilities
195:1
uw
45:15, 50:1,
77:23, 99:24,
111:19, 122:11,

126:23, 130:1,
138:3, 138:20,
141:25, 150:14,
153:7, 153:19,
153:25, 161:20,
165:1, 170:14,
170:20, 182:8,
183:3, 189:7,
193:25, 198:21,
202:23, 204:17,
209:5, 215:3,
221:14, 224:2
**uw-madison**
38:24, 39:8,
53:17, 60:3,
66:11, 69:5,
96:9, 96:12,
97:13, 99:22,
127:13, 135:3,
139:11, 142:16,
154:15, 159:5,
173:8, 193:14,
205:5, 205:20,
209:6, 212:24,
226:23, 230:9
**uw-madison's**
68:16, 199:11
**uw02**
134:12

## V

**vague**
218:10
**variant**
218:15, 220:6,
220:7, 220:19,
220:24
**variants**
220:13, 220:14,
220:19
**varies**
17:19, 18:3
**various**
31:3, 36:16,
36:22, 85:12,
184:11, 185:20,
194:25, 207:18
**vary**
18:1, 23:16,

41:1
**veil**
183:1
**vein**
113:20
**ventured**
188:4
**verbally**
10:4
**verbatim**
167:15, 188:21
**verdict**
180:24
**verified**
6:12, 233:12
**verify**
112:13
**versa**
52:8
**version**
81:3, 231:5
**versus**
4:22, 52:4,
105:8, 123:9,
140:21, 157:3
**veterinary**
130:1
**via**
4:14, 5:7
**vice**
16:23, 52:8
**victims**
163:17, 164:4,
164:9
**video**
4:11, 4:13,
5:3, 5:6, 40:13,
40:16, 216:17,
216:22, 217:17
**videographer**
2:24, 4:19,
5:4, 5:24,
56:19, 56:24,
95:11, 95:16,
149:25, 150:3,
173:17, 174:1,
174:6, 202:11,
202:14, 230:16,

230:21
**videos**
40:18
**videotaped**
1:15, 4:21
**view**
24:4, 24:13,
28:6, 28:10,
28:15, 29:10,
29:16, 40:18,
40:24, 51:15,
51:21, 51:22,
73:20, 73:21,
73:23, 126:2,
126:3, 126:8,
162:19, 168:16,
170:8, 174:19,
196:19, 211:10
**viewable**
229:9
**viewed**
141:9
**viewers**
65:12
**views**
169:9, 175:2
**violate**
125:7, 128:24,
139:14, 179:7,
179:15
**violating**
120:2, 178:19
**violation**
60:20, 118:8
**viral**
167:8
**virtual**
2:1, 232:19
**virtually**
1:16, 232:7,
233:5
**virus**
151:5, 210:4
**visible**
28:3, 40:21,
76:16, 109:3,
109:14, 111:13,
205:23

**visitor**
13:15, 13:23,
13:25, 14:3,
14:5, 14:10
**visuals**
65:16
**vivisection**
199:20
**voice**
5:8
**volumes**
212:20
**vote**
160:25, 161:8
**voters**
161:3
**voting**
161:7, 161:16
**vs**
1:7

## W

**w**
115:17, 144:25,
145:1
**w-n-p-r-c**
199:20
**wacker**
2:6
**waived**
233:1
**walk**
26:17, 77:7,
77:11, 119:15
**wall**
207:21
**want**
8:17, 26:17,
45:14, 48:9,
52:22, 142:6,
150:8, 156:22,
157:5, 157:12,
164:25, 168:6,
174:10, 178:1,
202:5, 211:4,
211:9, 231:9,
231:11
**wanted**
136:15, 195:20,

**warren**
151:12
**washington**
90:9
**watch**
77:2, 78:7,
80:22, 90:24,
111:7
**watching**
77:9, 77:10,
80:19
**wave**
167:6
**waves**
166:14
**way**
6:11, 8:12,
23:22, 24:12,
28:5, 28:14,
39:18, 40:24,
56:15, 73:16,
75:23, 83:24,
90:21, 93:24,
122:22, 135:15,
181:12, 183:10,
188:10, 194:16,
211:13, 220:23,
221:5, 229:25,
231:7, 233:8,
233:9
**ways**
23:19, 30:11,
30:17, 31:3,
41:11, 47:1,
53:7, 54:23,
97:5, 181:10
**we'll**
64:20, 99:17,
100:7, 104:19,
104:20, 112:15,
148:11, 166:14,
167:5, 186:14,
226:7, 231:4
**we're**
11:7, 11:9,
56:4, 56:21,
56:25, 69:15,

195:21, 231:7

70:6, 70:10,
93:25, 95:13,
95:17, 122:16,
126:22, 149:25,
150:4, 161:1,
169:5, 174:7,
199:4, 202:11,
202:15, 215:4,
219:13, 223:2,
225:11, 230:22
**we've**
34:3, 54:16,
78:24, 85:9,
134:24, 156:18
**weaning**
173:13
**web**
43:16, 45:18,
65:11, 85:18,
91:12
**website**
31:20, 43:10,
43:22, 43:25,
44:18, 46:22,
47:6, 137:13,
154:13, 187:1
**wednesday**
1:18
**week**
85:3, 147:24,
231:8
**week-old**
83:19, 84:8,
116:20
**weekly**
89:12
**weeks**
110:1, 110:2,
110:21, 115:21,
116:2, 116:11,
145:2, 145:4
**welcome**
57:2, 95:19,
150:7, 161:14
**welfare**
145:22
**went**
11:25, 86:24,

217:2
**west**
2:16
**western**
1:2, 4:25,
232:10
**wh**
57:7
**wha**
167:25
**whatever**
68:18, 91:12,
160:1, 231:8
**whatnot**
185:4
**whenever**
80:16, 86:6
**wherein**
76:17, 232:11
**whereof**
233:11
**whereupon**
7:1, 45:19,
50:4, 108:6,
111:20, 122:12,
127:1, 134:14,
138:4, 139:1,
142:1, 144:12,
150:16, 153:8,
161:22, 165:7,
170:15, 189:10,
198:22, 215:10,
221:15, 226:11
**wherever**
99:25
**whether**
20:23, 51:12,
51:18, 52:16,
53:2, 53:12,
55:3, 56:4,
64:6, 65:7,
73:24, 82:9,
103:9, 103:10,
106:16, 117:18,
119:15, 122:20,
123:1, 123:6,
123:7, 123:19,
125:25, 126:3,

126:8, 130:8,
133:24, 134:6,
135:16, 140:3,
143:21, 147:10,
147:14, 149:4,
153:1, 154:9,
155:17, 156:19,
156:25, 157:1,
162:17, 162:20,
164:8, 183:25,
213:22, 214:4,
217:3, 217:10
**whoever**
92:6, 99:6,
106:21, 110:24,
214:9
**wi**
2:19
**wide**
12:1, 173:10,
208:2
**wikipedia**
97:13
**win**
90:6
**wind**
173:4, 173:15
**winning**
135:4
**winter**
108:23
**wisconsin**
1:2, 1:11,
2:14, 2:17,
4:23, 4:25,
5:15, 8:2,
13:19, 14:14,
100:3, 100:9,
104:22, 130:10,
191:18, 196:10,
232:11, 232:13
**wisconsin's**
122:20
**wisconsin-madison**
8:4, 8:6,
10:19, 10:22,
10:24
**wish**
9:23, 168:13

wishing
228:10
wit
232:6
within
16:14, 16:17,
16:19, 16:22,
17:9, 29:4,
29:21, 33:11,
37:24, 39:2,
39:9, 40:15,
41:3, 41:7,
42:8, 43:6,
47:12, 49:16,
49:22, 55:8,
61:12, 66:12,
72:19, 73:6,
74:4, 79:19,
83:1, 85:8,
86:11, 89:11,
89:20, 92:16,
117:7, 117:8,
124:3, 130:25,
179:22, 194:5,
200:8, 201:8,
212:24, 223:3
without
26:13, 28:5,
28:15, 107:19,
149:9, 149:10,
201:12
witness
3:2, 6:3, 6:6,
6:7, 6:11, 6:20,
7:3, 17:24,
35:25, 43:18,
50:23, 51:3,
94:21, 95:1,
95:4, 125:14,
202:9, 232:14,
232:18, 232:20,
232:23
women
163:17, 164:4,
164:8
wonder
173:19
wondering
163:6, 203:16

wonky
79:13
word
29:4, 29:5,
29:20, 71:9,
71:18, 71:20,
72:10, 72:12,
72:18, 73:9,
73:18, 76:24,
79:6, 125:9,
128:10, 128:17,
152:3, 152:4,
166:20, 187:20,
200:8, 206:16,
209:9, 209:17,
211:2, 211:7,
212:15
words
67:25, 68:3,
71:12, 71:13,
71:17, 72:4,
72:13, 73:5,
105:1, 105:23,
105:24, 106:7,
106:12, 128:17,
138:14, 167:14,
199:15, 199:18,
199:25, 200:2,
200:15, 201:1,
201:2, 201:3,
201:7, 201:8,
203:15, 205:7,
205:17, 205:20,
206:2, 206:5,
206:9, 206:12,
207:14, 209:9,
212:23, 217:19
work
8:1, 8:7, 13:9,
17:8, 38:16,
42:13, 87:5,
94:1, 186:8,
187:6, 192:10,
193:14
workday
117:3, 117:4
worked
182:17

working
13:13, 74:16,
77:23, 81:4,
183:2, 217:14,
217:20
workload
117:4, 214:8
works
28:24
workshop
190:1
worthy
185:12
wouldn't
40:7, 81:8,
81:20, 101:6,
101:9, 116:6,
119:8, 119:11,
123:9, 126:15,
141:12, 181:17,
220:2
wrap
174:10
write
18:14, 38:20
writers
183:10
writing
39:8
wrote
24:25
wrt
154:13

**Y**

year
17:19, 18:16,
107:4, 127:18,
147:24, 176:5,
220:8, 222:13,
225:17
year-end
127:19
years
14:9, 14:13,
58:24, 98:8,
146:21
yellow
124:14, 124:15,

127:24, 135:8
yep
95:10
you-rah-rah-style
104:24
young
155:6, 155:18,
155:25, 156:9
yourself
4:15, 47:9,
123:18, 223:11

**Z**

zero
22:12
zoom
5:7, 127:7,
205:13, 222:2,
222:3, 222:18

**0**

00
1:19, 78:23,
174:3, 202:4,
214:11, 214:12
00099
1:7, 5:1
0026
189:7
004571
1:28
0076
50:1
01
150:1
0114
138:20
0115
141:25
0144
138:3, 204:17
0145
198:21
0150
45:15
0242
111:19
0245
122:11

**0262**
134:12, 134:13
**0274**
153:7
**0284**
126:23
**0358**
150:14
**0449**
165:1, 165:3,
165:4
**05**
5:3
**0520**
161:20
**06**
202:14
**0695**
215:3
**0701**
170:14, 170:20
**0703**
221:14
**08**
174:7
**084**
1:28

---
**1**
---

**1**
94:16, 95:4,
95:7, 95:8,
95:16
**1,000**
89:19
**10**
1:19, 5:3,
149:20, 149:22,
149:23
**108**
3:10
**11**
56:21, 56:24,
140:12
**111**
3:11
**114**
138:23

**12**
95:13, 115:17,
115:21, 116:2,
116:11, 116:20
**122**
3:12
**127**
3:13
**134**
3:14
**138**
3:15
**139**
3:16
**142**
3:17
**144**
3:18, 138:20
**150**
2:6, 3:19
**153**
3:20
**16**
150:3
**161**
3:21
**165**
3:22
**17**
2:16, 108:4,
108:12, 110:1,
112:7
**170**
3:23
**1792**
2:18
**189**
3:24
**19**
33:16, 65:22,
108:21, 120:4,
122:21, 123:2,
144:11, 144:24,
151:6, 151:8,
228:15
**198**
3:25

---
**2**
---

**20**
3:8, 45:15,

45:20, 45:25,
48:4, 48:21,
59:14, 59:16,
59:19, 195:19,
203:2
**2011**
14:12
**2012**
14:15
**2013**
12:11, 14:12,
14:24, 15:2,
15:3, 15:14,
15:22, 23:9,
43:25, 46:14,
212:2, 212:3
**2014**
58:18
**2018**
38:5
**2019**
38:5
**2020**
22:15, 38:6,
84:9, 94:7,
94:8, 94:9,
108:4, 108:12,
110:1, 112:7,
112:19, 113:13,
122:4, 175:17,
176:18, 176:19,
226:9, 228:1,
228:14
**2021**
1:18, 35:2,
44:12, 44:14,
86:22, 88:5,
94:5, 125:13,
125:21, 140:10,
140:12, 140:15,
144:7, 144:11,
144:24, 175:18,
178:9, 178:14,
182:1, 196:3
**2022**
5:2, 232:6,
233:13
**21**
1:7, 3:9, 5:1,

**49:25, 50:5,**
50:9, 50:11,
52:10, 57:3,
57:9, 95:20,
96:3, 195:21,
195:22, 197:25,
198:3
**215**
3:26
**22**
3:10, 108:4,
108:7, 112:8,
112:20, 226:9
**221**
3:27
**226**
3:28
**23**
3:11, 111:19,
111:21, 112:3,
114:9
**230**
3:4
**24**
3:12, 31:13,
31:14, 122:10,
122:13, 123:23,
140:10, 140:15
**2400**
2:6
**25**
3:13, 39:4,
124:7, 125:17,
126:22, 127:2,
133:17, 133:23,
229:22
**2533**
2:8
**26**
3:14, 134:12,
134:15, 134:24
**266**
2:18
**27**
3:15, 138:2,
138:5, 204:19,
204:22, 205:3,
205:11

**28**
3:16, 138:22,
139:2
**29**
3:17, 141:24,
142:2, 142:5,
142:11, 144:22

---
**3**
---

**3**
149:20, 149:22,
149:23, 150:1,
150:3
**30**
3:18, 94:18,
94:21, 95:4,
144:10, 144:13,
144:22, 146:11
**31**
3:19, 150:13,
150:15, 150:17,
150:20
**312**
2:8
**32**
3:20, 153:7,
153:9, 153:12
**33**
3:21, 56:21,
161:23, 162:4
**34**
3:22, 165:8,
165:12, 165:14
**35**
3:23, 94:13,
95:7, 95:8,
95:16, 170:14,
170:16, 170:25
**36**
3:24, 189:11,
189:13, 189:20
**37**
3:25, 198:23,
199:4, 199:6,
203:4, 203:6
**38**
3:26, 215:4,
215:9, 215:11,

215:20
**39**
3:27, 221:16,
222:3

---
**4**
---

**4**
78:23, 174:3,
174:7, 202:12
**40**
3:28, 226:12,
226:15, 226:17,
226:19
**434745**
1:30
**45**
3:8, 56:24,
94:16, 95:3,
144:25, 145:1,
145:2
**49**
81:11, 81:15

---
**5**
---

**5**
78:23, 202:4,
202:14, 214:11,
214:12, 230:22,
231:13
**50**
3:9, 166:11
**53**
95:13
**53707**
2:17
**55**
230:22
**57**
231:13
**59**
202:12

---
**6**
---

**60606**
2:7
**608**
2:18
**67**
110:1

---
**7**
---

**7857**
2:16, 2:17
**795**
2:8

---
**8**
---

**80**
140:24
**85**
140:24, 140:25

---
**@**
---

**@uw**
118:22
**@uw-madison**
11:6, 11:9,
15:10, 16:5,
35:16, 35:19,
36:9, 38:22,
108:11, 114:11