# EXHIBIT 7



UW0317