# EXHIBIT 9



ED - 03.09.22
Moll Exhibit 24
UW0245