# EXHIBIT 12

**Comments**

**shal33n_** Get pass/ fail man
12w  5 likes  Reply

View 1 reply

**mommabuji** This makes me so sad. Both of my kids are Badger alums and had the best college experience at UW. I'm soo sorry that the current students are not able to have the true Wisconsin experience. 😞
12w  4 likes  Reply

View 2 replies

**joyce.dong** @nancydng we should get rapid tested Wednesday
12w  Reply

**sarah.cheney** @uwmadison are you going to protect your BIPOC on campus or let a dangerous employee keep taking advantage of their power on campus? This is horrifying and I can't believe he remains a paid staff on campus. You should be ashamed of yourselves
12w  4 likes  Reply

**jatzyy** Start protecting your BIPOC students! @uwmadison
12w  3 likes  Reply

**madeline_krasno** @uwmadison close down your primate research labs!
12w  Approve  Delete

❤️  🙌  🔥  👏  😢  😍  😮  😂

Add a comment as uwmadison...

UW0242