# EXHIBIT 24



UW0358