# EXHIBIT 38

**uwmadison**
University of Wisconsin School of Veterinary...



4,685 likes

**uwmadison** 3. In one of the year's most heartwarming but ultimately heartbreaking stories, Scout, a 7-year-old golden retriever, appears on January 28 with his owner, WeatherTech CEO David MacNeil, and Dean Mark Markel, Chancellor Rebecca Blank and oncologist David Vail at the UW School of Veterinary Medicine. MacNeil sponsored a Super Bowl ad to raise funds and thank @uwvetmed for its care of Scout, who had a rare form of canine cancer.

‹   **Comments**   ➤

 **uwmadison** 3. In one of the year's most heartwarming but ultimately heartbreaking stories, Scout, a 7-year-old golden retriever, appears on January 28 with his owner, WeatherTech CEO David MacNeil, and Dean Mark Markel, Chancellor Rebecca Blank and oncologist David Vail at the UW School of Veterinary Medicine. MacNeil sponsored a Super Bowl ad to raise funds and thank @uwvetmed for its care of Scout, who had a rare form of canine cancer. Sadly, the TV commercial's "Lucky Dog" passed away in March.

View the full album: 👉 go.wisc.edu/mit20 👈

📷 : @uwmadison_brycerichter

Edited · 72w

 **3wtk7** But rip scout
71w   Reply                                    

 **mogboys** So sad
72w   Reply                                    

 **adele.irl** Rip Scout. You were too good for this cruel world 😭
72w   3 likes   Reply                          

 **joel1799** Sad... RIP Scout 

       

 Add a comment...

Comments

Super Bowl ad to raise funds and thank @uwvetmed for its care of Scout, who had a rare form of canine cancer. Sadly, the TV commercial's "Lucky Dog" passed away in March.

View the full album: 👉 go.wisc.edu/mit20 👈

📷 : @uwmadison_brycerichter

Edited · 72w

 **3wtk7** But rip scout
71w    Reply

 **mogboys** So sad
72w    Reply

 **adele.irl** Rip Scout. You were too good for this cruel world 😭
72w    3 likes    Reply

 **joel1799** Sad… RIP Scout 😞✊
72w    9 likes    Reply

 **guy.thequigshindig** Didn't think @uwmadison 's insta would have me crying in the club at 10 AM, but here we are
72w    13 likes    Reply

       

 Add a comment…