# EXHIBIT 39



# Comments


**uwmadison** 24. Demonstrators gather near the Mosse Humanities Building on North Park Street to speak out against racism on a march through Library Mall and up State Street on June 7. The group stops every eight minutes and 46 seconds to be reminded of how long a Minneapolis police officer kneeled on the neck of George Floyd, who was killed on May 25.

View the full album: go.wisc.edu/mit20

📷: @uwmadison_brycerichter

6w


**therealandrewpeterson** I am so glad i graduated and forever left this place
6w    Approve    Delete


**cfacktor** These posts are depressing, the protesters destroyed downtown Madison. I wish the University would focus on education, not stupid violent politics.
6w    1 like    Approve    Delete


**steve_go_wild** @uwmadison the fact that these comments are still posted is really unsettling especially to BLACK prospect students who were looking forward to attending this institution. 
6w    13 likes    Reply

—— Hide replies


**steve_go_wild** @steve_go_wild Also the students that like these comments should be investigated. 
6w    2 likes    Reply

       

 Add a comment as uwmadison...