IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MADELINE KRASNO,

    Plaintiff,

v.

                              Case No.  21-cv-99-slc

JENNIFER MNOOKIN, CHARLES
HOSLET, JOHN LUCAS, MIKE KLEIN,
and NATE MOLL,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jennifer Mnookin, Charles Hoslet, John Lucas, Mike Klein, and Nate Moll and against plaintiff Madeline Krasno dismissing the case.

| | |
|---|---|
|    s/ J. Titak, Deputy Clerk    | 11/2/22 |
| Joel Turner, Clerk of Court | Date |