IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MADELINE KRASNO,

    Plaintiff,

v.                                       Case No. 21-CV-00099-SLC

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN, et al.,

    Defendants.

## NOTICE OF APPEAL

Notice is hereby given that Madeline Krasno, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the Opinion and Order granting Defendants' motion for summary judgment and denying Plaintiff's motion for summary judgment (Dkt. 64) and the Judgment dismissing this action (Dkt. 65), each of which were entered in this action on November 2, 2022.

The Docketing Statement required by Seventh Circuit Rule 3(c)(1) is filed along with this Notice of Appeal.

Dated: December 2, 2022.

                                                          */s/ Christopher A. Berry*
                                                          Christopher A. Berry
                                                          ANIMAL LEGAL DEFENSE FUND
                                                          525 E. Cotati Ave.
                                                          Cotati, CA 94931
                                                          Tel: (707) 795-2533 ext. 1041
                                                          Fax: (707) 795-7280
                                                          Email: cberry@aldf.org

Caitlin M. Foley
ANIMAL LEGAL DEFENSE FUND
150 South Wacker Drive, Suite 2400
Chicago, IL 60606
Tel: (707) 795-2533 ext. 1043
Fax: (707) 795-7280
Email: cfoley@aldf.org

Joseph S. Goode
Mark M. Leitner
Jessica L. Farley
LAFFEY, LEITNER & GOODE
325 E. Chicago Street
Suite 200
Milwaukee, WI 53202
(414) 312-7003
(414) 755-7089 (facsimile)
jgoode@llgmke.com
mleitner@llgmke.com
jfarley@llgmke.com

Attorneys for Plaintiff