IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MADELINE KRASNO,

    Plaintiff,

v.                                               Case No. 21-CV-00099-SLC

BOARD OF REGENTS OF THE UNIVERSITY
OF WISCONSIN, et al.,

    Defendants.

## DOCKETING STATEMENT

Pursuant to Seventh Circuit Rules 3(c)(1) and 28(a), Plaintiff Madeline Krasno ("Plaintiff") files this docketing statement.

### I. DISTRICT COURT JURISDICTION

The United States District Court for the Western District of Wisconsin had subject matter jurisdiction over this action under 28 U.S.C. § 1331 (federal question) and 28 U.S.C. 1343(a)(3). The action was brought under 42 U.S.C. §§ 1983 and 1988, because the Complaint alleges violations of the First and Fourteenth Amendments to the United States Constitution.

### II. APPELLATE JURISDICTION

On February 11, 2021, and July 1, 2021, Plaintiff and Defendants, respectively, submitted signed consent for assignment of all proceedings in the case, including entry of final judgment, to a United States Magistrate Judge. An order was entered referring the case to a United States Magistrate Judge to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73 on July 2, 2021.

On November 2, 2022, the District Court entered summary judgment in favor of Defendants and against Plaintiff, dismissing the case. Plaintiff filed her Notice of Appeal from this order on December 2, 2022, within the 30-day deadline to appeal. Fed. R. App. P. 4(a)(1)(A). The United States Court of Appeals for the Seventh Circuit has jurisdiction over this appeal pursuant to 28 U.S.C. § 636(c)(3).

No party has filed a motion for alteration of the judgment or any other motion that tolls the time within which to appeal.

### III. OFFICIAL CAPACITY

Plaintiff sued all Defendants in their official capacities, but one Defendant no longer occupies their official position or office. Jennifer L. Mnookin is the current Chancellor of the University of Wisconsin-Madison. Rebecca Blank previously occupied that office during the pendency of this litigation.

### IV. ADDITIONAL REQUIREMENTS OF CIRCUIT RULE 3(c)(1)

There have been no prior or related appellate proceedings in this matter. This is a civil case that does not involve any criminal convictions. 28 U.S.C. § 1915(g) is inapplicable.

Dated: December 2, 2022.

*/s/ Christopher A. Berry*
Christopher A. Berry
ANIMAL LEGAL DEFENSE FUND
525 E. Cotati Ave.
Cotati, CA 94931
Tel: (707) 795-2533 ext. 1041
Fax: (707) 795-7280
Email: cberry@aldf.org

Caitlin M. Foley
ANIMAL LEGAL DEFENSE FUND
150 South Wacker Drive, Suite 2400

Chicago, IL 60606
Tel: (707) 795-2533 ext. 1043
Fax: (707) 795-7280
Email: cfoley@aldf.org

Joseph S. Goode
Mark M. Leitner
Jessica L. Farley
LAFFEY, LEITNER & GOODE
325 E. Chicago Street
Suite 200
Milwaukee, WI 53202
(414) 312-7003
(414) 755-7089 (facsimile)
jgoode@llgmke.com
mleitner@llgmke.com
jfarley@llgmke.com

Attorneys for Plaintiff