IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MADELINE KRASNO,

    Plaintiff,

v.                                         Case No. 21-CV-0099-wmc

JENNIFER MNOOKIN, et al.,

    Defendants.

**JOINT STIPULATION REGARDING RESOLUTION OF ATTORNEY FEES AND COSTS**

The parties, Plaintiff Madeline Krasno and Defendants Jennifer Mnookin, Charles Hoslet, John Lucas, Mike Klein, and Nate Moll, in their official capacities, hereby jointly stipulate and agree to a complete and final resolution of the issue of reasonable attorney fees and costs to Plaintiff Krasno as a prevailing party under federal law, through a separate, duly executed settlement agreement on said issue. This Court may issue final judgment.

Dated this 2nd day of March 2026.

                                        JOSHUA L. KAUL
                                        Attorney General of Wisconsin

                                        <u>s/ Steven C. Kilpatrick</u>
                                        STEVEN C. KILPATRICK
                                        Assistant Attorney General
                                        State Bar #1025452

        BRIAN P. KEENAN
Assistant Attorney General
State Bar # 1056525

LYNN K. LODAHL
Assistant Attorney General
State Bar # 1087992

Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-1792 (Kilpatrick)
(608) 266-0020 (Keenan)
(608) 264-6219 (Lodahl)
(608) 267-2223 (Fax)
steven.kilpatrick@wisdoj.gov
brian.keenan@wisdoj.gov
lynn.lodahl@wisdoj.gov

s/ Joseph S. Goode
Joseph S. Goode (WI Bar No. 1020886)
Mark M. Leitner (WI Bar No. 1009459)
LAFFEY, LEITNER & GOODE
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
(414) 312-7003
(414) 755-7089 (facsimile)
jgoode@llgmke.com
mleitner@llgmke.com

Attorneys for Plaintiff