IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MADELINE KRASNO,

    Plaintiff,

v.

    Case No. 21-cv-99-wmc

JENNIFER MNOOKIN, CHARLES HOSLET, JOHN LUCAS, MIKE KLEIN, and NATE MOLL,

    Defendants.

## FINAL JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of plaintiff Madeline Krasno against defendants Jennifer Mnookin, Charles Hoslet, John Lucas, Mike Klein, and Nate Moll, in their official capacities, declaring that the University of Wisconsin-Madison's social media off-topic comment rule, as implemented against Krasno, violated her First Amendment right to free speech by discriminating against her anti-animal testing and pro-animal viewpoint.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants against plaintiff dismissing her First Amendment petition-clause claim.

Approved as to form this 3rd day of March, 2026.

_____
William M. Conley
District Judge

_____
Joel Turner
Clerk of Court

Date: 3/3/2026